```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
In re                              :    Case No. 16-12220 (SMB)
                                   :
INTERNATIONAL SHIPHOLDING          :    Chapter 11
CORPORATION, et al.,
                                   :
         Debtors.
                                   :
-----------------------------------X
```

## APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for the Southern District of New York, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of International Shipholding Corporation, et al.:

1. Masters, Mates, and Pilots Benefit Plans
   700 Maritime Blvd., Suite A
   Linthicum Heights, MD 21090-1996
   Att: Patrick McCullough, Administrator
   (tel) (410) 850-8500
   (fax) (410) 850-8655
   (email) pmccullough@mmpplans.com

2. Seafarers International Union
   5201 Auth Way
   Camp Springs, MD 20746
   Att: Ellen Silver
   (tel) (301) 702-4408
   (fax) (301) 702-4411
   (email) esilver@seafarers.org

3. U.S. Ocean LLC
   55 Waugh Drive, Suite 300
   Houston, TX 77007
   Att: Will Terrill
   (tel) (281) 885-3578
   (fax) (281) 872-4444
   (email) will.terrill@intermarine.com

Dated:    New York, New York
          September 1, 2016

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                         By:  */s/ Serene K. Nakano*
                              SERENE K. NAKANO
                              Trial Attorney
                              U.S. Federal Office Building
                              201 Varick St., Room 1006
                              New York, New York  10014
                              (212) 510-0505