**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTERNATIONAL SHIPHOLDING | ) | Case No. 16-12220 (SMB) |
| CORPORATION, *et al.*,[1] | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

# AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 13, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served 1) by the method set forth on the Master Service List attached hereto as **Exhibit A**; 2) via Overnight Mail on the Affected Parties Service List attached hereto as **Exhibit B**; and 3) by the method set forth on the Banks Service List attached hereto as **Exhibit C**:

- Notice of Adjournment of Matters Set for Hearing on September 15, 2016 [Docket No. 168]

- Proposed Agenda for September 15, 2016, Hearing (Hearing scheduled for September 15, 2016 at 2:00 p.m. (Prevailing Eastern Time)) [Docket No. 170]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

Dated: September 14, 2016

_____
Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 14, 2016, by Hassan Alli-Balogun proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

SRF 10853

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Sysco West Coast Florida, Inc. | Arnall Golden Gregory, LLP | Attn: Darryl S. Laddin, Esq. & Frank N. White, Esq.<br>171 17th Street, NW, Suite 2100<br>Atlanta GA 30363-1031 | frank.white@agg.com | Overnight Mail and Email |
| Financial Advisor | Blackhill Partners, LLC | Attn: Matt Denny<br>2651 North Harwood Street<br>Ste 120<br>Dallas TX 75201 | mdenny@bhpllc.com | Email |
| Counsle to Oracle America, Inc. | Buchalter Nemer, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105 | schristianson@buchalter.com | Overnight Mail and Email |
| Counsel to International Organization of Masters, Mates and Pilots and Marine Engineers Beneficial Association (the "Unions") | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Esq., Thomas N. Ciantra, Esq., & David R. Hock, Esq.<br>330 West 42th Street<br>New York NY 10036 | rseltzer@cwsny.com<br>tciantra@cwsny.com<br>dhock@cwsny.com | Overnight Mail and Email |
| Counsel to One Whitehall, L.P. | Cole Schotz, P.C. | Attn: Michael D. Sirota, Esq.<br>1325 Avenue of the Americas<br>19th Floor<br>New York NY 10019-6079 | msirota@coleschotz.com | Overnight Mail and Email |
| Counsel to Portserv International Ltd. | Eaton & Van Winkle LLP | Attn: Alan Van Praag, Esq.<br>3 Park Ave, 16th Floor<br>New York NY 10016 | avanpraag@evw.com | Overnight Mail and Email |
| Counsel to Tampa Electric Company | Holland & Knight LLP | Attn: Barbra R. Parlin, Esq.<br>31 West 52nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com<br>rod.anderson@hklaw.com<br>noel.boeke@hklaw.com | Overnight Mail and Email |
| Counsel to Matson Logistics, Inc. | Hughes Hubbard & Reed, LLP | Attn: Christopher Gartman, Esq. & Kathryn A. Coleman, Esq.<br>One Battery Park Plaza<br>New York NY 10004-1482 | chris.gartman@hugheshubbard.com<br>katie.coleman@hugheshubbard.com | Overnight Mail and Email |
| ING | ING Commercial Banking | Attn: Andrew Hedges, Ian Tofts<br>60 London Wall<br>London EC2M 5TQ United Kingdom | andrew.hedges@uk.ing.com<br>ian.tofts@uk.ing.com<br>ABF.Infra.Portfolio.Management@uk.ing.com | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Overnight Mail and Email |
| Counsel to Louisiana Department of Economic Development (LDED) | King, Krebs & Jurgens, P.L.L.C. | Attn: Patricia A. Krebs & Jeffrey M. Burmaster, Esq.<br>201 St. Charles Ave.<br>45th Floor<br>New Orleans LA 70170 | pkrebs@kingkrebs.com<br>jburmaster@kingkrebs.com | Overnight Mail and Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller<br>2777 N Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Overnight Mail and Email |

In re: International Shipholding Corporation, et al.
Case No. 16-12220 (SMB)

Page 1 of 3

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to BMO Harris Equipment Finance Company | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Attn: Nathan P. Horner, Esq. & Christopher T. Caplinger, Esq.<br>601 Poydras St., Suite 2775<br>New Orleans LA 70130 | nhorner@lawla.com<br>ccaplinger@lawla.com | Overnight Mail and Email |
| Counsel to Willard E. Bartel and David C. Peebles, Administrators for the Estates of Glen C. Stanford, Clarence Douglas and other merchant mariners | Maritime Asbestos Legal Clinic, a division of The Jaques Admiralty Law Firm, P.C. | Attn: Alan Kellman<br>1570 Penobscot Building<br>Detroit MI 48226 | | Overnight Mail |
| Top 30 Creditor / Official Committee of Unsecured Creditors | Masters Mates & Pilots Benefit Plans | Attn: Patrick McCullough<br>700 Maritime Blvd.<br>Suite A<br>Linthicum Heights MD 21090-1996 | Pmccullough@mmpplans.com | Overnight Mail and Email |
| Counsel to Capital One, National Association | McGlinchey Stafford, PLLC | Attn: Deborah A. Reperowitz, E. Stewart Spielman & Kristen D. Romano<br>112 West 34th Street<br>Suite 1515<br>New York NY 10120 | dreperowitz@mcglinchey.com<br>sspielman@mcglinchey.com<br>kromano@mcglinchey.com | Overnight Mail and Email |
| Counsel to Capital One Facility | McGlinchey Stafford, PLLC | Attn: E Stewart Spielman<br>301 Main Street<br>Suite 1400<br>Baton Rouge LA 70801 | sspielman@mcglinchey.com | Overnight Mail and Email |
| Counsel to SEACOR Capital Corp. | Milbank, Tweed, Hadley & McCloy, LLP | Attn: Evan R. Fleck & Nelly C. Almeida<br>28 Liberty Street<br>New York NY 10005 | efleck@milbank.com<br>nalmeida@milbank.com | Overnight Mail and Email |
| Counsel to Regions Facility | Moore & Van Allen, PLLC | Attn: David Walls<br>100 North Tryon Street<br>Suite 4700<br>Charlotte NC 28202-4003 | davidwalls@mvalaw.com | Overnight Mail and Email |
| Top 30 Creditor<br>Counsel to Christopher C. Schwabacher and Niels M. Johnsen as the Executors of the Estate of Niels W. Johnsen (the "Johnsen Estate") | Neils W. Johnsen Estate | Attn: Leslie S. Barr, Esq.<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street, 22nd Floor<br>New York NY 10019 | cschwabacher@windelsmarx.com<br>lbarr@windelsmarx.com | Overnight Mail and Email |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Serene Nakano<br>201 Varick St.<br>Room 1006<br>New York NY 10014 | Serene.Nakano@usdoj.gov<br>Greg.Zipes@usdoj.gov | Overnight Mail and Email |
| Counsel to the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein, Bradford J. Sandler, Steven W. Golden<br>780 Third Avenue, 34th Floor<br>New York NY 10017-2024 | rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>sgolden@pszjlaw.com | Overnight Mail and Email |
| Counsel to NYK Line (North America) Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A Steinberg<br>50 Tice Boulevard<br>Suite 380<br>Woodcliff Lake NJ 07677 | rsteinberg@pricemeese.com | Overnight Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Meridian Global Consulting, LLC | Rosen & Associates, P.C. | Attn: Alice P. Ko<br>747 Third Avenue<br>New York NY 10017-2803 | ako@rosenpc.com | Overnight Mail and Email |
| Top 30 Creditor / Official Committee of Unsecured Creditors | Seafarers International Union | Attn: Maggie Bowen & Ellen Silver<br>5201 Auth Way<br>Camp Springs MD 20746 | Mbowen@seafarers.org<br>esilver@seafarers.org | Overnight Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., N.E.<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey St., Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Overnight Mail and Email |
| Counsel to DVB Facility and DVB Bank | Seward & Kissel, LLP | Attn: John R. Ashmead, Esq. & Robert J. Gayda, Esq.<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>gayda@sewkis.com | Overnight Mail and Email |
| Counsel to Regions Facility | Simpson Thacher & Bartlett, LLP | Attn: Steve M. Fuhrman<br>425 Lexington Avenue<br>New York NY 10017 | sfuhrman@stblaw.com | Overnight Mail and Email |
| New York State Attorney General | State of New York Attorney General | Attn: Bankruptcy Dept<br>The Capitol<br>Albany NY 12224-0341 | | Overnight Mail |
| Counsel to CCP Harbour Island, LLC | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. | Attn: Lori V. Vaughan, Esq.<br>101 E. Kennedy Blvd., Suite 2700<br>Tampa FL 33602 | lvaughan@trenam.com | Overnight Mail and Email |
| U.S. Ocean LLC (Official Committee of Unsecured Creditors) | U.S. Ocean LLC | Att: Will Terrill<br>55 Waugh Drive, Suite 300<br>Houston TX 77007 | will.terrill@intermarine.com | Overnight Mail and Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Attn: Honorable Stuart M. Bernstein<br>One Bowling Green<br>Courtroom 723<br>New York NY 10004-1408 | | Overnight Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl.<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Overnight Mail and Email |
| Counsel to Citizens | Vedder Price, PC | Attn: Douglas J. Lipke<br>222 North LaSalle Street<br>Chicago IL 60601 | dlipke@vedderprice.com<br>wthorsness@vedderprice.com | Overnight Mail and Email |

# **Exhibit B**

Exhibit B
Affected Parties Service List
Served via Overnight Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Citizens Asset Finance, Inc. | c/o Vedder Price, PC | Michael J. Edelman | 1633 Broadway, 47th Floor | New York | NY | 10019 |
| MM&P Benefit Plans andMEBA Benefit Plans | c/o Slevin & Hart, P.C. | B Slevin, J Swyers & AGormley | 1625 Massachusetts Ave., NW, Suite 450 | Washington | DC | 20036 |

# **Exhibit C**

16-12220-smb    Doc 172    Filed 09/14/16    Entered 09/14/16 15:36:39    Main Document
Pg 9 of 10

Exhibit C
Banks Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| American Stock Transfer & Trust Co LLC | Attn: Donna Ansboro, VP | 6201 15th Avenue | | | Brooklyn | NY | 11219 | | | Overnight Mail |
| BB & T Equipment Finance Corp | Attn: Ms. Claire Foshee | 600 Washington Ave | Suite 201 | | Towson | MD | 21204 | | Cfoshee@BBandT.com | Overnight Mail and Emal |
| BMO Harris Equipment Finance Co | Attn: Ms. Donna Piorowski, Ms. Jennifer Stamps | 250 East Wisconsin Ave | | | Milwaukee | WI | 53202 | | donna.piorkowski@BMO.com; jennifer.stamps@BMO.com | Overnight Mail and Emal |
| BMO Harris Equipment Finance Co | Attn: Jennifer Stamps | 250 East Wisconsin Ave # 1400 | | | Milwaukee | WI | 53202 | | jennifer.stamps@BMO.com | Overnight Mail and Emal |
| Capital One | Attn: Ross Wales, VP | 313 Carondelet Street | | | New Orleans | LA | 70130 | | | Overnight Mail |
| Capital One N.A. | Attn: Al Kropog, SVP | 201 St. Charles Ave | 29th Floor | | New Orleans | LA | 70170 | | al.kropog@capitalone.com | Overnight Mail and Emal |
| Capital Source Bank | Attn: Jeff Townsend | 30 So Wacker Dr. | 35th Floor | | Chicago | IL | 60606 | | Jtownsend@capitalsource.com | Overnight Mail and Emal |
| Citzens Bank | Attn: Paula K. Berry | 71 S. Wacker Dr | IH 2800 | | Chicago | IL | 60606 | | paula.k.berry@rbscitizens.com | Ovrenight Mail and Emal |
| DnB Capital LLC | Attn: Cathleen Buckley | New York Branch | 200 Park Ave | | New York | NY | 10166-0396 | | | Overnight Mail |
| DVB Bank SE | Attn: Peter Attridge | Park House | 16-18 Finsbury Circus | | London | | EC2M 7EB | United Kingdom | tls.london@dvbbank.com | Overnight Mail and Emal |
| DVB Transport (US) LLC | Attn: Christoph Clauss | 609 5th Ave, 5th Floor | | | New York | NY | 10017 | | christoph.clauss@dvbbank.com | Overnight Mail and Emal |
| ING Bank Corp. CL. Amsterdam | Attn: General Counsel | Bijlmerplein 888 | | | Amsterdam | MG | 1102 | Netherlands | | Overnight Mail |
| ING Bank N.V. | INC Commercial Banking | Attn: Andrew Hedges, Ian Tofts | 60 London Wall | | London | | EC2M 5TQ | United Kingdom | andrew.hedges@uk.ing.com; ian.tofts@uk.ing.com; ABF.Infra.Portfolio.Management@uk.ing.com | Overnight Mail and Emal |
| JPMorgan Chase Bank NA | Attn: General Counsel | Louisiana Market | PO Box 659764 | | San Antonio | TX | 78265-9754 | | | Overnight Mail |
| Liberty Bank and Trust Co | Attn: Julium E. Kimbrough Jr. | P O Box 60131 | | | New Orleans | LA | 70160-0131 | | | Overnight Mail |
| RBS Asset Finance, Inc. | Attn: John Pors, Portfolio Manager | 71 South Wacker Dr., 29th Floor | Mailstop: 1H2935 | | Chicago | IL | 60606 | | john.pors@citizensbank.com | Overnight Mail and Emal |
| Regions Bank | Attn: Mr Douglas E. Smith & J Richard Baker | NC-CX-02382-B | 6805 Morris Blvd | Suite 100 | Charlotte | NC | 28211 | | douglase.smith@regions.com; rick.baker@regions.com | Overnight Mail and Emal |
| Regions Bank | Attn: Douglas Smith, Ted Midyett | PO Box 2527 | | | Mobile | AL | 36622 | | edward.midyett@regions.com | Overnight Mail and Emal |
| Regions Bank | Attn: J Richard Baker | 6263 Poplar Avenue, Suite 150 | | | Memphis | TN | 38119 | | rick.baker@regions.com | Overnight Mail and Emal |
| Regions Bank | Attn: General Counsel | 11 N. Water Street | | | Mobile | AL | 36602 | | | Overnight Mail |
| Whitney Bank | Attn: General Counsel | PO Box 4019 | | | Gulport | MS | 39502 | | | Overnight Mail |
| Whitney National Bank | Attn: Mr. Philip Gordilo | 228 St. Charles Ave | | | New Orleans | LA | 70170 | | | Overnight Mail |

In re: International Shipholding Corporation, et al.
Case No. 16-12220 (SMB)

Page 1 of 1