**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **In re:** | Chapter 11 |
| **INTERNATIONAL SHIPHOLDING CORPORATION, et al,** | Case No. 16-12220 (SMB) |
| **Debtors.** | (Jointly Administered) |

---

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Richard Montague to be admitted, *pro hac vice*, to represent the Patriot Shipping, LLC and US Ocean, LLC (the "Clients") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Mississippi and the bar of the U.S. District Court for the Northern and Southern Districts of Mississippi, it is hereby

**ORDERED** that Richard Montague is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 28th , 2016
         New York, New York

                              /s/ STUART M. BERNSTEIN
                              THE HONORABLE STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE

PD.19995790.1