Robert J. Feinstein
Bradford J. Sandler
Steven W. Golden
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|   |   |   |
|---|---|---|
| **In re** | : | **Chapter 11** |
|  | : |  |
| **INTERNATIONAL SHIPHOLDING** | : | **Case No. 16-12220 (SMB)** |
| **CORPORATION., *et al.,*[1]** | : |  |
|  | : | **Jointly Administered** |
|  | : |  |
| **Debtors.** | : |  |

---------------------------------------------------------------x

**NOTICE OF HEARING ON APPLICATION OF**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**TO RETAIN AND EMPLOY AMA CAPITAL PARTNERS, LLC**
**AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO SEPTEMBER 16, 2016**

**PLEASE TAKE NOTICE** that a hearing on the annexed *Application of the Official Committee of Unsecured Creditors to Retain and Employ AMA Capital Partners, LLC as Financial Advisor Nunc Pro Tunc to September 16, 2016* (the "Application") filed by the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

will be held before the Honorable Stuart M. Bernstein at the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, NY 10004 (the "Bankruptcy

Court") on **November 10, 2016 at 10:00 a.m. (Eastern Time)** (the "Hearing").

        **PLEASE TAKE FURTHER NOTICE** that any responses or objections

("Objections") to the Application shall be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York,

shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court,

including attorneys admitted pro hac vice, electronically in accordance with General Order M-

399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a

CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered

directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and

General Order M-399, to the extent applicable, and shall be served in accordance with General

Order M-399 and the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. Bankr. P. 1015(c) and

9007 Implementing Certain Notice and Case Management Procedures*, dated September 19,

2016 (ECF No. 178), so as to be so filed and received no later than November 3, 2016 at 4:00

p.m. (Eastern Time) (the "Objection Deadline").

        **PLEASE TAKE FURTHER NOTICE** that that if an Objection to the

Application is not received by the Objection Deadline, the relief requested shall be deemed

unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a

hearing.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DOCS_NY:34201.6

Dated:  October 12, 2016          PACHULSKI STANG ZIEHL & JONES LLP

                                  */s/ Robert J. Feinstein*
                                  Robert J. Feinstein
                                  Bradford J. Sandler
                                  Steven W. Golden
                                  780 Third Avenue, 34th Floor
                                  New York, New York 10017
                                  Telephone: (212) 561-7700
                                  Facsimile:  (212) 561-7777
                                  Email:      rfeinstein@pszjlaw.com
                                              bsandler@pszjlaw.com
                                              sgolden@pszjlaw.com

                                  *Proposed Counsel to the*
                                  *Official Committee of Unsecured Creditors*

Robert J. Feinstein
Bradford J. Sandler
Steven W. Golden
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
                  :

**In re**                   :        **Chapter 11**
                  :

**INTERNATIONAL SHIPHOLDING**   :        **Case No. 16-12220 (SMB)**
**CORPORATION., et al.,[1]**         :
                  :        **Jointly Administered**
                  :

          **Debtors.**         :
--------------------------------------------------------------x

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO RETAIN AND EMPLOY AMA CAPITAL PARTNERS, LLC**
**AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO SEPTEMBER 16, 2016**

        The Official Committee of Unsecured Creditors (the "Committee") of

International Shipholding Corporation and its affiliated debtors (collectively, the "Debtors")

hereby submits its application (the "Application") for the entry of an order, pursuant to sections

328(a) and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the

Local Rules of the United States Bankruptcy Court for the Southern District of New York (the

"Local Rules"), authorizing and approving the employment of AMA Capital Partners, LLC

("AMA" or the "Firm") as financial advisor to the Committee in connection with the Debtors'

jointly administered chapter 11 cases, *nunc pro tunc* to September 16, 2016.  In support of the

Application, the Committee submits the declaration of Ken Becker (the "Becker Declaration"),

an employee of the Firm, attached hereto as Exhibit A and incorporated herein by reference.  In

further support of the Application, the Committee respectfully represents as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334.

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28

U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief requested herein are sections 328(a) and

1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1.

## BACKGROUND

3.     On July 31, 2016 (the "Petition Date"), each of the Debtors filed a voluntary

petition with this Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating

their businesses and managing their properties as debtors in possession pursuant to sections

1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these

cases.

4.     On September 1, 2016, the Office of the United States Trustee (the "UST")

appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  The Committee as

originally appointed consisted of: (i)Masters, Mates, and Pilots Benefit Plans; (ii)Seafarers

2

Benefits Plan; and (iii)U.S. Ocean, LLC.   On September 22, 2016, the UST filed a First

Amended Appointment of Official Committee of Unsecured Creditors [Dkt. No. 185], naming

the following five members of the Committee: (i) Masters, Mates, and Pilots Benefit Plans; (ii)

Seafarers International Union; and (iii) U.S. Ocean, LLC; (iv) Willard E. Bartel and David C.

Peebles, Administrators for the Estate of Robert N. Cain; and (v) Marine Engineers Beneficial

Association.

5.      On September 16, 2016, the Committee held a meeting and, among other things,

voted to retain the Firm as its financial advisor, subject to Court approval.

6.      The Firm's retention is requested as of September 16, 2016, insofar as that is the

date the Committee first requested AMA to render financial services on behalf of the Committee,

and the Firm has been actively advising the Committee since that date.

7.      The Firm has extensive experience representing creditors' committees, debtors,

creditors, trustees, and others in a wide variety of bankruptcy cases, including, as financial

advisor to *In re GMI USA Management, Inc., et al.*, Case No. 15-12552 (Bankr. S.D.N.Y.), Chief

Restructuring Officer of the debtors in *In re Windsor Petroleum Transport Corporation*, Case

No. 14-11708 (Bankr. D. Del.), and financial advisor to secured lenders *In re TMT Procurement

Corp., et al.,* Case No. 13-33740 (Bankr. S.D. Tex.) Moreover, AMA has substantial experience

in the maritime industry, both inside and outside of bankruptcy, including merger advisory

services to Pasha Group, a consortium of investors in the purchase of TECO Transport, and co-

advisors to the bank steering committee of CMA CGM, the world's third-largest container

shipping company.   Accordingly, the Committee believes that the Firm is well qualified to

render the services described below.

3

## RELIEF REQUESTED

8.       By this Application, the Committee respectfully requests that the Court enter an order, substantially in the form annexed hereto as <u>Exhibit C</u>, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Committee to employ and retain the Firm as its financial advisor in these chapter 11 cases.

9.       The Committee has selected AMA as its financial advisor in furtherance of the efficient administration of the estates on behalf of the Committee.  The Committee seeks to retain the Firm *nunc pro tunc* to September 16, 2016 because the Firm began providing services to the Committee as of such date.  The Committee believes that such *nunc pro tunc* retention is appropriate in these chapter 11 cases because the Committee required effective representation prior to such time as a retention application could be submitted to the Court due to the exigencies of these chapter 11 cases, and the Firm has been providing services to the Committee since September 16, 2016.

## SERVICES TO BE RENDERED

10.      Subject to further order of this Court, the Firm is expected to render, among other services, the following services to the Committee:

    a.       becoming familiar with and analyzing the Debtors' business, restructuring plan, assets and liabilities, and overall financial condition;

    b.       assisting the Committee in determining how to react to the Debtors' restructuring plan or in formulating and implementing its own plan;

    c.       monitoring the financing and sale process, interfacing with the Debtors' professionals, and advising the Committee regarding the process;

    d.       preparing, or reviewing as applicable, avoidance action and claim analyses;

    e.       assisting the Committee in reviewing the Debtors' financial reports, including, but not limited to, SOFAs, Schedules, cash budgets, and Monthly Operating Reports;

4

    f.    advising the Committee on the current state of these chapter 11 cases;

    g.    advising the Committee in negotiations with the Debtors and third parties as necessary;

    h.    if necessary, participating as a witness in hearings before the bankruptcy court with respect to matters upon which AMA has provided advice; and

    i.    other activities as are approved by the Committee, the Committee's counsel, and as agreed to by AMA.

## <u>NO ADVERSE INTEREST OF PROFESSIONALS</u>

11.    To the best of the Committee's knowledge, and based upon the Becker Declaration attached hereto, neither the Firm, nor any of its employees have any connection with any party in interest, their attorneys or accountants, other than as set forth in the Becker Declaration.

12.    To the best of the Committee's knowledge, except as provided in the Becker Declaration, neither the Firm, nor any of its employees represent any interest adverse to that of the Committee in the matters on which they are to be retained.

13.    While the Firm has undertaken, and continues to undertake, efforts to identify connections with the Debtors and other parties in interest, it is possible that connections with some parties in interest have not yet been identified.  Should the Firm, through its continuing efforts, learn of any new connections of the nature described above, the Firm will promptly file supplemental declarations, as required by Bankruptcy Rule 2014(a).

14.    The Firm represents many debtors, trusts, and committees in other bankruptcy cases, and the debtors, the members of those committees, or those estates may be creditors of the Debtors.  However, the Firm will not represent any members of those debtors, committees or their members with respect to any claims that they may have collectively or individually against the Debtors.

5

## PROFESSIONAL COMPENSATION

15.     Subject to this Court's approval, and as described in the Becker Declaration and Engagement Letter, the Committee desires to employ the Firm and compensate the Firm at a flat fee of $75,000 per month (the "Flat Fee").  No compensation will be paid to the Firm except upon compliance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of this Court.  The Firm has received no retainer in these cases to represent the Committee.  Neither the Committee nor any of its members (or their representatives) are or will be liable for any fees or costs incurred by the Firm in its representation of the Committee.

16.     In addition, AMA will bill for all of its out-of-pocket expenses reasonably incurred by AMA in connection with this engagement.

17.     AMA began performing services for the Committee on September 16, 2016.  To ensure the prompt presentation of this Application, the Committee requests that the Court consider this Application as soon as possible on the Court's docket and approve this Application effective as of September 16, 2016.

## NOTICE

18.     Notice of this Application has been in accordance with the *Order Establishing Certain Notice, Case Management, and Administrative Procedures* [Dkt. No. 178].  The Committee submits that such notice is sufficient and that no other or further notice be provided.

## NO PRIOR REQUEST

19.     No previous request for the relief sought herein has been made to this or any other Court.

DOCS_NY:34201.6

WHEREFORE, the Committee respectfully requests the entry of an order, substantially in the form attached hereto as Exhibit C, authorizing the Committee to employ and retain AMA as financial advisor effective as of September 16, 2016, and granting such other and further relief as is just and proper.

Date: October 12, 2016

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
INTERNATIONAL SHIPHOLDING
CORPORATION, *et al.*

U.S. Ocean LLC, solely in its capacity as Chair of the Committee and not in any individual capacity

By:  Will Terrill

Filed By:

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Robert J. Feinstein*
Robert J. Feinstein
Bradford J. Sandler
Steven W. Golden
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          sgolden@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A

**Declaration of Kenneth L. Becker**

DOCS_NY:34201.6

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                   :

In re                                :        **Chapter 11**
                                   :

**INTERNATIONAL SHIPHOLDING**    :        **Case No. 16-12220 (SMB)**
**CORPORATION., *et al.*,[1]**          :
                                   :        **Jointly Administered**
                                   :

              **Debtors.**          :
---------------------------------------------------------------x

## DECLARATION IN SUPPORT OF APPLICATION OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## TO RETAIN AND EMPLOY AMA CAPITAL PARTNERS, LLC
## AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO SEPTEMBER 16, 2016

        I, Kenneth L. Becker, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, and pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, that the following is true and correct:

        1.      I am a director with the firm AMA Capital Partners, LLC ("AMA" or the "Firm"). I am authorized to submit this declaration (the "Declaration") in support of the *Application of the Official Committee of Unsecured Creditors to Retain and Employ AMA Capital Partners, LLC as Financial Advisor Nunc Pro Tunc to September 16, 2016.*

        2.      The Firm has extensive experience representing creditor committees, debtors, creditors, trustees, and others in a wide variety of bankruptcy cases, including as financial advisor to *In re GMI USA Management, Inc., et al.*, Case No. 15-12552 (Bankr.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

S.D.N.Y.), as Chief Restructuring Officer to the debtors in *In re Windsor Petroleum Transport Corporation*, Case No. 14-11708 (Bankr. D. Del.), and financial advisor to secured lenders in *In re TMT Procurement Corp., et a.l,* Case No. 13-33740 (Bankr. S.D. Tex.).  Moreover, AMA has substantial experience in the maritime industry, both inside and outside of bankruptcy, including the provision of merger advisory services to Pasha Group, a consortium of investors in the purchase of TECO Transport, and co-advisors to the bank steering committee of CMA CGM, the world's third-largest container shipping company.  Accordingly, the Firm is well qualified to render the services described below.

3.      Neither I, AMA, nor any employee thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, or any other parties in interest herein, or their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of New York, except as set forth herein.

4.      Section 1103(b) of the Bankruptcy Code does not incorporate the general "disinterestedness" standard of section 327(a).  However, Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtors, their estates, professionals, and the Office of the United States Trustee.

5.      AMA has knowledge of the Debtors and their operations.  In both 2008 and 2011, AMA was hired to provide advice on strategic options to the Debtors' senior management.  AMA has not formally worked for the Debtors since that time, but remain familiarity with the Debtors' core assets.  AMA has previously represented the Buyers of TECO Transport's Ocean Business, the predecessor company to the Debtors' Jones Act business segment.

2

6.      AMA has conducted an extensive conflict check within its current client database and thus far, AMA has not encountered any creditors of the Debtors in which an actual conflict exists between AMA and such creditors.  A list of those entities checked is attached hereto as Schedule 1.  Out of an abundance of caution, while AMA could not identify any direct conflict with any of the aforementioned parties, employees of or principals of AMA may have indirect relationships to the following potential parties-in-interest, either through representation on a board of directors or through clients of AMA while working on behalf of said clients

- American Express is a provider of credit card services to AMA
- Marsh USA Inc. has provided insurance to principals and clients of AMA
- U.S. Customs and Border is a potential creditor in a bankruptcy case in which AMA is providing financial advisory services
- DVB Bank SE is a lender to a rail car leasing company in which AMA has an controlling investment
- DVB Bank SE is a lender to clients of AMA
- ING Bank N.V. is a lender to potential clients of AMA
- T-Mobile is a provider of mobile phone services to AMA employees
- Verizon is a provider of mobile phone services to AMA employees
- U.S. Trustee & Court personnel are in contact with AMA from time to time in connection with our advisory practice and a current bankruptcy case
- The Honorable Stuart M. Bernstein presides in a case in which AMA is the financial advisor to the debtor
- Paul M. Leand Jr., Managing Director of AMA, is Chairman of the Board of Eagle Bulk Shipping
- James G. Dolphin, Managing Director of AMA is on the Board of Genco Shipping & Trading Limited
- Seacor Holdings and/or its subsidiaries ("Seacor") hold controlling interests in entities to which AMA or its subsidiaries is providing financial services.  In addition, AMA may potentially contract with Seacor on behalf of AMA's current clients

If, at any time during the course of this proceeding, AMA learns of any representation which may give rise to a conflict, AMA will promptly file with the Court, an amended declaration identifying and specifying such involvement.

7.      AMA and certain of its principals have represented, and in the future may represent creditors of the Debtors in connection with matters unrelated to the Debtors and these

3

chapter 11 cases.  At this time, AMA is unaware of any such representation.  If AMA identifies any further such representations, AMA shall make further disclosures as may be appropriate at that time.

8.      AMA represented, represents, and in the future will likely represent committees in matters unrelated to the Debtors and these cases, whose members may be creditors and/or committee members in these cases. AMA will not represent any members of these committees in any claims that they may have individually against the Debtors.

9.      AMA has represented, represents, and in the future will likely represent debtors, creditors' committees, and other parties in interest in cases unrelated to the Debtors and these chapter 11 cases.

10.      AMA has neither received any retainer from the Debtors nor Committee nor any payment, nor has it received any promise of payment, during the one-year period prior to the filing of the Debtors' petitions.  No compensation has been paid or promised to be paid from a source other than the Debtors' estates in these chapter 11 cases.  No promises have been received by AMA nor by any advisors or attorneys thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code. AMA has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases, except among employees of AMA.  Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by AMA in its representation of the Committee.

11.      AMA intends to apply for compensation for professional services rendered in connection with these chapter 11 cases subject to approval of this Court as stated in the

4

Application, and in compliance with applicable provisions of the Bankruptcy Code, for the flat monthly fee of $75,000.

12.     In addition to the fees described above, AMA will bill for all of its out-of-pocket expenses reasonably incurred by AMA in connection with this engagement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   October  12 , 2016                              /s/ Kenneth L. Becker
                                                         Kenneth L. Becker

DOCS_NY:34201.6

# Schedule 1

**Debtor Affiliates**

| | |
|---|---|
| Central Gulf Lines, Inc. | LMS Shipmanagement, Inc. |
| Coastal Carriers, Inc. | Marco Shipping Company (PTE) Ltd |
| Dry Bulk Americas Ltd. | Mary Ann Hudson, LLC |
| Dry Bulk Australia Ltd. | N.W. Johnsen & Co., Inc. |
| Enterprise Ship Company, Inc. | Sheila McDevitt, LLC |
| Frascati Shops, Inc. | Sulphur Carriers, Inc. |
| Gulf South Shipping PTE Ltd. | Tower, LLC |
| International Shipholding Corporation | U.S. United Ocean Services, LLC |
| LCI Shipholdings, Inc. | Waterman Steamship Corporation |

**Non-Debtor Affiliates**

Bulk Shipholding, Inc.
Cape Holding, Ltd.
CG Railway, Inc.
Dry Bulk Cape Holding Inc.
East Gulf Shipholding, Inc.
Marco Shipping Company (PTE) Ltd.
MPV Netherlands C.V.
MPV Netherlands Cooperatief U.A.
MPV Netherlands S.V.
Terminales Transgolfo, S.A. de C.V.

**Officers & Directors**

| | |
|---|---|
| Beer, Kenneth H. | Johnston, Peter M. |
| Cameron, William M. | Lane, H. Merritt III |
| Chambers, Robert T. | Lupberger, Edwin A. |
| Dean-Rosenbohm, Sheila | McNamara, James J. |
| Estrada, Manuel G. | Morrissette, Harris V. |
| Greha, H. Hughes | Narmontas, Carol |
| Grehan, Brooke Y. | Nazareth, Francis P. |
| Higginbotham, James T. | Robinson, T. Lee Jr. |
| Hines, William H. | Ryan, J. W. |
| Jaskot, John J. | Wild, Kevin M. |
| Johnsen, Erik L. | Wilson, Kevin M. |
| Johnsen, Niels M. | |
| Johnsen, R. Christian | |

**Creditor Committee Members**

Masters, Mates, and Pilots Benefit Plans
Seafarers International Union
U.S. Ocean LLC

**Landlords**

CCP Harbour Island c/o Redstone
Cypress Point, LLC
One Whitehall LP c/o Ruding Management Co
Regus
Retirement Systems of Alabama
Stirling 601 Properties LLC

**Litigation Counterparts**

| | |
|---|---|
| Singleton, O'neil | Trader, Ernest |
| Smith, Frederick | Traser, William C |
| Stanford, Glen C | Turner, Dorvan L |
| Stephen Galati | Vanloo, William |
| Tague, Joseph | Vogel, Edward |
| Talley, Floyd  L | Wainwright, Voight |
| Thomas Canevari | Walker, Prentis |
| Thomas,Cuttie | Wiley, Oscar |
| Thompson,Hine LLP | Wilson, Willie J |
| Thrasher, Guy M | Winter, Harold J |
| Torres, Juan | Zuber, Clayborn A |

**Government**

| | |
|---|---|
| AL Department of Revenue | NY State Department of Taxation and Finance |
| CA Franchise Tax Board | |
| City of Mobile | NYC Department of Finance |
| City of New Orleans | Orleans Parish |
| Dallas County | Panama |
| DE Secretary of State | Plaquemines Parish Sheriff |
| FL Department of Revenue | State of TX |
| Hillsborough County | The British Virgin Islands |
| Inland Revenue Authority of Singapore | The Cayman Islands |
| Internal Revenue Service | The Republic of the Marshall Islands |
| LA Department of Revenue | VA Department of Taxation |
| MA Department of Revenue | Westchester Surplus Lines Insurance Co. |
| Mobile County | Zurich American Insurance Co. |

## Vendors

Al Rashed International
Alabama State Port Authority
Alfa Laval Inc
American Bureau Of Shipping
American Express
Anchor Sandblasting
Associated Federal Pilots And
Azuma Engineering (S) Pte Ltd
Belle Chasse Marine Trans Inc
Ben Line Agencies (S) Pte Ltd
Bms United Bunkers
Bomin Bunker Oil Pte Ltd
Buck Kreihs Marine Repair LLC
Cargill Inc
Custom Instrument & Automation
Daihatsu Diesel (America), Inc.
Daikai Engineering Pit Ltd
Damrich Coatings Inc
Delta Marine Environmental LLC
Dept Of Homeland Security
Diversified Environmental
Dockside Machine & Ship Repair
Epsco
Exline Inc
Fastenal Company
Fibrecraft Asia Pte Ltd
Garba Industrial Service Inc
Global Marine Service Co Ltd
Greenbrier Rail Services
Gulf Coast Bulk Equipment Inc
Hbs Japan Co Ltd
Horizon Air Freight Inc
Imc Co Ltd
Inmarsat Solutions (Us) Inc
Innova Automation Pte Ltd
Intermarine LLC
International Paint LLC
International Ship Repair
Iss Machinery Services Limited
J A M Distributing Co
Jimenez Graffam & Lausell
John W Stone Oil Distributor
Jotun Paints Inc

Kevin Clark Electrical Service
Kristensons Petroleum Co Inc
Landstar Inway Inc
Lightning Bay Pneu-Draulics
Lloyd's Register Of Shipping
Macgregor Usa Inc
Marine Industrial Gears
Marine Terminal Corporation
Marine Towing Of Tampa LLC
Marsh Usa Inc
Marunda Utama Engineering Pte
Masters Mates & Pilots
Matson Integrated Logistics
Meba Medical Benefits Plan
Meridian Global Consulting LLC
Mid-Pacific Industries Inc
Millard Maritime
Milliman Inc
Mmif, LLC
Nippon Yusen Kaisha
Port Manatee Ship Repair & Ara Plan
Portserv International Ltd
Radio Holland Usa
Rolls-Royce Naval Marine Inc
Rsa Building Expense Fund
Seafarers Harry Lundeberg
Seafarers Vacation Plan
Seafarers Welfare Plan
Sembcorp Marine
Seven Seas Shipchandlers LLC
Sunami Marine Co.,Ltd.
Swiss Diesel Inc
Sysco West Coast Florida Inc
Tampa Bay Pilots Association
Tampa Electric Company
Tampa Port Authority
Tampa Ship LLC
Teho Ropes & Supplies Pte Ltd
Thompson Hine LLP
Thompson Tractor Co Inc
Total Lubrifiants Sa
U.S. Customs & Border
United Bulk Terminals

US Bioservices Corp
US Foods Inc
Velocity Technology Solutions
W.H. Brennan & Co (Pte) Ltd
Wartsila North America Inc
Washington Maritime Shipping

Wilhelmsen Ships Services Inc
Windels Marx Lane & Mittendorf
Windward Marine-Industrial
Yusen Navtec Co Ltd
Z Prime Naval Support Inc

## Insurance

ACE
ACE USA
Alterra American Insurance Company
American Longshore Mutual Association, Ltd.
AmRisc, LLC (AmWINS of Georgia)
CNA
Continental Casualty Company
Great American
Great American Insurance Company
Insurance Company of the State of Pennsylvania (AIG)

Lloyd's America
Navigators Insurance Company
PMA Companies
ProSight Speciality Insurance (New York Marine)
Sentinel Insurance Company, LTD
Southern Marine and Aviation (Lloyd's)
The Standard Club Europe Ltd.
V.O. Schinnerer & Company, Inc.
XL Catlin
Zurich American Insurance Company

## Employees (Contract)

Callaway, Cleveland
Durosky, Alexander
Hoffman, Jeffrey

Henry, Alastair
Magnilia, Cheryl

## Employees

Adam, Megan S.
Ado Mohamud, Abdifatah
Albritton, Leland H.
Baldwin, Christopher L.
Barry, David
Bates, Sherri A.
Bautista Jr, Emiliano
Begovich, Charlene
Bell, Larry
Bennington, Robert
Blethen Jr, Roger E.
Booth, Matthew
Bradley, Clinton
Brown, Donald

Burke, Michael T.
Burkhardt Jr., Regis A.
Burrell, Marvin K.
Burton, Meredith E.
Buxton, Melanie H.
Bynum, Elsha
Caire, Peter J.
Cameron, William M.
Campbell, Alma J.
Carlen, Linda S.
Carver, Charlene A.
Caver, Robert
Chambers, Robert T.
Claxton, Martha I.

Collins, Robert L.
Copeland, Steven T.
Cowles, Shari A.
Creighton, Alexis M.
Dang, Long V.
De Benedetto, Daniel J.
Dean Jr, George W.
Dien, Tuan
Doucet, Dustin M.
Elmore, Gilbert
Estrada, Manuel G.
Farkas, Krista J.
Federico, June O.
Flowers, John D.
Fury Jr, Manuel J.
Gatlin, Ashley G.
Gerretz, Camille V.
Grehan, Brooke Y.
Grover, Frank
Halter, Andrew B.
Hawkins, Nigel J.
Herrin, Brent M.
Higginbotham, James T.
Hines, Benjamin E.
Ho, Bo
Johnsen, Erik L.
Johnsen, Niels M.
Johnson, Denzel
Johnson, Michael K.
Johnston, Peter M.
Jones, Edward
Kahler, William
Katoch, Baldev S.
Kennedy, Rodney D.
Kingrey, Erika R.
LeMoine, Shannon P.
Lopez Salazar, Adrian A.
Lu, Duc V.
Lua, Rex C.
Lunkin, Demetrius L.
Marks, Leigh T.
McCollough, Matthew A.
McLaughlin, Kevin J.
Meyer, Charles W.
Milliner, Thomas S.
Murphy, Paul T.

Murphy, Sean L.
Nahas, George A.
Narmontas, Carol
Nazareth, Francis P.
Nguyen, Chau K.
Nguyen, Chinh V.
Nguyen, Dang
Nguyen, Kim-Dung
Nguyen, Minh K.
Nguyen, To
Nhaier, Ali
Nossaman, Jennifer D.
Palmer, Ian M.
Patrick, Leslie B.
Pham, Hieu
Phan, Tuan
Pomier, Michelle L.
Porter, Alexander L.
Preiss, Matthew B.
Prescott, Ted A.
Radford, Shannon M.
Ragas Jr, Charles D.
Randazzo, Michael
Rathsavong, Alex
Reed, Carol E.
Reyes, Alan V.
Richards, Mary R.
Roberts, Cathy L.
Rosenbohm, Sheila D.
Ryan, Joseph W.
Savelli, Kenneth M.
Seal, Jacqueline
Seoane, Eduardo A.
Shelton, Britney
Sied, Mensur O.
Siedel, Magalys F.
Simpson, Shannon
Smith, Michael V.
Smith, Theresa R.
St Ann-Pichon, Victoria
Strong, Kenneth E.
Stuart, Gilbert R.
Summerville, Tammy G.
Tate, Kena S.
Tidwell, Michael R.
Tillman, Cynthia D.

Towne, Christopher A.
Tran, Kenny T.
Vinturella, Jessica
Vo, Kimberly
Washington, Lynda M.
Watson, James H.
White, Anthony M.
White, Robert H.

Wild, Kevin M.
Wilson, Beryl
Wilson, Kevin M.
Winecoff, David
Woods, Cynthia L.
Woods, Derrick L.
Wu, Shiying

## Professionals

Blackhill Partners, LLC

Prime Clerk LLC

## Environmental

ADEM Montgomery Office
California Environmental Protection Agency
Cayman Islands Environmental Centre
Delaware Dept of Natural Resources &
   Environmental Control
EPA Region 1
EPA Region 2
EPA Region 3 Main Office
EPA Region 6 Main Office
Federal Maritime Commission
Federal Railroad Administration
Florida Department of Environmental
   Protection
Louisiana Department of Environmental
   Quality
Massachusetts Department of Environmental
   Protection

National Environment Agency
New York State Department of
   Environmental Conservation
PBL Netherlands Environmental Assessment
   Agency
PBL Netherlands Environmental Assessment
   Agency
Texas Commission on Environmental Quality
United States Environmental Protection
   Agency Region 4
US Department of Transportation
US EPA
US EPA Pacific Southwest, Region 9
Virginia Department of Environmental
   Quality

## Banks

American Stock Transfer & Trust Co LLC
BB & T Equipment Finance Corp
BMO Harris Equipment Finance Co
Capital One
Capital One N.A.
Capital Source Bank
Citizens Bank
DnB Capital LLC
DVB Bank SE

DVB Transport (US) LLC
ING Bank Corp. CL. Amsterdam
ING Bank N.V.
JPMorgan Chase Bank NA
Liberty Bank and Trust Co.
RBS Asset Finance, Inc.
Regions Bank
Whitney Bank
Whitney National Bank

## UCC Lienholders

| | |
|---|---|
| Appleby | ING Bank N.V. |
| Bank of America NA as Security Trustee | Jefferies Finance LLC |
| BB&T Equipment Finance Corporation | Midland Bank PLC |
| BMO Harris Equipment Finance | Powerhouse Diesel Services Inc |
| Capital One National Association | RBS Asset Finance, Inc. |
| CapitalSource Bank | Regions Bank |
| Commerzbank AG (As Legal Successor of | U.S. Small Business Adminstration |
| Deutsche Schiffsbank Aktiengesellschaft | US Bank Equipment Finance |
| DNB Nor Bank ASA | US Bank National Association |
| DVB Bank SE | Web Bank |
| GTC Connecticut Statutory Trust | Wells Fargo Bank NA, as Security Trustee |
| Gulf South, Inc. | Wells Fargo Bank Northwest, National |
| HSH Nordbank AG | Association |

## Equity Holders

| | |
|---|---|
| James, Raymond | Johnsen, Niels M. |

## Utilities

| | |
|---|---|
| Alabama Power | Rapid Systems |
| AT&T (1% Client) | Razorline LLC |
| AT&T Mobility (Subsidiary of AT&T, Inc.) | Southern Light Fiber |
| Cogent Communications | Sprint |
| Cox Business - New Orleans | Stericycle Comsol |
| Deltacom 1058 | Tampa Electric |
| Frontier Communications | T-Mobile |
| Harbor Communications | Verizon |
| Inmarsat | Waste Management of Alabama - Northeast |
| MAWS | Waste Management of Alabama - Mobile |
| Multi-Point Communications | Waste Management of Florida |
| Progressive Waste Solutions of FL | |

## Top 40 Creditors

| | |
|---|---|
| Alabama State Port Authority | Fastenal Company |
| ARA Plan | Gulf Coast Bulk Equipment Inc |
| Associated Federal Pilots | Horizon Air Freight Inc. |
| BMS United Bunkers | Inmarsat Solutions (US) Inc |
| Bomin Bunker Oil PTE Ltd | Intermarine LLC |
| Buck Kreihs Marine Repair LLC | J A M Distributing Co |
| Crescent Towing & Salvage | John W Stone Oil Distributor |
| Delta Marine Environmental LLC | Jones Walker |
| Exline Inc. | Kristensons Petroleum Co Inc. |

Lloyd's Register of Shipping
MacGregor USA Inc.
Marine Terminal Corporation
Marine Towing of Tampa LLC
Masters Mates & Pilots
Matson Integrated Logistics
Meba Medical Benefits Plan
Meridian Global Consulting LLC
Mid-Pacific Industries Inc.
NYK
Seafarers Heafarers Harry Lundeberg

Seafarers Vacation Plan
Seafarers Welfare Plan
Tampa Bay Pilots Association
Tampa Electric Company
Terminal Railway
Thompson Hine LLP
Thompson Tractor Inc.
Total Lubrifiants SA
United Bulk Terminals
Washington Maritime Shipping
Windels Marx Lane & Mittendorf

**U.S. Trustee & Court Personnel**

Abriano, Victor
Arbeit, Susan
Cassara, Amanda
Catapono, Maria
Choy, Danny A.
Fields, Myrna R.
Golden, Susan
Harrington, William K.
Joseph, Nadkarni
Martinez, Anna M.
Masumoto, Brian S.
Mendoza, Ercilia A.

Moroney, Mary V.
Morrissey, Richard C.
Nakano, Serene
Ng, Cheuk M.
Riffkin, Linda A.
Rodriguez, Ilusion
Schwartz, Andrea B.
Schwartzberg, Paul K.
Sharp, Sylvester
Velez-Rivera, Andy
Zipes, Greg M.

**Judges**

Bernstein, Stuart M.
Chapman, Shelley C.
Drain, Robert D.
Garrity, James L.
Gerber, Robert E.
Glenn, Martin
Grossman, Robert E.
Lane, Sean H.
Morris, Cecelia G. (Chief Judge)
Vyskocil, Mary Kay
Wiles, Michael E.

**Significant Competitors**

China Shipping Co.
Crowley Maritime
CSX Corporation

Eagle Bulk Shipping
Genco Shipping & Trading Limited
Gener8 Maritime Inc

Global Ship Lease Inc.
Horizon Lines
Matson Alaska, Inc.
Matson Navigation Company
Matson, Inc.

Seaboard Marine
Seacor Holdings
Yangming Marine Tran

## OCP

Accountemps
Adeeta Corporate Staffing
American Stock Transfer & Trust
AP Consultants
Baker & McKenzie LLP
Broadridge
Brooke Staffing Companies
CareerBuilder
Clark Personnel
Cypress
Ernst & Young
Express Employment Professionals
HireRight
Infirmary Occupational Health
JJ Keller & Associates, LLC
Jones Walker LLP
Klein Zelman Rothermel Jacobs and Schess
  LLP
Leavell Investment Management
Mercer
Milliman
Morrison & Head Industrial
Postlethwaite & Netterville
PricewaterhouseCoopers LLP
SGG Netherlands
T Rowe Price
Velocity
Warren Averett
Whitney Bank

## Unions

American Radio Association
Marine Engineer Beneficial Association
Master, Mates and Pilots
Seafarers International Union

# EXHIBIT B

## Committee Declaration

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                    :
In re                               :          **Chapter 11**
                                    :
**INTERNATIONAL SHIPHOLDING**       :          **Case No. 16-12220 (SMB)**
**CORPORATION., *et al.*,[1]**      :
                                    :          **Jointly Administered**
                                    :
           **Debtors.**             :
-------------------------------------------------------------x

### DECLARATION OF COMMITTEE IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS TO RETAIN AND EMPLOY AMA CAPITAL PARTNERS, LLC AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO SEPTEMBER 16, 2016

WILL TERRILL, as authorized representative of the Committee, declare under penalty of

perjury as follows:

      1.      I, Will Terrill, am the Vice President of U.S. Flag Services of US Ocean

LLC ("US Ocean").  US Ocean was elected Chair of the Official Committee of Unsecured

Creditors (the "Committee") appointed in the bankruptcy cases (the "Cases") of the above-

captioned debtors (collectively the "Debtors").  I am authorized to submit this declaration (the

"Declaration") in support of the *Application of the Official Committee of Unsecured Creditors

of the Debtors to Retain and Employ AMA Capital Partners, LLC as Financial Advisor Nunc

Pro Tunc to September 16, 2016* (the "Application") on behalf of the Committee.[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

## The Committee's Selection of AMA as Financial Advisor

2.       AMA Capital Partners, LLC ("AMA" or the "Firm") is proposed to serve as financial advisor to the Committee.  The Committee recognizes that a review process is necessary in managing financial advisors to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements.  The review process utilized by the Committee here assessed potential committee financial advisors based on their expertise in the relevant legal issues and in similar proceedings.

3.       On September 1, 2016, the Office of the United States Trustee (the "UST") appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  The Committee as originally appointed consisted of: (i)Masters, Mates, and Pilots Benefit Plans; (ii)Seafarers Benefits Plan; and (iii)U.S. Ocean, LLC.  On September 22, 2016, the UST filed a First Amended Appointment of Official Committee of Unsecured Creditors [Dkt. No. 185], naming the following five members of the Committee: (i) Masters, Mates, and Pilots Benefit Plans; (ii) Seafarers International Union; and (iii) U.S. Ocean, LLC; (iv) Willard E. Bartel and David C. Peebles, Administrators for the Estate of Robert N. Cain; and (v) Marine Engineers Beneficial Association.

4.       On September 16, 2016, the Committee held a meeting and, among other things, voted to retain the Firm as its financial advisor, subject to Court approval.

## Rate Structure

5.       In my capacity as Committee Chair, I am responsible for supervising Committee professionals.  AMA has informed the Committee that its rates are consistent between bankruptcy representations, including related transactional and litigation services.  AMA has informed the Committee that its current rates apply to non-bankruptcy services, if

any, provided by the Firm, unless a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement is agreed upon.

### Cost Supervision

6.    The Committee will approve any prospective budget and staffing plan that may be filed by AMA prior to it being filed, recognizing that, in the course of large chapter 11 cases like these Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and AMA.  I further recognize that it is the Committee's responsibility to closely monitor the billing practices of their professionals to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of the Cases.  The Committee will continue to review the invoices that AMA regularly submits, and, together with AMA, periodically amend any budget and staffing plans, as the case develops.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: October 12, 2016

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF INTERNATIONAL SHIPHOLDING CORPORATION**, *et al.*

U.S. Ocean LLC, solely in its capacity as Chair of the Committee and not in any individual capacity

By:  Will Terrill

3

# EXHIBIT C

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                       :

In re                            :             **Chapter 11**
                                         :

**INTERNATIONAL SHIPHOLDING**     :             **Case No. 16-12220 (SMB)**
**CORPORATION., *et al.*,[1]**         :
                                         :             **Jointly Administered**
                                         :

                   **Debtors.**          :
----------------------------------------------------------------x

## ORDER AUTHORIZING AND APPROVING
## THE EMPLOYMENT OF AMA CAPITAL PARTNERS, LLC AS FINANCIAL
## ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## *NUNC PRO TUNC* TO SEPTEMBER 16, 2016

Upon consideration of the *Application of the Official Committee of Unsecured Creditors to Retain and Employ AMA Capital Partners, LLC as Financial Advisor Nunc Pro Tunc to September 16, 2016* (the "<u>Application</u>")[2] and the declaration of Kenneth L. Becker in support of the Application (the "<u>Becker Declaration</u>") filed by the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of International Shipholding Corporation and its affiliated debtors (collectively, the "<u>Debtors</u>"), pursuant to sections 328(a) and 1103(a) Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "<u>Local Rules</u>"), for an order authorizing and approving the retention and employment of AMA as

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

financial advisor for the Committee in these chapter 11 cases; and the Court having jurisdiction

to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334;

and consideration of the Application and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best

interests of the Debtors' estates, their creditors and other parties in interest; and the Committee

having provided adequate and appropriate notice of the Application under the circumstances; and

after due deliberation and good and sufficient cause appearing therefor;

<strong>IT IS HEREBY ORDERED THAT</strong>:

1.      The Application is **GRANTED**.

2.      In accordance with sections 328(a) and 1103 of the Bankruptcy Code, the

Committee is authorized to retain and employ AMA as financial advisor to the Committee *nunc*

*pro tunc* to September 16, 2016.  Subject to Court approval, AMA may be compensated for

services rendered and reimbursed for expenses incurred beginning on September 16, 2016.

3.      AMA shall be compensated for fees and reimbursed for out-of-pocket

expenses pursuant to section 328 of the Bankruptcy Code in accordance with the terms of the

Application, and all fees and out-of-pocket expense reimbursements to be paid to AMA shall be

subject to review only pursuant to the standard of review set forth in section 328(a) of the

Bankruptcy Code, and not subject to the standard of review set forth in section 330 of the

Bankruptcy Code, except as set forth herein.

4.      AMA shall file interim and final fee applications for the allowance of

compensation for services rendered and reimbursement of expenses incurred in accordance with

sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, Local Rules,

and fee and expense guidelines and orders of the Court; provided, however, that the fee applications filed by AMA shall be subject to review only pursuant to the standard of review set forth in section 328(a) of the Bankruptcy Code, and not subject to the standard of review set forth in section 330 of the Bankruptcy Code, except as set forth herein.

5.    Notwithstanding any provision to the contrary in this Order, the U.S. Trustee shall have the right to object to AMA's request(s) for interim and final compensation based on the reasonableness standard provided in section 330 of the Bankruptcy Code, not section 328(a) of the Bankruptcy Code, and the Court retains jurisdiction to consider any such response or objection from the Office of the U.S. Trustee (the "UST") to AMA's interim and final fees.

6.    AMA shall include in its fee applications, among other things, time records setting forth, in summary format, a description of the services rendered by each professional, and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors in one-half of an hour increments.

7.    The Committee and AMA are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.    Notwithstanding Bankruptcy Rule 6004(h), the terms of this Order shall be immediately effective and enforceable upon its entry.

9.    The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2016

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3