AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
David H. Botter

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Sarah Link Schultz (admitted *pro hac vice*)
Sarah J. Crow (admitted *pro hac vice*)

*Proposed Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL SHIPHOLDING CORPORATION, *et al.*,[1] | Case No. 16-12220 (SMB) |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR OCTOBER 18, 2016, HEARING**

Time and Date of Hearing:   October 18, 2016 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
Alexander Custom House
One Bowling Green, Courtroom 723
New York, New York 10004-1408

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

Copies of Motions: A copy of each pleading can be viewed (a) for a fee on the Court's website at https://ecf.nysb.uscourts.gov, and (b) free of charge on the website of the Debtors' proposed claims and noticing agent, Prime Clerk, at https://cases.primeclerk.com/ish.

**UNCONTESTED MATTERS WITH FILED CERTIFICATES OF NO OBJECTION**

A. Akin Gump Retention Application. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date [ECF No. 192]

   Objection/Response Deadline: October 11, 2016, at 4:00 p.m. (prevailing Eastern Time)

   Related Documents:

   1. Omnibus Notice of Hearing [ECF No. 204]

   2. Certificate of No Objection [ECF No. 266]

   Status: This matter is going forward.

B. Prime Clerk Retention Application. Debtors' Application for Entry of an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date [ECF No. 194]

   Objection/Response Deadline: October 11, 2016, at 4:00 p.m. (prevailing Eastern Time)

   Related Documents:

   1. Omnibus Notice of Hearing [ECF No. 204]

   2. Certificate of No Objection [ECF No. 267]

   Status: This matter is going forward.

C. Postlethwaite & Netterville Retention Application. Debtors' Application for an Order Authorizing Employment and Retention of Postlethwaite & Netterville as Accounting Service Provider Nunc Pro Tunc to August 1, 2016 [ECF No. 200]

   Objection/Response Deadline: October 11, 2016, at 4:00 p.m. (prevailing Eastern Time)

   Related Documents:

   1. Omnibus Notice of Hearing [ECF No. 204]

        2.        Certificate of No Objection [ECF No. 268]

    Status: This matter is going forward.

D.    Ordinary Course Professionals Motion. Debtors' Motion for Entry of an Order Authorizing the Debtors to Employ and Compensate Certain Professionals in the Ordinary Course of Business [ECF No. 203]

    Objection/Response Deadline:       October 11, 2016, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

        1.        Omnibus Notice of Hearing [ECF No. 204]

        2.        Certificate of No Objection [ECF No. 269]

    Status: This matter is going forward.

E.    Interim Compensation Procedures Motion. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [ECF No. 195]

    Objection/Response Deadline:       October 11, 2016, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

        1.        Omnibus Notice of Hearing [ECF No. 204]

        2.        Certificate of No Objection [ECF No. 270]

F.    Schedules & SOFA Extension Motion. Debtors' Second Motion for Entry of an Order Granting an Extension of Time to File Schedules and Statements [ECF No. 202]

    Objection/Response Deadline:       October 11, 2016, at 4:00 p.m. (prevailing Eastern Time)

    Related Documents:

        1.        Omnibus Notice of Hearing [ECF No. 204]

        2.        Certificate of No Objection [ECF No. 273]

    Status: This matter is going forward.

G.     Lease Rejection Motion. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject an Unexpired Lease Nunc Pro Tunc to September 23, 2016 and (II) Granting Certain Related Relief [ECF No. 199]

       Objection/Response Deadline:     October 11, 2016, at 4:00 p.m. (prevailing Eastern Time)

       Related Documents:

       1.     Omnibus Notice of Hearing [ECF No. 204]

       2.     Certificate of No Objection [ECF No. 271]

       Status: This matter is going forward.

**OTHER UNCONTESTED MATTERS**

H.     Blackhill Partners Retention Application. Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Blackhill Partners, LLC as Financial Advisor and Investment Banker to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date, (II) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-1, and (III) Granting Related Relief [ECF No. 193]

       Objection/Response Deadline:     October 11, 2016, at 4:00 p.m. (prevailing Eastern Time)

       Related Documents:

       1.     Omnibus Notice of Hearing [ECF No. 204]

       Status: This matter is going forward.

**MOTIONS TO BE HEARD AT THE HEARING**

I.     Supplemental DIP Motion. Debtors' Supplemental Motion for an Order Authorizing the Debtors to (I) Obtain Additional Post-Petition Financing and (II) Enter Into the Third Amendment to the DIP Credit Agreement [ECF No. 213]

       Objection/Response Deadline:     October 11, 2016, at 4:00 p.m. (prevailing Eastern Time)

       Related Documents:

       1.     Declaration of Laurence H. Gurley in Support of Debtors' Supplemental Motion for an Order Authorizing the Debtors to (I) Obtain Additional Post-Petition Financing and (II) Enter into the Third Amendment to the DIP Credit Agreement

4

   and in Support of the Supplement to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; and (II) Authorizing Financial Institutions To Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations [ECF No. 214]

2. Declaration of Sarah Link Schultz Pursuant to Local Bankruptcy Rule 9077-1(a) in Support of Order to Show Cause Scheduling Hearing on Shortened Notice for (1) the Debtors' Supplemental Motion for an Order Authorizing the Debtors to (I) Obtain Additional Post-Petition Financing and (II) Enter into the Third Amendment to the DIP Credit Agreement and (2) for the Supplement to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; and (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations [ECF No. 215]

3. Order to Show Cause Scheduling Hearing on Shortened Notice for (1) the Debtors' Supplemental Motion for an Order Authorizing the Debtors to (I) Obtain Additional Post-Petition Financing and (II) Enter into the Third Amendment to the DIP Credit Agreement and (2) for the Supplement to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; and (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations [ECF No. 217]

<u>Status</u>: This matter is going forward.

J. <u>Pre-Petition Wages Motion</u>.

1. Debtors' Motion for the Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; and (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations [ECF No. 10]

2. Supplement to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; and (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations [ECF No. 212]

<u>Objection/Response Deadlines</u>: August 15, 2016, at 4:00 p.m. (prevailing Eastern Time) and October 11, 2016, at 4:00 p.m. (prevailing Eastern Time)

<u>Objections/Responses Received</u>:

3. The MM&P Benefit Plans' and MEBA Benefit Plan's Objection to Proposed Final Orders Regarding Debtor's Motions at Documents Number 10, 12, 13, 14, and 15 [ECF No. 84]

4. Declaration of Donald Marcus in Support of Objection to Proposed Final Orders Regarding First Day Motions [ECF No. 85]

5. Declaration of Marshall Ainley in Support of Objection to Proposed Final Orders Regarding First Day Motions [ECF No. 86]

6. Limited Objection and Reservation of Rights of IOMM&P and MEBA to Debtors' Motions for Entry of Final Orders (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; and (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations and for Entry of Final Orders (1) Authorizing Debtors to (a) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Certain Protections to Prepetition Lenders, (2) Scheduling a Final Hearing, and 3) Granting Certain Related Relief [ECF No. 88]

7. Motion of Seafarers International Union in Opposition to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation and Reimbursable Expenses, and (B) Continue Employee Benefit Programs and (C) Pay Directors' Fees and Expenses; and (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations [ECF No. 89]

Related Documents:

8. Interim Order (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; and (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [ECF No. 44]

9. Second Interim Order signed on 8/23/2016 (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [ECF No. 120]

10. Third Interim Order signed on 9/7/2016 (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [ECF No. 161]

11. Declaration of Erik L. Johnsen, President and Chief Executive Officer, Pursuant to Local Bankruptcy Rule 1007-2 and in Support of First Day Filings [ECF No. 7]

12. Supplemental Declaration Supplemental Declaration of Erik L. Johnsen, President and Chief Executive Officer, in Further Support of Certain First Day Filings [ECF No. 28]

13. Second Supplemental Declaration of Erik L. Johnsen, President and Chief Executive Officer, in Further Support of Certain First Day Filings [ECF No. 116]

14. Declaration of Laurence H. Gurley in Support of Debtors' Supplemental Motion for an Order Authorizing the Debtors to (I) Obtain Additional Post-Petition Financing and (II) Enter into the Third Amendment to the DIP Credit Agreement and in Support of the Supplement to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; and (II) Authorizing Financial Institutions To Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations [ECF No. 214]

15. Declaration of Sarah Link Schultz Pursuant to Local Bankruptcy Rule 9077-1(a) in Support of Order to Show Cause Scheduling Hearing on Shortened Notice for (1) the Debtors' Supplemental Motion for an Order Authorizing the Debtors to (I) Obtain Additional Post-Petition Financing and (II) Enter into the Third

        Amendment to the DIP Credit Agreement and (2) for the Supplement to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; and (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations [ECF No. 215]

16. Order to Show Cause Scheduling Hearing on Shortened Notice for (1) the Debtors' Supplemental Motion for an Order Authorizing the Debtors to (I) Obtain Additional Post-Petition Financing and (II) Enter into the Third Amendment to the DIP Credit Agreement and (2) for the Supplement to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Pre-Petition Wages, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefit Programs, and (C) Pay Director Fees and Expenses; and (II) Authorizing Financial Institutions to Honor and Process All Checks and Electronic Payment Requests Related to Such Obligations [ECF No. 217]

Status: This matter is going forward.

K. Tax Motion. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but not Directing, Debtor to Pay Taxes and Fees; and (II) Authorizing Financial Institutions to Honor all Related Checks and Electronic Payment Requests [ECF No. 13]

Objection/Response Deadline: August 18, 2016, at 4:00 p.m. (prevailing Eastern Time)

Objections/Responses Received:

1. The MM&P Benefit Plans' and MEBA Benefit Plan's Objection to Proposed Final Orders Regarding Debtor's Motions at Documents Number 10, 12, 13, 14, and 15 [ECF No. 84]

2. Declaration of Donald Marcus in Support of Objection to Proposed Final Orders Regarding First Day Motions [ECF No. 85]

3. Declaration of Marshall Ainley in Support of Objection to Proposed Final Orders Regarding First Day Motions [ECF No. 86]

Related Documents:

4. Interim Order (I) Authorizing, but not Directing, Debtors to Pay Taxes and Fees; and (II) Authorizing Financial Institutions to Honor all Related Checks and Electronic Payment Requests [ECF No. 65]

5. Second Interim Order signed on 8/23/2016 (I) Authorizing, But Not Directing, Debtors to Pay Taxes and Fees; and (II) Authorizing Financial Institutions to

       Honor All Related Checks and Electronic Payment Requests; and (III) Scheduling a Final Hearing [ECF No. 119]

6.    Third Interim Order signed on 9/7/2016 (I) Authorizing, But Not Directing, Debtors to Pay Taxes and Fees; and (II) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests; and (III) Scheduling a Final Hearing [ECF No. 160]

<u>Status</u>: This matter is going forward.

Dated: New York, New York  
       October 14, 2016

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *David H. Botter*  
David H. Botter  
One Bryant Park  
New York, NY 10036  
Telephone: (212) 872-1000  
Facsimile: (212) 872-1002

Sarah Link Schultz (admitted *pro hac vice*)  
Sarah J. Crow (admitted *pro hac vice*)  
1700 Pacific Avenue, Suite 4100  
Dallas, Texas 75201  
Telephone: (214) 969-2800  
Facsimile: (214) 969-4343

*Proposed Counsel to Debtors and Debtors in Possession*