UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :      Chapter 11
                                                                 :
**INTERNATIONAL SHIPHOLDING**                                    :      Case No. 16-12220 (SMB)
**CORPORATION.**, *et al.*,[1]                                   :
                                                                 :      Jointly Administered
                                                                 :
            Debtors.                                             :
-----------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF KENNETH L. BECKER IN SUPPORT OF
APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO RETAIN AND EMPLOY AMA CAPITAL PARTNERS, LLC
AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO SEPTEMBER 16, 2016**

    I, Kenneth L. Becker, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, and pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, that the following is true and correct:

    1.  I am a director with the firm AMA Capital Partners, LLC ("AMA" or the "Firm"). I am authorized to submit this supplemental declaration (the "Declaration") in support of the *Application of the Official Committee of Unsecured Creditors to Retain and Employ AMA Capital Partners, LLC as Financial Advisor Nunc Pro Tunc to September 16, 2016* [Dkt. No. 227] (the "Application").

    2.  I, on behalf of the Firm, make the following disclosures in connection with the Application in addition to those in my declaration filed with the Application (the "Original

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

Declaration"). Based on the Firm's conflict check within its database, no conflict exists as between the Firm and (i) Shannon Scott, an attorney for the Office of the United States Trustee, or (ii) Willard E. Bartel and David C. Peebles, Administrators for the Estate of Robert N. Cain and Marine Engineers Beneficial Association, members of the Committee.

3. Paragraph 6 of the Original Declaration states:

> Seacor Holdings and/or its subsidiaries ("Seacor") hold controlling interests in entities to which AMA or its subsidiaries is providing financial services. In addition, AMA may potentially contract with Seacor on behalf of AMA's current clients.

In the past twelve (12) months, AMA has received no revenues directly from Seacor. AMA and its wholly-owned subsidiary AMA Securities Inc. ("AMA Securities") have been engaged by entities in which Seacor owns a 47% interest (the "Engaged Entities"). Over the course of the past twelve (12) months, AMA and AMA Securities have received total revenue of approximately $225,000 from the Engaged Entities.

4. The Application inadvertently refers to an engagement letter by and between the Committee and AMA. The Committee and AMA have not entered into an engagement letter.

5. AMA will use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2016                    /s/ Kenneth L. Becker
                                           Kenneth L. Becker