AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
David H. Botter

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Sarah Link Schultz (admitted *pro hac vice*)
Sarah J. Crow (admitted *pro hac vice*)

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL SHIPHOLDING CORPORATION, *et al.*,[1] | Case No. 16-12220 (SMB) |
| Debtors. | Jointly Administered |

## *AMENDED*[2] **PROPOSED AGENDA FOR DECEMBER 20, 2016, HEARING**

| | |
|---|---|
| Time and Date of Hearing: | December 20, 2016 at 2:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | Honorable Stuart M. Bernstein<br>United States Bankruptcy Court<br>Southern District of New York<br>Alexander Custom House<br>One Bowling Green, Courtroom 723<br>New York, New York 10004-1408 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

[2] Amendments to the Agenda are included in Bold and Italicized typeface.

Copies of Motions: A copy of each pleading can be viewed (a) for a fee on the Court's website at https://ecf.nysb.uscourts.gov, and (b) free of charge on the website of the Debtors' proposed claims and noticing agent, Prime Clerk, at https://cases.primeclerk.com/ish.

**MOTIONS AND OTHER MATTERS TO BE HEARD AT THE HEARING**

A. <u>Case Conference</u>

   <u>Status</u>: This matter is going forward.

B. <u>Sale Order</u>. Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Debtors' Assets in the Specialty Business Segment [ECF No. 300]

   <u>Objection/Response Deadline</u>:    December 19, 2016, at 12:00 p.m. (prevailing Eastern Time)

   <u>Related Documents</u>:

   1. Order Establishing Bidding Procedures Relating to the Sale the Debtors' Assets in the Specialty Business Segment [ECF No. 367]

   2. Notice of Executory Contracts and Unexpired Leases that May be Assumed and Assigned in Connection with the Sale of the Debtors' Assets in the Specialty Business Segment and the Proposed Cure Cost with Respect Thereto [ECF No. 405]

   3. Supplemental Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection With the Sale of the Debtors' Assets in the Specialty Business Segment and the Proposed Cure Cost With Respect Thereto [ECF No. 419]

   4. Notice Bid Deadline, Auction, and Sale Hearing [ECF No. 416]

   5. Affidavit of Publication [ECF No. 412]

   6. Notice of Successful and Backup Bidders with Respect to the Auction of the Debtors' Assets [ECF No. 445]

   7. ***Declaration of Laurence H. Gurley in Support of Entry of Order Approving the Sale of the Specialty Business Assets to Stalking Horse Purchaser [ECF No. 456]***

<u>Status</u>: This matter is going forward.

**MOTION TO BE CONTINUED**

C.  <u>Disclosure Statement Motion</u>. Motion for Order (A) Approving Disclosure Statement; (B) Establishing Date of Confirmation Hearing; (C) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (I) Approving Form and Manner of Solicitation Packages, (II) Approving Form and Manner of Notice of confirmation Hearing, (III) Establishing Record Date and Approving Procedures for Distribution of solicitation Packages, (IV) Approving Forms of Ballots, (V) Establishing Deadline for receipt of allots, and (VI) Approving Procedures for Vote Tabulations; (D) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (E) Granting Related Relief [ECF No. 345]

<u>Objection/Response Deadline</u>:    December 16, 2016, at 4:00 p.m. (prevailing Eastern Time)

<u>Objections/Responses Received</u>:

1.  Statement and Reservation of Rights of Official Committee of Unsecured Creditors to Debtors' Motion for Order (A) Approving Disclosure Statement; (B) Establishing Date of Confirmation Hearing; (C) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (I) Approving Form and Manner of Solicitation Packages, (II) Approving Form and Manner of Notice of confirmation Hearing, (III) Establishing Record Date and Approving Procedures for Distribution of solicitation Packages, (IV) Approving Forms of Ballots, (V) Establishing Deadline for receipt of allots, and (VI) Approving Procedures for Vote Tabulations; (D) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (E) Granting Related Relief [ECF No. 436]

2.  Reservation of Rights of Regions Bank, as Agent, in Response to the Debtors' Motion for Entry of an Order Approving *Inter Alia* the Debtors' Disclosure Statement [ECF No. 438]

3.  Objection of Patriot Shipping, LLC and US Ocean, LLC to the Debtors' Motion [ECF No. 345] for Entry of an Order Approving the Disclosure Statement [ECF No. 440]

4.  Objection of Westchester Fire Insurance Company to Debtors' Motion for Order (A) Approving Disclosure Statement; (B) Establishing Date of Confirmation Hearing; (C) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (I) Approving Form and Manner of Solicitation Packages, (II) Approving Form and Manner of Notice of confirmation Hearing, (III) Establishing Record Date and Approving Procedures for Distribution of solicitation Packages, (IV) Approving Forms of Ballots, (V) Establishing Deadline for receipt of allots, and (VI) Approving Procedures for Vote Tabulations; (D) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (E) Granting Related Relief [ECF No. 441]

5. Capital One, National Association's Objection and Reservation of Rights in Response to Debtors' Motion for Order Approving Disclosure Statement [ECF No. 442]

6. Informal comments received from various interested parties (Pension Benefits Guarantee Corporation, Glenda Freeman, International Organization of Masters, Mates and Pilots and Marine Engineers Beneficial Association, Office of the United States Trustee for Region 2, Texas Comptroller of Public Accounts, and 750 Merchant Marines and their Estates)

Related Documents:

7. Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and its Affiliated Debtors [ECF No. 343]

8. Disclosure Statement for Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and its Affiliated Debtors [ECF No. 344]

9. Debtors' Omnibus Reply in Support of Debtors' Motion for Order (A) Approving Disclosure Statement; (B) Establishing Date of Confirmation Hearing; (C) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (I) Approving Form and Manner of Solicitation Packages, (II) Approving Form and Manner of Notice of confirmation Hearing, (III) Establishing Record Date and Approving Procedures for Distribution of solicitation Packages, (IV) Approving Forms of Ballots, (V) Establishing Deadline for receipt of allots, and (VI) Approving Procedures for Vote Tabulations; (D) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (E) Granting Related Relief [ECF No. 453]

*Status*: **The Debtors request that this matter be adjourned to a later hearing in these chapter 11 cases.**

| | |
|---|---|
| Dated: New York, New York<br>December 19, 2016 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>By: /s/ *David H. Botter*<br>David H. Botter<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>Sarah Link Schultz (admitted *pro hac vice*)<br>Sarah J. Crow (admitted *pro hac vice*)<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343<br><br>*Counsel to Debtors and Debtors in Possession* |