**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )  Chapter 11 |
| INTERNATIONAL SHIPHOLDING | ) |
| CORPORATION, *et al.*,[1] | )  Case No. 16-12220 (SMB) |
|  | ) |
| Debtors. | )  Jointly Administered |

<u>**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' MOTION FOR ORDER (A) APPROVING DISCLOSURE STATEMENT; (B) ESTABLISHING DATE OF CONFIRMATION HEARING; (C) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT PLAN, INCLUDING (I) APPROVING FORM AND MANNER OF SOLICITATION PACKAGES, (II) APPROVING FORM AND MANNER OF NOTICE OF CONFIRMATION HEARING, (III) ESTABLISHING RECORD DATE AND APPROVING PROCEDURES FOR DISTRIBUTION OF SOLICITATION PACKAGES, (IV) APPROVING FORMS OF BALLOTS, (V) ESTABLISHING DEADLINE FOR RECEIPT OF BALLOTS, AND (VI) APPROVING PROCEDURES FOR VOTE TABULATIONS; (D) ESTABLISHING DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN; AND (E) GRANTING RELATED RELIEF**</u>

**PLEASE TAKE NOTICE** that the hearing on the *Motion for Order (A) Approving Disclosure Statement; (B) Establishing Date of Confirmation Hearing; (C) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (I) Approving Form and Manner of Solicitation Packages, (II) Approving Form and Manner of Notice of Confirmation Hearing, (III) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (IV) Approving Forms of Ballots, (V) Establishing*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

*Deadline for Receipt of Ballots, and (VI) Approving Procedures for Vote Tabulations; (D) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (E) Granting Related Relief* [ECF No. 345] (the "Disclosure Statement Motion") originally scheduled for December 20, 2016, at 10:00 a.m. (prevailing Eastern Time), and rescheduled to December 20, 2016, at 2:00 p.m. (prevailing Eastern Time), in the above-captioned chapter 11 cases before the Honorable Stuart M. Bernstein has been adjourned.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement Motion will be heard on **January 5, 2017, at 10:30 a.m. (prevailing Eastern Time)** before the Honorable Stuart M. Bernstein at the United States Bankruptcy Court, Southern District of New York, Alexander Custom House, One Bowling Green, Courtroom 723, New York, New York 10004-1408.

Dated: New York, New York
December 20, 2016

**AKIN GUMP STRAUSS HAUER & FELD LLP**
By: /s/ *David H. Botter*
David H. Botter
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Sarah Link Schultz (admitted *pro hac vice*)
Sarah J. Crow (admitted *pro hac vice*)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel to Debtors and Debtors in Possession*

2