AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
David H. Botter

1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Sarah Link Schultz (admitted *pro hac vice*)
Sarah J. Crow (admitted *pro hac vice*)

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL SHIPHOLDING CORPORATION, *et al.*,[1] | Case No. 16-12220 (SMB) |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR JANUARY 19, 2017, HEARING**

Time and Date of Hearing: January 19, 2017 at 2:30 p.m. (prevailing Eastern Time)

Location of Hearing: Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
Alexander Custom House
One Bowling Green, Courtroom 723
New York, New York 10004-1408

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

Copies of Motions:  A copy of each pleading can be viewed (a) for a fee on the Court's website at https://ecf.nysb.uscourts.gov, and (b) free of charge on the website of the Debtors' proposed claims and noticing agent, Prime Clerk, at https://cases.primeclerk.com/ish.

**MOTION TO BE HEARD AT THE HEARING**

A.  Sale Motion. Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017 [ECF No. 488]

Objection/Response Deadline:  January 12, 2017, at 4:00 p.m. (prevailing Eastern Time)

Objections/Responses Received:

1.  Capital One, National Association's Response and Reservation of Rights to Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017 [ECF No. 527]

Related Documents:

2.  Declaration of Sarah Link Schultz Pursuant to Local Bankruptcy Rule 9077-1(A) in Support of Order to Show Cause Scheduling Hearing on Shortened Notice for Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017 [ECF No. 489]

3.  Order to Show Cause Scheduling Hearing on Shortened Notice for Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017 [ECF No. 497]

4.  Declaration of Laurence H. Gurley in Support of Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction

        Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017[ECF No. 524]

5. Supplemental Declaration of Laurence H. Gurley in Support of Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017 [ECF No. 532]

6. Declaration of Robert T. Chambers in Support of the Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017 [ECF No. 533]

7. Affidavit of Service of Paul Pullo Regarding Expedited Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017 and Order to Show Cause Scheduling Hearing on Shorten Notice, Stipulated Order Concerning Filing of Proofs of Claim for IOMM&P, MEBA and SIU and Employees Represented by IOMM&P, MEBA and SIU and Proposed Agenda for January 5, 2017, Hearing [ECF No. 505]

8. Affidavit of Service of Paul Pullo Regarding Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction pending further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017, Declaration of Sarah Link Schultz in Support of Order to Show Cause Scheduling Hearing on Shortened Notice for Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017, First Application of Blackhill Partners, LLC, Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2016 through October 31, 2016, and First Application of Akin Gump Strauss Hauer & Feld LLP, Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2016 through November 30, 2016 [ECF No. 513]

9. Certificate of Notice for Order to Show Cause Scheduling Hearing on Shortened Notice for Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017 [ECF No. 514]

10. Certificate of Service for Capital One, National Association's Response and Reservation of Rights to Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017 [ECF No. 531]

11. Notice of Hearing on Debtors' Expedited Motion for Entry of an Order (I) Authorizing the Debtors to Consummate the Sale of the Oslo Wave; (II) Establishing January 1, 2017, as the Effective Date of the Sale of the Oslo Wave; (III) Staying Distribution of the Proceeds of the Sale Transaction Pending Further Order of the Court; and (IV) Rejecting the Bareboat Charter *Nunc Pro Tunc* to January 1, 2017 [ECF No. 539]

<u>Status</u>: This matter is going forward.

Dated: New York, New York  
January 17, 2017

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *David H. Botter*  
David H. Botter  
One Bryant Park  
New York, NY 10036  
Telephone: (212) 872-1000  
Facsimile: (212) 872-1002

Sarah Link Schultz (admitted *pro hac vice*)  
Sarah J. Crow (admitted *pro hac vice*)  
1700 Pacific Avenue, Suite 4100  
Dallas, Texas 75201  
Telephone: (214) 969-2800  
Facsimile: (214) 969-4343

*Counsel to Debtors and Debtors in Possession*