AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
David H. Botter

1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: (214) 969-2800
Sarah Link Schultz (admitted *pro hac vice*)
David F. Staber (admitted *pro hac vice*)

*Counsel to Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL SHIPHOLDING CORPORATION, *et al.*,[1] | Case No. 16-12220 (SMB) |
| Debtors. | Jointly Administered |

**NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
TO BE ASSUMED AND ASSIGNED OR REJECTED IN CONNECTION
WITH THE DEBTORS' FIRST AMENDED JOINT CHAPTER 11
PLAN OF REORGANIZATION AND THE PROPOSED CURE AMOUNTS
WITH RESPECT TO ASSUMED AND ASSIGNED CONTRACTS AND LEASES**

**PLEASE TAKE NOTICE** that, on January 10, 2017, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [ECF No. 517] (the "Disclosure Statement Order") (a) approving the *Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and its Affiliated Debtors* (including all exhibits thereto and as may be amended, modified or supplemented from time to time, the "Disclosure Statement"); (b) establishing the date of the hearing (the "Confirmation Hearing") regarding confirmation of the *First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors* (including all exhibits thereto and as may be amended, modified or supplemented from

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

time to time, the "Plan");[2] (c) establishing procedures for the solicitation and tabulation of votes to accept or reject the Plan; (d) establishing the deadline and procedures for filing objections to confirmation of the Plan; and (e) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that on January 13, 2017, the Debtors filed the solicitation versions of the Plan [ECF No. 537] and the Disclosure Statement [ECF No. 538].

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing with respect to the Plan is scheduled to commence at 10:00 a.m. (prevailing Eastern Time) on February 16, 2017, before the Honorable Stuart M. Bernstein, at the Bankruptcy Court, One Bowling Green, Courtroom 723, New York, New York 10004. This hearing may be continued by the Court or by the Debtors without further notice other than by announcement of same in open court and/or by filing and serving a notice of adjournment.

**PLEASE TAKE FURTHER NOTICE** that Section 8 of the Disclosure Statement contains certain procedures for the assumption and assignment of executory contracts and unexpired leases in connection with the Plan (collectively, the "Assumed Contracts and Leases"), including the filing of the Schedule of Assumed Contracts and Leases identifying (i) the Assumed Contracts and Leases to be assumed by the applicable Debtor(s), with the consent of SEACOR, and (ii) the proposed amounts, if any, the Debtors believe are owed to the counterparty to such Assumed Contracts and Leases to cure any defaults or arrears existing under the Assumed Contracts and Leases (the "Cure Amounts"), both as set forth on **Exhibit A** attached hereto. Other than the Cure Costs listed on **Exhibit A**, the Debtors are not aware of any amounts due and owing under the Assumed Contracts and Leases listed therein.

**PLEASE TAKE FURTHER NOTICE** that Section 8 of the Disclosure Statement also contains certain procedures for the rejection of executory contracts and unexpired leases in connection with the Plan (collectively, the "Rejected Contracts and Leases"), including the filing of the Schedule of Rejected Contracts and Leases to be rejected by the applicable Debtor(s), with the consent of SEACOR, as set forth on **Exhibit B** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that on February 2, 2017, the Debtors filed the Plan Supplement [ECF No. 594] containing the Schedule of Assumed Contracts and Leases with the related Cure Amounts and the Schedule of Rejected Contracts and Leases, and further that certain of the documents in the Plan Supplement remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein, including the Schedule of Assumed Contracts and Leases or the Schedule of Rejected Contracts, in accordance with the terms of the Plan. To the extent material amendments or modifications are made to the Schedule of Assumed Contracts and Leases or the Schedule of Rejected Contracts, the Debtors will file a blackline version with the Bankruptcy Court prior to the Confirmation Hearing marked to reflect such amendments or modifications.

**PLEASE TAKE FURTHER NOTICE** that the proposed Cure Amount for any Executory Contract or Unexpired Lease assumed under the terms of the Plan and not listed on either the Schedule of Assumed Contracts and Leases or the Schedule of Rejected Contracts and Leases shall be $0.00.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

2

**PLEASE TAKE FURTHER NOTICE** that, to the extent that a Cure Dispute[3] is asserted in an objection filed not less than ten (10) days after service of the Schedule of Assumed Contracts and Leases, and properly served on the Debtors, such Cure Dispute shall be scheduled for a hearing by the Bankruptcy Court. Following resolution of a Cure Dispute by Final Order of the Bankruptcy Court, the applicable Executory Contract or Unexpired Lease shall be deemed assumed effective as of the Effective Date, provided that the Debtors, with the consent of SEACOR, reserve the right to reject any Executory Contract or Unexpired Lease following entry of a Final Order of the Bankruptcy Court resolving the applicable Cure Dispute by filing a notice indicating such rejection within three (3) Business Days of the entry of such Final Order.

**PLEASE TAKE FURTHER NOTICE** that, to the extent that an objection is not timely filed and properly served on the Debtors with respect to a Cure Dispute, then the counterparty to the applicable Executory Contract or Unexpired Lease shall be deemed to have assented to (a) the Cure Amount proposed by the Debtors and (b) the assumption of such contract or lease, notwithstanding any provision thereof that (i) prohibits, restricts or conditions the transfer or assignment of such contract or lease, or (ii) terminates or permits the termination of a contract as a result of any direct or indirect transfer or assignment of the rights of the Debtor under such contract or a change in the ownership or control as contemplated by the Plan, and shall forever be barred and enjoined from asserting such objection against the Debtors or terminated or modifying such contract on account of transactions contemplated by the Plan.

**PLEASE TAKE FURTHER NOTICE** that, subject to resolution of any Cure Dispute, any monetary amounts by which any Executory Contract and Unexpired Lease to be assumed under the Plan is in default shall be satisfied pursuant to Bankruptcy Code section 365(b)(1), by payment of the default amount in cash on the Effective Date or on such other terms as the parties to such Executory Contract or Unexpired Lease may agree.

**PLEASE TAKE FURTHER NOTICE** that assumption and assignment of any Executory Contract or Unexpired Lease pursuant to the Plan, or otherwise, shall result in the full release and satisfaction of any Claims or defaults, subject to satisfaction of the Cure, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any Executory Contract or Unexpired Lease at any time before the effective date of assumption and/or assignment. Any proofs of claim filed with respect to an Executory Contract or Unexpired Lease that has been assumed shall be deemed disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court or any other entity.

---

[3] A "Cure Dispute" means a dispute regarding (a) the Cure Amount; (b) the ability of the applicable Reorganized Debtor to provide "adequate assurance of future performance" (within the meaning of Bankruptcy Code section 365) under the Executory Contract or Unexpired Lease to be assumed; or (c) any other matter pertaining to the proposed assumption of a contract or lease.

**PLEASE TAKE FURTHER NOTICE** that all Claims arising from the rejection of Executory Contracts or Unexpired Leases must be filed with the Claims Agent according to the procedures established for the filing of proofs of claim or before the later of (i) the applicable Bar Date and (ii) thirty (30) days after the entry of the order approving the rejection of such Executory Contract or Unexpired Lease.  All Claims arising from the rejection of Executory Contracts or Unexpired Leases that are evidenced by a timely filed proof of claim will be treated as Class 7 General Unsecured Claims.  Upon receipt of the Plan Distribution provided in Section 7.4 of the Plan, all such Claims shall be satisfied, settled, and released as of the Effective Date, and shall not be enforceable against the Debtors, the Estates, the Reorganized Debtors, or their respective properties or interests in property.

**PLEASE TAKE FURTHER NOTICE** that any Person that is required to file a proof of claim arising from the rejection of an Executory Contract or Unexpired Lease that fails to timely do so shall be forever barred, estopped, and enjoined from asserting such Claim, and such Claim shall not be enforceable, against the Debtors, the Debtors' Estates, the Reorganized Debtors, or their respective properties or interests in property, unless otherwise ordered by the Bankruptcy Court or as otherwise provided herein.

**PLEASE TAKE FURTHER NOTICE** that the inclusion of a contract or lease on **Exhibit A** or **Exhibit B** shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is a binding, valid, and enforceable contract.  The Debtors hereby expressly reserve the right to assert that any agreement listed on **Exhibit A** or **Exhibit B** does not constitute an executory contract or unexpired lease within the meaning of Bankruptcy Code section 365 and to amend **Exhibit A** or **Exhibit B** in accordance with Article 8 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the terms and conditions of the Plan, with such Plan controlling in the event of any conflict, and the Debtors encourage parties-in-interest to review such documents in their entirety.  Parties with questions regarding the procedures contained herein should contact the Debtors' counsel at the contact information provided below.

**PLEASE TAKE FURTHER NOTICE** that the copies of the documents included in this notice, the Disclosure Statement, the Plan, or any other document filed in the Debtors' chapter 11 cases are available (a) at https://cases.primeclerk.com/ish; (b) by calling the Debtors' restructuring hotline at (844) 205-4335; or (c) by emailing ISHinfo@PrimeClerk.com.

| | |
|---|---|
| Dated: New York, New York<br>February 2, 2017 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>By: /s/ *David H. Botter* |

David H. Botter
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Sarah Link Schultz (admitted *pro hac vice*)
David F. Staber (admitted *pro hac vice*)
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel to Debtors and Debtors in Possession*

**Exhibit A[4]**

**Schedule of Assumed Contracts and Leases[5] and Proposed Cure Amounts[6]**

---

[4] The inclusion of a contract or lease on Exhibit B of the Plan Supplement (or this Exhibit A) shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any agreement listed on Exhibit B of the Plan Supplement does not constitute an executory contract or unexpired lease within the meaning of Bankruptcy Code section 365 and to amend Exhibit B of the Plan Supplement in accordance with Article 8 of the Plan.

[5] Pursuant to the Plan as proposed, effective as of the Effective Date, all Executory Contracts and Unexpired Leases are assumed, except for an Executory Contract or Unexpired Lease that (i) has previously been assumed or rejected pursuant to a Final Order of the Bankruptcy Court, (ii) is specifically designated as an Executory Contract or Unexpired Lease to be rejected on the Schedule of Rejected Contracts and Leases or is otherwise expressly rejected pursuant to the Plan, (iii) is the subject of a separate (a) assumption motion filed by the Debtors (with the consent of SEACOR) or (b) rejection motion filed by the Debtors (with the consent of SEACOR) under section 365 of the Bankruptcy Code prior to the Confirmation Date, or (iv) is the subject of a pending objection regarding a Cure Dispute. Plan at Art. 8.1.

[6] Pursuant to the Plan as proposed, the proposed Cure Amount for any Executory Contract or Unexpired Lease not listed on the schedule shall be $0.00. Plan at Art. 8.2.1.

**International Shipholding Corporation**
Executory Contracts - Assume
As of February 02, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount ($) |
|---|---|---|---|
| Central Gulf Lines, Inc. | MARAD | MSP Operating Agreement 58 | $ 0.00 |
| Central Gulf Lines, Inc. | MARAD | MSP Operating Agreement 59 | $ 0.00 |
| Central Gulf Lines, Inc. | MARAD | MSP Operating Agreement 60 | $ 0.00 |
| Central Gulf Lines, Inc. | MARAD | MSP Operating Agreement 61 | $ 0.00 |
| Central Gulf Lines, Inc. | USTRANSCOM | VISA HTC711-16-D-WV09 | $ 0.00 |
| Central Gulf Lines, Inc. | USTRANSCOM | USC-8 HTC711-16-D-W005 | $ 0.00 |
| Central Gulf Lines, Inc. | Washington Maritime | Broker Commission | $ 0.00 |
| Waterman Steamship Corporation | MARAD | MSP Operating Agreement 104 | $ 0.00 |
| Waterman Steamship Corporation | MARAD | MSP Operating Agreement 105 | $ 0.00 |
| Waterman Steamship Corporation | USTRANSCOM | VISA HTC711-16-D-WV56 | $ 0.00 |
| Gulf South Shipping PTE LTD | CG Railway, Inc. | Charterparty (Bali Sea) | $ 0.00 |
| Gulf South Shipping PTE LTD | CG Railway, Inc. | Charterparty (Banda Sea) | $ 0.00 |
| LMS Shipmanagement, Inc | Wallem Shipmanagement | Bali Sea/Banda Sea Shipman | $ 0.00 |
| International Shipholding Corporation | Meridian Global Consulting | Security guard services on vessels | $ 0.00 |
| LMS Shipmanagement, Inc | MacGregor USA, Inc. | Full inspection of Cargo Access Gear (Ramps) | $ 0.00 |
| LMS Shipmanagement, Inc | MacGregor/ CargoTec | Full inspection of Cargo Access Gear (Ramps) | $ 0.00 |
| LMS Shipmanagement, Inc | Radio Holland | Nav and Communication equipment service | $ 0.00 |
| LMS Shipmanagement, Inc | Radio Holland | Nav and Communication equipment service | $ 0.00 |
| U.S. United Ocean Services, LLC | Iron Mountain | Off-site Storage | $ 1,501.87 |
| U.S. United Ocean Services, LLC | Portserv International | Stevedoring | $ 0.00 |
| International Shipholding Corporation | NOLA | Office lease; landlord | $ 1,702.89 |
| Mobile/Daphney | | | $ 0.00 |
| Central Gulf Lines, Inc. | HBS | Ship Agency | $ 147,757.77 |
| Central Gulf Lines, Inc. | HBS | Brokerage | $ 0.00 |
| Central Gulf Lines, Inc. | Yusen Navtech Co. Ltd | Maintenance Advisor | $ 0.00 |
| International Shipholding Corporation | Morrison & Head, LP | Property Tax Valuation | $ 0.00 |
| International Shipholding Corporation | Premium Parking | Parking Garage lease; lessor | $ 3,150.00 |
| International Shipholding Corporation | RSA | Parking garage | $ 0.00 |
| International Shipholding Corporation | Shred-It | Document Handling vendor; vendor contract | $ 661.64 |
| Frascati Shops, Inc. | Express Services Inc. | Temporary Employment Services | $ 0.00 |
| Frascati Shops, Inc. | Clark Personnel, Inc. | Temporary Employment Services | $ 3,142.80 |
| Frascati Shops, Inc. | AlwaysCare | Dental & Vision Insurance | $ 0.00 |
| Frascati Shops, Inc. | Blue Cross Blue Shield AL | Medical Insurance | $ 0.00 |
| Frascati Shops, Inc. | Infirmary Occupational Health | Pre-Employment Drug Testing | $ 359.00 |
| International Shipholding Corporation | Discovery Benefits | Flexible Spending | $ 0.00 |

## International Shipholding Corporation
## Executory Contracts - Assume
## As of February 02, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount ($) |
|---|---|---|---|
| International Shipholding Corporation | MetLife | Dental Insurance | $ 0.00 |
| International Shipholding Corporation | Milliman | Pension Actuary | $ 0.00 |
| International Shipholding Corporation | TRowe Price | 401K | $ 0.00 |
| International Shipholding Corporation | United Healthcare | Medical & Vision Insurance | $ 0.00 |
| International Shipholding Corporation | Whitney Bank | Pension Trustee | $ 0.00 |
| International Shipholding Corporation | Zee Medical | First Aid vendor; vendor contract | $ 0.00 |
| International Shipholding Corporation | Reliance Standard Life | Life Insurance | $ 0.00 |
| Claims | | ICC – Insurance & Claims software, migrating to Inform, old asbestos claims | $ 0.00 |
| Company Website | GoDaddy and DNS Services | Website registration for ISH, WSC, CGL, FSI and CG Railway | $ 0.00 |
| Infrastructure Technology | Ecessa | Ecessa Powerlink bandwidth aggregator | $ 0.00 |
| IT Systems Security | TrendMicro | TrendMicro endpoint protection security solution | $ 0.00 |
| Operations | ALK | PC Miler ? | $ 0.00 |
| Vessel Software | | ECDIS Electronic Chart Display and Information System. Chart downloads. | $ 0.00 |
| Vessel Software | | FleetTrack vessel tracking website | $ 0.00 |
| Vessel Software | Polestar | SSAS - Shipboard security system. Polestar Purplefinder shipboard security system | $ 0.00 |
| Claims | INFORM Applications | Insurance & Claims SaaS solution managed by the claims department, Paid for a year , but not completely live | $ 0.00 |
| Claims | TECNORisk, LLC | Tecnoclaims from TecnoRisk LLC, Migrating to Inform, We will need to continue until Insurance& Claims can complete migration work with Inform. | $ 0.00 |
| Communications | Mediacom Southeast LLC | Data Line to Hwy 98 Bldng., Daphne.  105/10 Mbps, $360/ mo | $ 0.00 |
| Communications | Southern Light, LLC | Data Line to Papermill Road Mobile (FSI Railcar Repair Yard), 50/50 Mbps, $650 /mo | $ 1,320.00 |
| Communications | Cox Communications Louisiana, LLC | Data Line to Poydras Street, New Orleans 100/20 Mbps, $330/ mo, | $ 0.00 |
| Communications | Harbor Communications | Fax and data circuit for CGR Trailer at state docks, 6MB down, 1MB up for $110 /month. | $ 2,297.72 |
| Communications | RAZORLINE | Hosted office VOIP phone system used for most locations | $ 0.00 |
| Financials/HRMS | Infor (US), Inc. | ERP System (Lawson) - AP, AR, GL, SL (Strategic Ledger), Assets, HR, Payroll, Benefits | $ 0.00 |
| Financials/HRMS | Lexmark | ImageNow AP & HR Document Imaging/ Workflow for AP coders/approvers | $ 0.00 |

# International Shipholding Corporation
## Executory Contracts - Assume
### As of February 02, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount ($) |
|---|---|---|---|
| Financials/HRMS | MHC Software Inc. | MHC Document Express - Checks, Tax Forms, Pay stubs, All companies (Forms printing) | $ 0.00 |
| Infrastructure Technology | TSA, Inc. | HP 3PAR NAS storage solution for the data center | $ 0.00 |
| Infrastructure Technology | Park Place Technologies LLC | Park Place provides post warranty maintenance on select equipment at specified locations.  Each office has a local Domain Controller, HP 7000 blade servers, Cisco 3750 GB switches, ASA firewalls (5) | $ 0.00 |
| Infrastructure Technology | Sungard Availability Services, LP | Sungard in Dallas is the DR site | $ 3,260.00 |
| IT Systems Security | Zscaler, Inc. | Zscaler internet endpoint protection and logging between users and internet | $ 0.00 |
| Operations | ABS Nautical Systems | ABS NS5 - Nautical Systems (5.5) - Marine payroll and purchasing, office users supporting vessels, QSMS, Prev Maint | $ 0.00 |
| Operations | Bloksberg | Flagship ACE software hosting - Bookings, Manifests & Customs Waterman Supplemental Cargo & CGRailway.  Customs & bill of lading.<br>Split between CGR & military cargo. | $ 2,123.29 |
| Operations | Tapestry Solutions, Inc. | ICODES  - Military cargo load software, if we want to carry military cargo, ICODES = Integrated Computerized Deployment System. To satisfy conveyance load-planning demand of the US Army and Marine Corps. | $ 0.00 |
| Operations | GE Transportation (formerly from RMI) | RailConnect 360:  ExpressYard Railcar Asset Management System  - Railcar Management and Repair Systems, Inherited when bought FSI, SaaS solution also | $ 0.00 |
| Operations | ShipServ Ltd. | Shipserve - Integrates with NS5 for PO quotes, just buyers use | $ 0.00 |
| Operations | Veson Nautical Corporation | Veson Nautical IMOS 7  UOS vessel management - Voyage Management | $ 0.00 |
| Tax | BSI | BSI payroll tax data for Lawson | $ 0.00 |
| Vessel Communications | Inmarsat | Satellite Communications - Inmarsat XPressLink/ Globe iFusion, Not in IT budget but they support service and code/ approve invoices. | $ 76,923.90 |
| Vessel Software | Inmarsat | Crew email via GlobeWireless, GlobeEmail (WSC, CGL & UOS), used by each person on vessel, vessel users have 4 to 5 workstations on each ship that have Outlook.  Globe email is by vessel and position., Included with vessel comms costs | $ 0.00 |

# Exhibit B[7]

## Schedule of Rejected Contracts and Leases

---

[7] The inclusion of a contract or lease on Exhibit C of the Plan Supplement (or this Exhibit B) shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is a binding, valid, and enforceable contract.  The Debtors hereby expressly reserve the right to assert that any agreement listed on Exhibit C of the Plan Supplement does not constitute an executory contract or unexpired lease within the meaning of Bankruptcy Code section 365 and to amend Exhibit C of the Plan Supplement in accordance with Article 8 of the Plan.

International Shipholding Corporation
Executory Contracts - Reject
As of February 02, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|
| Central Gulf Lines, Inc. | Nippon Yusen Kaisha | Green Lake Time Charter |
| Central Gulf Lines, Inc. | Nippon Yusen Kaisha | Green Bay Time Charter |
| Central Gulf Lines, Inc. | Nippon Yusen Kaisha | Green Cove Time Charter |
| Central Gulf Lines, Inc. | Nippon Yusen Kaisha | Green Ridge Time Charter |
| Central Gulf Lines, Inc. | Nippon Yusen Kaisha | Green Dale Time Charter |
| LCI Shipholdings, Inc | Oslo Bulk Holding | OSLO WAVE Bareboat Charter |
| Waterman Steamship Corporation | Patriot Shipping LLC | OCEAN GIANT Bareboat Charter |
| Waterman Steamship Corporation | Patriot Shipping LLC | OCEAN GLOBE Bareboat Charter |
| Waterman Steamship Corporation | US Ocean LLC | OCEAN GIANT Time Charter |
| rom: | US Ocean LLC | OCEAN GLOBE Time Charter |
| Waterman Steamship Corporation | Crowley Technical Management | OCEAN GLOBE Shipman |
| Waterman Steamship Corporation | Crowley Technical Management | OCEAN GIANT shipman |
| LMS Shipmanagement, Inc | Wallem Shipmanagement | Side Letter Agreement addressing the maximum deposit |
| LMS Shipmanagement, Inc | Wallem Shipmanagement | Green Dale Shipman |
| Waterman Steamship Corporation | Patriot Shipping LLC, US Ocean LLC | Advance of Management Fee Agreement (including First Amendment) |
| Central Gulf Lines, Inc. | Nippon Yusen Kaisha | Memorandum of Understanding |
| Sulphur Carriers, Inc. | BMO Harris Equipment Finance Co. | Operating Lease for Sulphur Enterprise |
| Central Gulf Lines, Inc. | CapitalSource Bank | Operating Lease for Green Lake |
| Central Gulf Lines, Inc. | BB&T Equipment Finance Co. | Operating Lease for Green Cove |
| U.S. United Ocean Services, LLC | Tampa Electric Company | Transportation |
| U.S. United Ocean Services, LLC | The Mosaic Company | Transportation |
| Mary Ann Hudson, LLC | Brayton Point Energy, LLC (Dynegy) | Transportation |
| U.S. United Ocean Services, LLC | Koch Carbon UK Limited | Transportation |
| International Shipholding Corporation | Ecochlor | Ballast Water Management System |
| LMS Shipmanagement, Inc | EPSCO (Cyprus) LTD. | Fire and safety services |
| LMS Shipmanagement, Inc | Fastenal | Tools, Safety, Batteries, etc.. |
| LMS Shipmanagement, Inc | G.C. Maritime | Life Boat and Davit inspection |
| LMS Shipmanagement, Inc | Grainger | Tools, Safety, Batteries, etc.. |
| LMS Shipmanagement, Inc | International Paint | Paint |
| LMS Shipmanagement, Inc | SHANGHAI RESOLVE-SHENGMIN | OSRO - China |
| LMS Shipmanagement, Inc | Staples | Office Supplies & Cabin Items |
| LMS Shipmanagement, Inc | Subsistence - Sysco Foods - Houston | Sysco Foods |
| LMS Shipmanagement, Inc | Subsistence - Sysco Foods - Jacksonville | Sysco Foods |
| LMS Shipmanagement, Inc | Subsistence - Sysco Foods - West Coast Florida | Sysco Foods |
| LMS Shipmanagement, Inc | Subsistence - US Foods | US Foods |

International Shipholding Corporation
Executory Contracts - Reject
As of February 02, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest |
| --- | --- | --- |
| LMS Shipmanagement, Inc | Total Lub Marine | Lubricants |
| LMS Shipmanagement, Inc | Alaska Prevention and Response Network | OSRO - ALASKA |
| LMS Shipmanagement, Inc | Clean Islands Council | OSRO - Hawaii |
| LMS Shipmanagement, Inc | ECM Maritime Services | Vessel response Plans |
| Sulphur Carriers, Inc. | Lloyd's Register North America | Fuel Oil Testing |
| Sulphur Carriers, Inc. | Lloyd's Register North America | Block Fee Agreement |
| U.S. United Ocean Services, LLC | Marine Towing of Tampa | Assist Tug Tampa |
| U.S. United Ocean Services, LLC | Wilder Corporation | Office lease |
| Central Gulf Lines, Inc. | National Response Corp. | OSRO - California |
| Central Gulf Lines, Inc. | OSROCO, LLC | OSRO Guam |
| International Shipholding Corporation | Brookfield Relocations | Relocation company |
| International Shipholding Corporation | CareerBuilder | Recruitment |
| International Shipholding Corporation | Community Coffee | Coffee vendor; vendor contract |
| International Shipholding Corporation | Ernst & Young - US NL SN | Tax Review and Advice |
| International Shipholding Corporation | JJ Keller & Associates, LLC | Legal Postings |
| International Shipholding Corporation | NeoPost/Mail Finance | Postage machine lease; lessor |
| International Shipholding Corporation | NeoPost/Mail Finance | Postage machine lease; lessor |
| International Shipholding Corporation | Wolters Kluwer | Tax Software |
| U.S. United Ocean Services, LLC | Iron Mountain | Shredding |
| International Shipholding Corporation | Robert Half International, Inc. | Temporary Employment Services |
| U.S. United Ocean Services, LLC | Pitney Bowes | Tampa Postage |
| U.S. United Ocean Services, LLC | Standard Coffee | Staff Coffee |
| U.S. United Ocean Services, LLC | Zee Medical | First Aid |
| U.S. United Ocean Services, LLC | Zephyrhills | Staff Water |
| International Shipholding Corporation | Erik L. Johnsen | Change of Control and Indemnification Agreement |
| International Shipholding Corporation | Fowler Business Group LLC dba RR Mergers & Acquisitions | Letter of Engagement for CG Railway |
| International Shipholding Corporation | Manny Estrada | Change of Control and Indemnification Agreement |
| International Shipholding Corporation | Aflac | Supplement Insurance |
| International Shipholding Corporation | Infirmary Health (iHealthy) | Wellness program |
| International Shipholding Corporation | Leavell Investments | Investment Advisors |
| International Shipholding Corporation | YMCA | Employee Gym Membership |
| International Shipholding Corporation | CHUBB Business Travel Accident | Business Travel Accident Ins. |
| International Shipholding Corporation | CIGNA | Expat Insurance |
| International Shipholding Corporation | Reliastar Life Ins. Co. (Voya Financial) | Life Insurance |

# International Shipholding Corporation
## Executory Contracts - Reject
### As of February 02, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|
| Protection & Indemnity/1 Year | The Standard Club Europe LTD. - 208250 | |
| Protection & Indemnity/1 Year | The Standard Club Europe LTD. -  208347 | |
| Marine Hull Package/War/LOH 1 Year | Navigators Insurance Co. - B0509MARHR1600084 | |
| Bumbershoot Liabilities/1 Year | ProSight Specialty Ins. -ML201600001272 and Navigators Ins. -Co. H016LIA00027402 | |
| Inland Marine - Equipment Floater & Rolling Stock/1 Year | Alterra America Insurance Co. -MAXA61M0050203 | |
| Marine General/1 Year | Navigators Insurance Co. - HI16LIA00027401 | |
| Special Risk Corporate Protection/3 Years | V.O. Schinnerer & Co., Inc. - SCI273610191 | |
| Commercial Property/1 Year | AmRisc, LLC (AmWINS of GA) - multiple subscribers (Lloyds) | |
| Commercial Auto/1 Year | Sentinel Insurance Co., LTD. - 83 UEN VV40443 K3 | |
| Ocean Marine Open Cargo/1 Year | Southern Marine and Avaition (Lloyd's) - 43285 | |
| Workers Compensation & Employers Liability/1 Year | PMA - 201501-04-54-63-7Y | |
| USL&H/1 Year | American Longshore Mutual Assn. (ALMA) - ALMA00995-04 | |
| Fiduciary Liability/2 Years | Continental Casualty Co. - 425422186 | |
| Directors & Officers Liability - Excess DIC/1 Year | Ace USA - DOX 023685553 | |
| Directors & Officers Liability/1 Year | Great American Ins. Co. - DFX1490932 | |
| Management Liability | Continental Casualty Co. - 387047868 | |
| Defense Base Act/1 Year | Ins. Co. of the State of Pennsylvania (AIG) - 13349350 | |
| Property Terrorism/1 Year | Lloyd's America - W1717414101 | |
| Foreign Commercial Lines Package/1 Year | Ins. Co. of the State of Pennsylvania (AIG) - WR10003181 | |
| Fidelity Bond and Crime Policy/3 Years | Zurich American Ins. Co. - 425422186 | |
| Marine War Insurance Breaches/1 Year | XL Catlin - B0509mARHR1500134 | |
| Marine War Insurance/1 Year | XL Catlin - B0509mARHR1600089 | |
| Financials/HRMS | Velocity Technology Solutions, Inc. | Applications hosting service for Infor, MHC & ImageNow |
| Infrastructure Technology | Venyu | Venyu backup and recovery service for the data center |
| Infrastructure Technology | Venyu | Venyu Data Center Co-location rent |
| IT Systems Security | Venyu | Venyu Sentinel intrusion detection Security as a Service powered by Alert Logic |
| Office Productivity | Microsoft | Exchange Online company email for all companies |

# International Shipholding Corporation
## Executory Contracts - Reject
### As of February 02, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|
| Communications | Cogent Communications | Data Line to Whitehall Street, NY (closed) |
| Infrastructure Technology | Microsoft | Windows software support non-Office 365 such as servers. |

For the avoidance of doubt, the Reorganized Debtors are not rejecting the insurance policies or agreements related to the indemnification of the Debtors with respect to alleged Claims related to asbestosis and asbestos-related malignancies. These insurance policies, agreements and indemnification agreements include, but are not limited to the following documents:

- Stock Purchase Agreement, dated as of May 10, 1965, by and between Waterman Steamship Corporation, a New York corporation and McLean Industries, Inc., a Delaware corporation.

- Stipulated Judgment of Settlement and Dismissal and Final Judgment Approving Settlement, so-ordered on May 21, 1990, in connection with the following adversary proceeding: *Waterman Steamship Corporation v. Fulton P&I Underwriting Agency, Inc.*, Adv. No. 86-5460A (S.D.N.Y. Bankr.).

- Settlement agreement in connection with following litigation: *Sea-Land Service, Inc. v. Waterman Steamship Corporation*, 99 Civ. 3339 (JGK) (S.D.N.Y.).

- Settlement agreement in connection with the following litigation: *SL Service, Inc. et al v. The Protection & Indemnity Underwriting Syndicate et al.*, 00 Civ. 9831 (LAK) (S.D.N.Y.).

- Settlement agreement in connection with the following litigation: *SL Service, Inc. et al v. Marine Office of America Corp.*, 00 Civ. 0038 (LAK) (S.D.N.Y.).

- Settlement agreement in connection with the following litigation: *American Steamship Owners Mutual Protection & Indemnity Association, Inc. v. Alcoa Steamship Co., Inc., et al.*, 04 Civ. 4309 (LAK)(JCF) (S.D.N.Y.).

## Central Gulf Lines, Inc. – Protection and Indemnity Policies

| Club | Period of Coverage | | Policy No. |
|---|---|---|---|
| | From | To | |
| West of England | 2/20/1960 | 2/19/1976 | Per the applicable rules |
| | | | |
| American Club | 2/20/1976 | 2/20/1977 | A-3923 |
| American Club | 2/20/1976 | 2/20/1977 | A-3924 |
| American Club | 2/20/1976 | 2/20/1977 | A-3925 |
| American Club | 2/20/1976 | 2/20/1977 | A-3926 |
| American Club | 2/20/1976 | 2/20/1977 | A-3927 |
| American Club | 2/20/1976 | 2/20/1977 | A-3928 |
| American Club | 2/20/1976 | 2/20/1977 | A-3929 |
| American Club | 2/20/1976 | 2/20/1977 | A-3930 |
| American Club | "To Be Declared" | 2/20/1977 | A-3970 |
| American Club | 10/5/1976 | 2/20/1977 | A-3974 |
| American Club | 10/7/1976 | 2/20/1977 | A-3975 |
| American Club | | 2/20/1977 | A-3979 |
| American Club | 2/20/1977 | 2/20/1978 | A-3994 |
| American Club | 2/20/1977 | 2/20/1978 | A-3995 |
| American Club | 2/20/1977 | 2/20/1978 | A-3996 |
| American Club | 2/20/1977 | 2/20/1978 | A-3997 |
| American Club | 2/20/1977 | 2/20/1978 | A-3998 |
| American Club | 2/20/1977 | 2/20/1978 | A-3999 |
| American Club | 2/20/1977 | 2/20/1978 | A-4000 |
| American Club | 2/20/1977 | 2/20/1978 | A-4001 |
| American Club | 2/20/1977 | 2/20/1978 | A-4002 |
| American Club | 2/20/1977 | 2/20/1978 | A-4003 |
| American Club | 2/20/1977 | 2/20/1978 | A-4004 |
| American Club | 2/20/1977 | 2/20/1978 | A-4068 |
| American Club | 2/20/1978 | 2/20/1979 | A-5000 |
| American Club | 2/20/1978 | 2/20/1979 | A-5001 |
| American Club | 2/20/1978 | 2/20/1979 | A-5002 |
| American Club | 2/20/1978 | 2/20/1979 | A-5003 |
| American Club | 2/20/1978 | 2/20/1979 | A-5004 |
| American Club | 2/20/1978 | 2/20/1979 | A-5005 |
| American Club | 2/20/1978 | 2/20/1979 | A-5006 |
| American Club | 2/20/1978 | 2/20/1979 | A-5007 |
| American Club | 2/20/1978 | 2/20/1979 | A-5008 |

| American Club | 2/20/1978 | 2/20/1979 | A-5023 |
|---|---|---|---|
| American Club | 3/30/1978 | 2/20/1979 | A-5049 |
|  |  |  |  |
| GARD | 2/20/1979 | 2/19/1995 | Per the applicable rules |

**Waterman Steamship Corporation – Protection and Indemnity Policies**

| Club | Period of Coverage | | Policy No.(s) | Notes |
|---|---|---|---|---|
| | **From** | **To** | | |
| Fulton | 1940 | 1946 | — | |
| Fulton | 1946 | 1947 | Swogger Agreement | |
| Fulton | 1947 | 1948 | Swogger Agreement | |
| Fulton | 1948 | 1949 | Swogger Agreement | |
| Fulton | 1949 | 1950 | Swogger Agreement | |
| Fulton | 1951 | 1952 | Swogger Agreement | |
| UK P&I Club | 8/1/52 | 7/31/55 | Per the applicable rules | |
| Fulton | 1955 | 1956 | Swogger Agreement | |
| Fulton | 1956 | 1957 | Swogger Agreement | |
| Fulton | 8/1/57 | 8/1/58 | P/9410 | |
| Fulton | 8/1/58 | 8/1/59 | P/9686 | |
| Fulton | 8/1/59 | 8/1/60 | P/9936 | |
| Fulton | 8/1/59 | 8/1/60 | P/9938 | |
| Fulton | 8/1/59 | 8/1/60 | P/9941 | |
| Fulton | 8/1/60 | 8/1/61 | P/10181 | |
| Fulton | 8/1/60 | 8/1/61 | P/10183 | |
| MOAC | 8/1/61 | 8/1/62 | C-61076 | |
| MOAC | 8/1/61 | 8/1/62 | C-61077 | |
| MOAC | 5/30/62 | 8/1/62 | C-61130 | Insured as Waterman Steamship Corporation of Puerto Rico |
| MOAC | 8/1/62 | 8/1/63 | C-62070 | |
| MOAC | 8/1/62 | 8/1/63 | C-62071 | |

| | | | | |
|---|---|---|---|---|
| MOAC | 8/1/62 | 8/1/63 | C-62074 | Insured as Waterman Steamship Corporation of Puerto Rico |
| MOAC | 8/1/62 | 8/1/63 | C-62078 | |
| MOAC | 8/1/63 | 8/1/64 | C-63083 | |
| MOAC | 8/1/63 | 8/1/64 | C-63084 | |
| MOAC | 8/1/63 | 8/1/64 | C-63085 | |
| MOAC | 8/1/63 | 8/1/64 | C-63086 | |
| MOAC | 8/1/63 | 8/1/64 | C-63087 | |
| MOAC | 8/1/63 | 8/1/64 | C-63090 | Insured as Waterman Steamship Corporation of Puerto Rico |
| MOAC | 8/1/64 | 8/1/65 | C-64086 | |
| MOAC | 8/1/64 | 8/1/65 | C-64087 | |
| MOAC | 8/1/64 | 8/1/65 | C-64088 | |
| MOAC | 8/1/64 | 8/1/65 | C-64089 | |
| MOAC | 8/1/64 | 8/1/65 | C-64090 | |
| MOAC | 8/1/64 | 8/1/65 | C-64092 | |
| MOAC | 8/1/64 | 8/1/65 | C-64094 | Insured as Waterman Steamship Corporation of Puerto Rico |
| MOAC | 8/1/65 | 8/1/66 | C-65087 | Insured as Waterman Industries Corporation and Waterman Steamship Corporation |
| MOAC | 8/1/65 | 8/1/66 | C-65089 | |
| MOAC | 8/1/65 | 8/1/66 | C-65090 | |
| MOAC | 8/1/65 | 8/1/66 | C-65114 | |
| MOAC | 8/1/66 | 8/1/67 | C-66092 | |
| MOAC | 8/1/66 | 8/1/67 | C-66093 | |
| MOAC | 8/1/66 | 8/1/67 | C-66103 | |
| MOAC | 8/1/67 | 8/1/68 | C-67086 | |
| MOAC | 8/1/68 | 8/1/69 | C-68102 | |
| MOAC | 8/1/69 | 8/1/70 | C-69128 | |
| | | | | |
| Brittania | 8/1/70 | 2/19/1975 (this date needs to be confirmed) | Per the applicable rules | |
| | | | | |
| American | 2/20/75 | 2/20/76 | A-3868 | |

| | | | | |
|---|---|---|---|---|
| Club | | | | |
| American Club | 2/20/75 | 3/5/75 | A-3886 | |
| American Club | 2/20/76 | 2/20/77 | A-3921 | |
| American Club | 2/20/77 | 2/20/78 | A-4028 | |
| | | | | |
| London Club | 2/20/78 | 2/19/82 | Per the applicable rules | |
| | | | | |
| Standard Club | 2/20/82 | 2/19/95 | Per the applicable rules | |