AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
David H. Botter

1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: (214) 969-2800
Sarah Link Schultz (admitted *pro hac vice*)
David F. Staber (admitted *pro hac vice*)

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL SHIPHOLDING CORPORATION, *et al.*,[1] | Case No. 16-12220 (SMB) |
| Debtors. | Jointly Administered |

### *AMENDED*[2] **PROPOSED AGENDA FOR FEBRUARY 16, 2017, HEARING**

| | |
|---|---|
| Time and Date of Hearing: | February 16, 2017, at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | Honorable Stuart M. Bernstein<br>United States Bankruptcy Court<br>Southern District of New York<br>Alexander Custom House<br>One Bowling Green, Courtroom 723<br>New York, New York 10004-1408 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

[2] Amendments to the Agenda are included in Bold and Italicized typeface.

Copies of Motions:        A copy of each pleading can be viewed (a) for a fee on the Court's website at https://ecf.nysb.uscourts.gov, and (b) free of charge on the website of the Debtors' proposed claims and noticing agent, Prime Clerk, at https://cases.primeclerk.com/ish.

## MOTIONS AND OTHER MATTERS TO BE HEARD AT THE HEARING

A.    <u>Motion to Allow Late-Filed Ballots</u>.  Debtors' Motion to Allow Late-Filed Ballots to Accept or Reject the First Amended Modified Joint Chapter 11 Plan of Reorganization of International Shipholding Corporation and Its Affiliated Debtors [ECF No. 623]

        Objection/Response Deadline:        February 16, 2017, at 10:00 a.m. (prevailing Eastern Time) at the hearing

        <u>Objections/Responses Received</u>:

        <u>Related Documents</u>:

    1.    Declaration of Sarah Link Schultz Pursuant to Local Bankruptcy Rule 9077-1(a) in Support of Order to Show Cause Scheduling Hearing on Shortened Notice for Debtors' Motion to Allow Late-Filed Ballots to Accept or Reject the First Amended Modified Joint Chapter 11 Plan of Reorganization of International Shipholding Corporation and its Affiliated Debtors [ECF No. 624]

    2.    Order To Show Cause Signed On 2/13/2017 Re: Scheduling Hearing On Shortened Notice For Debtors Motion To Allow Late-Filed Ballots To Accept Or Reject The First Amended Modified Joint Chapter 11 Plan Of Reorganization Of International Shipholding Corporation And Its Affiliated Debtors [ECF No. 626]

    ***3.***    ***Affidavit of Service re Debtors' Motion to Allow Late-Filed Ballots and Schultz Declaration ECF Nos. 623 &624 [ECF No. 638]***

        <u>Status</u>: This matter is going forward.

## PLAN CONFIRMATION

B.    <u>Chapter 11 Plan</u>.  Solicitation Version of First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors [ECF No. 536]

C.    ***<u>First Amended Modified Plan Dated February 15, 2017</u>.  Notice of Filing of First Amended Modified Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and its Affiliated Debtors, Dated February 15, 2017 [ECF No. 639]***

D.    ***First Amended Modified Plan Dated February 16, 2017.*** *Notice of Filing of First Amended Modified Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and its Affiliated Debtors, Dated February 16, 2017 [ECF No. 645]*

Objection/Response Deadline:    February 9, 2017, at 4:00 p.m. (prevailing Eastern Time)

February 10, 2017, at 6:00 p.m. (prevailing Eastern Time) for the following parties: the Standard Club, the Internal Revenue Service, Westchester Fire Insurance Company, Matson Logistics, Inc., Intermarine, and 750 Merchant Mariners

Voting Deadline:    February 9, 2017, at 4:00 p.m. (prevailing Eastern Time)

Objections/Responses Received:

1.    Objection of Pacific Western Bank, CapitalSource Division to Confirmation of Amended Plan [ECF No. 607] and Exhibit List of Pacific Western Bank, Capital Source Division [ECF No. 608]

2.    Objection of BB&T Equipment Finance Corporation to Confirmation of Amended Plan [ECF No. 609] and Exhibit List of BB&T Equipment Finance Corporation [ECF No. 610]

3.    Objection to Confirmation of Amended Plan filed by Louisiana Department of Revenue [ECF No. 612]

4.    Objection to Confirmation of Plan filed by BMO Harris Equipment Finance Company [ECF No. 614]

5.    Objection to Confirmation of Amended Plan filed by Capital One, National Association [ECF No. 615]

6.    So Ordered Memorandum Endorsed Order Signed On 2/10/2017 Extending Plan Objection Deadline for Certain Parties to Friday, February 10, 2017 at 6:00 P.M [ECF No. 618]

7.    Objection to Confirmation of Amended Plan and Objection to Proposed Cure Amount of Executory Contract filed by Westchester Fire Insurance Company [ECF No. 620]

8.    Objection to Confirmation of Amended Plan and Reservation of Rights filed by Patriot Shipping LLC, US Ocean LLC. [ECF No. 621]

9.      Objection to Confirmation of Amended Plan filed by United States Of America [ECF No. 622]

10.     The Standard Club Informal Comments regarding Section 6.5 of the Plan. *(The Debtors have modified section 6.5.4 of the Amended Plan to resolve this informal objection.)*

11.     PBGC Informal comments regarding treatment of the International Shipholding Corporate Pension Plan (The Debtors have added a provision in the Amended Plan at section 8.5.3 in response to the request from the PBGC.)

12.     750 Merchant Marines Informal Comments regarding insurance policies and indemnification (The Debtors have added a provision in the Amended Plan at section 6.5.3 in response to this informal request.)

13.     Matson Logistics, Inc. Informal Comments regarding preservation of certain contribution rights (The Debtors have added certain language to the proposed Confirmation Order at paragraph 24 to resolve this informal objection.)

Amended Confirmation Brief:

14.     Amended Memorandum of Law In Support of Confirmation and Omnibus Reply to Objections to Confirmation of First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors  [ECF No. 634]

Exhibits to the Amended Confirmation Brief:

15.     Exhibit A – Summary of Responses to the Amended Plan [ECF No. 634-1]

16.     Exhibit B – Amended Declaration of Erik L. Johnsen in Support of Debtors' Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and its Affiliated Debtors [ECF No. 634-2]

17.     Exhibit C – Amended Declaration of Laurence H. Gurley in Support of Debtors' Memorandum of Law in Support of Confirmation and Omnibus Reply to Objections to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and its Affiliated Debtors [ECF No. 634-3]

Voting Declaration:

18.     Declaration of James Daloia of Prime Clerk LLC Regarding The Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors [ECF No. 627]

4

      i.    ***Amended Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and its Affiliated Debtors [ECF No. 637]***

Proposed Confirmation Order:

**19.**    ***Notice of Filing of Proposed Findings of Fact, Conclusions of Law and Order Confirming First Amended Modified Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors [ECF No. 647]***

Plan Supplement:

20.    Notice of Filing Plan Supplement Documents  [ECF No. 594]

      i.    ***Notice of Filing of Amended Plan Supplement Documents [ECF No. 646]***

Disclosure Statement Order:

21.    Order (A) Approving Disclosure Statement; (B) Establishing Date of Confirmation Hearing; (C) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (i) Approving Form and Manner of Solicitation Packages, (ii) Approving Form and Manner of Notice of the Confirmation Hearing, (iii) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (iv) Approving Forms of Ballots, (v) Establishing Deadline for Receipt of Ballots, And (vi) Approving Procedures for Vote Tabulations; (D) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (E) Granting Related Relief [ECF No. 517]

22.    Certificate of Publication of Calvin C. Liu Regarding Notice of (I) Approval of Disclosure Statement, (II) Deadline for Voting on Plan, (III) Hearing to Consider Confirmation of Plan, and (IV) Deadline for Filing Objections to Confirmation of Plan [ECF No. 552]

23.    Solicitation Version of Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors  [ECF No. 537]

Plan Related Documents:

24.    Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and its Affiliated Debtors [ECF No. 343]

25.    Disclosure Statement for Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and its Affiliated Debtors [ECF No. 344]

26.    First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors [ECF No. 485]

27.    Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors [ECF No. 486]

28.    First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors [ECF No. 506]

29.    Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors [ECF No. 507]

30.    Notice of Filing of First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors (Redline attached as Exhibit B thereto) [ECF No. 508]

31.    Notice of Filing of Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors (Redline attached as Exhibit B thereto) [ECF No. 509]

32.    Debtors' Notice Regarding PCTC Transaction [ECF No. 560]

33.    Notice of Executory Contracts and Unexpired Leases to be Assumed and Assigned or Rejected in Connection with the Debtors' First Amended Joint Chapter 11 Plan of Reorganization and the Proposed Cure Amounts with Respect to Assumed and Assigned Contracts and Leases [ECF No. 595]

Affidavits of Service:

34.    Affidavit of Service re ECF Nos. 345, 347, 344, 343, 346 [ECF No. 379]

35.    Affidavit of Service re ECF Nos. 484, 483, 486, 482, 485, 480, 481 [ECF No. 495]

36.    Affidavit of Service re ECF Nos. 509, 506, 507, 508 [ECF No. 510]

37.    Affidavit of Service Regarding Solicitation Materials ECF Nos. 536, 517, 537 [ECF No. 553]

38.    Affidavit of Service re ECF Nos. 563, 555, 559, 560, 562, 565, 564, 566, 558 [ECF No. 573]

39.    Supplemental Affidavit of Service re ECF Nos. 560, 517 [ECF No. 604]

40.    Affidavit of Service re ECF Nos. 595, 594, 593 [ECF No. 605]

41.    Affidavit of Service re ECF No. 560 [ECF No. 625]

42.    *Affidavit of Service re ECF Nos 627, 628, 629, 630 631, 633 [ECF No. 640]*

43.    *Affidavit of Service  re 634, 635, 636, 637 639 [ECF No. 641]*

44.    *Affidavit of Service (Supplemental) re 553, 560 [ECF No. 643]*

Status: This matter is going forward.

## ADJOURNED MATTERS:

E.    SIU Motion.  Motion of Seafarers Health and Benefits Plan Requesting Classification of its Claim as an Administrative Expense [ECF No. 364]

Objection/Response Deadline:        January 10, 2017, at 4:00 p.m. (prevailing Eastern Time)

Objections/Responses Received:

1.    Debtors' Objection to Motion of Seafarers Health and Benefits Plan Requesting Classification of its Claim as an Administrative Expense [ECF No. 519]

Related Documents:

2.    Reply of Seafarers Health and Benefits Plan to Debtors' Objection to the Plan's Motion Requesting Classification of Its Claim as an Administrative Expense [ECF No. 526]

3.    Amended Notice of Adjournment of Hearing on Motion of Seafarers Health and Benefits Plan Requesting Classification of its Claim as an Administrative Expense [ECF No. 409]

4.    Notice of Adjournment of Hearings on the Motions of Seafarers Health and Benefits Plan, MEBA Medical and Benefit Plan, and MM&P Health and Benefit Plan Requesting Classification of Their Respective Claims as Administrative Expenses [ECF No. 545]

5.    Notice of Adjournment of Hearing on the Motions of Seafarers Health and Benefits Plan, MEBA Medical and Benefit Plan, and MM&P Health and Benefit Plan Requesting Classification of their Respective Claims as Administrative Expenses [ECF No. 602]

6.    Certificate of Service [ECF No. 365]

7.    Affidavit of Service re ECF No. 602 [ECF No. 616]

8.    Notice of Adjournment of Hearings on the Motions of Seafarers Health and Benefits Plan, MEBA Medical and Benefit Plan, and MM&P Health and Benefit Plan Requesting Classification of Their Respective Claims as Administrative Expenses [ECF No. 633]

7

Status: This matter has been adjourned to March 21, 2017 Hearing at 10:00 a.m (prevailing Eastern Time).

F.    MEBA Motion.    The MEBA Medical and Benefit Plan's Motion Requesting Classification of Claim as Administrative Expense [ECF No. 447]

Objection/Response Deadline:        January 17, 2017, at 4:00 p.m. (prevailing Eastern Time)

Objections/Responses Received:

1.    Debtors' Objection to the MEBA Medical and Benefit Plan's Motion Requesting Classification of its Claim as an Administrative Expense [ECF No. 541].

Related Documents:

2.    The MEBA Medical and Benefit Plan's Reply to Debtors' Objection to the MEBA Medical and Benefit Plan's Motion Requesting Classification of Claim as Administrative Expense [ECF No. 598]

3.    Notice of Adjournment of Hearings on the Motions of Seafarers Health and Benefits Plan, MEBA Medical and Benefit Plan, and MM&P Health and Benefit Plan Requesting Classification of Their Respective Claims as Administrative Expenses [ECF No. 545]

4.    Notice of Adjournment of Hearing on the Motions of Seafarers Health and Benefits Plan, MEBA Medical and Benefit Plan, and MM&P Health and Benefit Plan Requesting Classification of their Respective Claims as Administrative Expenses [ECF No. 602]

5.    Certificate of Service [ECF No. 449]

6.    Affidavit of Service re ECF No. 602 [ECF No. 616]

7.    Notice of Adjournment of Hearings on the Motions of Seafarers Health and Benefits Plan, MEBA Medical and Benefit Plan, and MM&P Health and Benefit Plan Requesting Classification of Their Respective Claims as Administrative Expenses [ECF No. 633]

Status: This matter has been adjourned to March 21, 2017 Hearing at 10:00 a.m (prevailing Eastern Time).

G.    MM&P Motion.    The MM&P Health and Benefit Plan's Motion Requesting Classification of Claim as Administrative Expense [ECF No. 448]

Objection/Response Deadline:        January 17, 2017, at 4:00 p.m. (prevailing Eastern Time)

Objections/Responses Received:

1.      Debtors' Objection to the MM&P Medical And Benefit Plan's Motion Requesting Classification of its Claim as an Administrative Expense [ECF No. 542]

Related Documents:

2.      The MM&P Health and Benefit Plan's Reply to Debtors' Objection to the MM&P Health and Benefit Plan's Motion Requesting Classification of Claim as Administrative Expense [ECF No. 597]

3.      Notice of Adjournment of Hearings on the Motions of Seafarers Health and Benefits Plan, MEBA Medical and Benefit Plan, and MM&P Health and Benefit Plan Requesting Classification of Their Respective Claims as Administrative Expenses [ECF No. 545]

4.      Notice of Adjournment of Hearing on the Motions of Seafarers Health and Benefits Plan, MEBA Medical and Benefit Plan, and MM&P Health and Benefit Plan Requesting Classification of their Respective Claims as Administrative Expenses [ECF No. 602]

5.      Certificate of Service [ECF No. 449]

6.      Affidavit of Service re ECF No. 602 [ECF No. 616]

7.      Notice of Adjournment of Hearings on the Motions of Seafarers Health and Benefits Plan, MEBA Medical and Benefit Plan, and MM&P Health and Benefit Plan Requesting Classification of Their Respective Claims as Administrative Expenses [ECF No. 633]

Status: This matter has been adjourned to March 21, 2017 Hearing at 10:00 a.m (prevailing Eastern Time).

Dated:  New York, New York
        February 16, 2017

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _/s/ *David H. Botter*_

David H. Botter
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Sarah Link Schultz (admitted *pro hac vice*)
David F. Staber (admitted *pro hac vice*)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel to Debtors and Debtors in Possession*