**Objection Deadline: March 8, 2017**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                                            :          **Chapter 11**
:
**INTERNATIONAL SHIPHOLDING**                                    :          **Case No. 16-12220 (SMB)**
**CORPORATION., *et al.*,**[1]                                   :
:                                    **Jointly Administered**
:
:
            **Debtors.**                                         :
------------------------------------------------------------------x

**FOURTH MONTHLY FEE STATEMENT OF AMA CAPITAL PARTNERS, LLC AS**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FROM THE PERIOD FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017**

| | |
|---|---|
| Name of Applicant | AMA Capital Partners, LLC |
| Role in the Case | Financial Advisor to the Official Committee of Unsecured Creditors |
| Period Covered | January 1, 2017 through January 31, 2017 |
| Total Compensation for Services Rendered This Period | $75,000.00 |
| Interim Compensation Requested to Be Paid in This Statement (80%) | $60,000.00 |
| Interim Reimbursement Requested to Be Paid in This Statement (100%) | $0.00 |
| Petition Date | July 31, 2016 |
| Order of Retention Date | November 18, 2016 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

1.      As permitted under the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Compensation Order"), dated October 27, 2016 [Dkt. No. 292], AMA Capital Partners, LLC ("AMA") hereby submits its second request for compensation and reimbursement of expenses (the "Fourth Monthly Statement") of fees for services rendered and expenses incurred as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") during the period beginning on January 1, 2017 and ending on January 31, 2017 (the "Statement Period"). *See* Compensation Order at p. 2.

2.      During the Statement Period, AMA rendered services totaling $75,000.00 in fees (the "Statement Period Fees") and incurred expenses totaling $0.00 (the "Statement Period Expenses") under the flat monthly fee structure approved in the Court's *Order Authorizing and Approving the Employment of AMA Capital Partners, LLC as Financial Advisor to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to September 16, 2016* [Dkt. No. 374] (the "AMA Retention Order").  In accordance with the Compensation Order, AMA requests the payment of $60,000.00, representing 80% of AMA's Statement Period Fees.

3.      Attached hereto as **Exhibit A** is a summary of services provided by each AMA professional each day of the Statement Period, recorded by the half-hour, in accordance with the AMA Retention Order.

4.      Notice of this Fourth Monthly Statement shall be provided by overnight or hand delivery to (i) the U.S. Trustee at Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick St., Room 1006, New York, New York 10014, Attn: Serene Nakano, Esq., Email: serene.nakano@usdoj.gov; (ii) the Debtors; (iii) counsel to the Debtors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY

10036, Attn: David H. Botter, Email: dbotter@akingump.com; 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201, Attn: Sarah Link Schultz, Email: sschultz@akingump.com; (iv) counsel to the agents or lenders under the Debtors' pre-petition credit facilities with amounts outstanding on the date of the service of notice at (a) Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, Charlotte, NC 28202 Attn: David Walls, Esq, Email: davidwalls@mvalaw.com; (b) Simpson Thacher & Bartlett, LLP, 425 Lexington Avenue, New York, NY 10017, Attn: Steven M. Fuhrman, Esq., Email: sfuhrman@stblaw.com; (c) McGlinchey Stafford, 301 Main St, Ste 1400, Baton Rouge, LA 70801, Attn: E. Stewart Spielman, Esq., Email: sspielman@mcglinchey.com and 112 West 34th Street, Suite 1515, New York, NY 10120, Attn: Deborah A. Reperowitz, Esq., Email: dreperowitz@mcglinchey.com; (d) Seward & Kissell LLP, One Battery Park Plaza, New York, NY 10004 Attn: John R. Ashmead, Esq., Email: ashmead@sewkis.com, Robert J. Gayda, Esq., Email: gayda@sewkis.com, and Laurie R. Binder, Esq., Email: binder@sewkis.com; (e) Vedder Price, PC, 222 North LaSalle Street, Chicago, IL 60601, Attn: Douglas J. Lipke, Esq. and 1633 Broadway, 47th Floor, New York, NY 10019, Attn: Michael J. Edelman, Esq., Email: mjedelman@vedderprice.com; (v) counsel to the DIP Agent at Milbank Tweed Hadley & McCoy LLP, 28 Liberty Street, New York, NY 10005-1413, Attn: Evan Fleck, Esq., Email: efleck@milbank.com, and Nelly Almeida, Esq., Email: nalmeida@milbank.com; and (vi) to the extent not listed herein, additional parties requesting notice pursuant to Bankruptcy Rule 2002(collectively, the "Notice Parties").

5. Objections to this Fourth Monthly Statement, if any, must be served upon the Notice Parties, and by hand or overnight delivery upon the Committee and their counsel at Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert Feinstein, Esq., Email: rfeinstein@pszjlaw.com, no later than **March 8, 2017 at 4:00**

**p.m. (prevailing Eastern Time) (the "Objection Deadline")**, setting forth the nature of the

objection and the specific amount of fees or expenses at issue.

6.      If no objections to this Fourth Monthly Statement are received by the Objection

Deadline, the Debtors shall promptly pay AMA 80% of the fees requested in this Fourth Monthly

Statement.

7.      To the extent that an objection to this Fourth Monthly Statement is received on or

before the Objection Deadline, the Debtors shall withhold payment of that portion of fees to

which the objection is directed and promptly pay the remainder of the fees. To the extent such an

objection is not resolved, it shall be preserved and scheduled for consideration at the next interim

fee application hearing.

Dated: February 16, 2017
New York, New York                              Respectfully submitted,

                                                */s/ Kenneth L. Becker*
                                                Kenneth L. Becker
                                                Director
                                                AMA Capital Partners, LLC
                                                kbecker@amausa.com
                                                (212) 682-3344
                                                405 Lexington Avenue, 67th Floor
                                                New York, NY 10174

                                                FINANCIAL ADVISORS TO THE OFFICIAL
                                                COMMITTEE OF UNSECURED CREDITORS

# AMA
## CAPITAL ≈ PARTNERS

The Chrysler Building ▪ 67th Floor ▪ 405 Lexington Avenue ▪ New York, NY 10174 ▪ Tel: (212) 682-3344 ▪ Fax: (212) 682-3464

16 February 2017

## INVOICE

**Reference:**   AMA / International Shipholding Corporation

**To:**   Mr. Manny Estrada
V.P. and CFO – International Shipholding Corporation

January Monthly Retainer.…………………………………………………....…$75,000

Expenses…………... ...…………………………………..……………………….………..$0

Total Balance:   $75,000

*Please remit to the following:*

Comerica Bank
Two Embarcadero Center #300
San Francisco CA 94111
ABA # 121137522
Swift Code:  MNBDUS33

Beneficiary:  AMA Capital Partners
Account Number #1893151470

▪ NEW YORK ▪

## Time Overview (Jan 2017) – Ken Becker

| | | |
|---|---|---|
| 1/2/2017 | Committee Call | 0.7 |
| 1/3/2017 | Review of sale motion and declaration re Oslo Wave | 1.0 |
| 1/3/2017 | Call with L. Gurley re Liberty / NYK dialogue | 0.1 |
| 1/3/2017 | Review of Liberty / NYK correspondence | 0.5 |
| 1/3/2017 | Call with B. Sandler re Liberty correspondence, committee discussions | 0.3 |
| 1/4/2017 | Review of updated data room information | 0.7 |
| 1/4/2017 | Call with B. Sandler re case and disclosure hearing | 0.3 |
| 1/5/2017 | Reviewing data room information | 1.0 |
| 1/5/2017 | Disclosure statement hearing, travel | 1.0 |
| 1/6/2017 | Review of cash flow forecast | 1.2 |
| 1/6/2017 | Emails with M. Bove, B.Sandler and R. Feinstein re liquidation analysis | 0.5 |
| 1/7/2017 | Call with B.Sandler, R. Feinstein, S. Shultz, M.Denny re disclosure statement | 0.4 |
| 1/9/2017 | Reviewing revised disclosure statement & plan | 1.3 |
| 1/10/2017 | Reviewing the retention application for the Green Dale | 1.1 |
| 1/10/2017 | Consultation with J. Dolphin re retention application | 0.5 |
| 1/10/2017 | Response to B. Sandler re retention application | 0.5 |
| 1/11/2017 | Call with B. Sandler | 0.2 |
| 1/11/2017 | Review of Critical vendor payment request and response | 0.3 |
| 1/12/2016 | Docket review for hearing on 1/13 | 0.5 |
| 1/13/2017 | Review of Oslo bulk calculations | 0.6 |
| 1/13/2017 | Call with B. Sandler re Oslo Bulk | 0.2 |
| 1/13/2017 | Discussion of Court hearing with S. Kurien | 0.5 |
| 1/17/2017 | Discussion of Court hearing and case with S. Kurien, J. Dolphin | 0.3 |
| 1/17/2017 | Review of Data room additions | 0.5 |
| 1/18/2017 | Call with B. Sandler re oslo wave sale | 0.2 |
| 1/18/2017 | Review data room additions | 0.2 |
| 1/18/2017 | Review of docket no. 541, 542, 539, 540 | 0.5 |
| 1/18/2017 | Review data room additions | 0.2 |
| 1/18/2017 | travel and attendance for the Oslo Wave sale hearing | 3.3 |
| 1/19/2017 | Reviewing variance report and debtor budget | 0.5 |
| 1/25/2017 | Call with B. Sandler re case update | 0.1 |
| 1/26/2017 | Review of Louisiana sale proposal | 0.9 |
| 1/26/2017 | Call with B. Sandler re case update, Louisiana sale | 0.2 |
| 1/26/2017 | Call with M. Denny re L. Enterprise | 0.1 |
| 1/26/2017 | Call with L. Gurley | 0.1 |
| 1/26/2017 | Call with B. Sandler re case update, Louisiana sale | 0.2 |
| 1/26/2017 | Case update with J. Dolphin | 0.8 |
| 1/27/2017 | Review of data room information posted | 0.5 |
| 1/30/2017 | Review of docket 581 | 1.0 |
| 1/30/2017 | Reviewing DIP agreement amendment | 1.0 |
| 1/30/2017 | Case update with J. Dolphin | 0.7 |

## Time Overview (Jan 2017) – Jim Dolphin

| | | |
|---|---|---|
| 1/10/2017 | Consultation with K.Becker re retention application | 0.5 |
| 1/17/2017 | Discussion of Court hearing and case with S. Kurien, K. Becker | 0.3 |
| 1/26/2017 | Case update with K. Becker | 0.8 |
| 1/30/2017 | Case update with K. Becker | 0.7 |

## Time Overview (Jan 2017) - Sunil Kurien

| Date | Description | Hours |
|---|---|---|
| 1/2/2017 | Call with UCC and follow up review/discussion | 1.5 |
| 1/3/2017 | Review Oslo wave sale motion | 1.0 |
| 1/3/2017 | Review of Liberty / NYK correspondence | 1.5 |
| 1/4/2017 | Data room review | 2.0 |
| 1/5/2017 | Review DS statement/attend hearing | 1.0 |
| 1/6/2017 | Review of 13 week cash flow forecast | 1.5 |
| 1/6/2017 | Follow up discussion wih M. Denny | 0.3 |
| 1/9/2017 | Review changes to DS and plan | 1.8 |
| 1/10/2017 | Green Dale Broker Fee discussion | 2.5 |
| 1/13/2017 | Oslo wave cashflow review | 1.0 |
| 1/13/2017 | Attend hearing re: Oslo wave sale/chat with B. Sandler re: L. Gurley testimony | 3.5 |
| 1/18/2017 | Attend 2nd Oslo wave hearing | 3.5 |
| 1/19/2017 | 13 week cashflow review | 2.5 |
| 1/26/2017 | Louisiana sale discussion with K. Becker | 0.5 |
| 1/30/2017 | Review DIP amendment agreement | 2.0 |