**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **INTERNATIONAL SHIPHOLDING** | Case No. 16-12220 (SMB) |
| **CORPORATION,** *et al.,* | Jointly Administered |
| Debtors | Hon. Stuart M. Bernstein |

-----------------------------------------------------------x

### SUPPLEMENTAL OBJECTION OF BMO HARRIS EQUIPMENT FINANCE CO. TO CONFIRMATION OF PLAN

BMO Harris Equipment Finance Company ("**BMO**"), creditor of International Shipholding Corporation and Sulphur Carriers, Inc., submits this Supplemental Objection to Confirmation of the Debtors'[1] Plan (Doc. no. 506), for the following reasons.

BMO objects to confirmation of the Plan for those reasons set forth in the prior Objection filed on behalf of BMO on February 9, 2017 (Doc. no. 614) (the "***Objection***"). Additionally, pursuant to the *Management Agreement between Sulphur Carriers, Inc. and LMS Shipmanagement, Inc.* dated January 1, 2000 which was first produced in the above matters on Thursday, February 16, 2016, the estate of LMS Shipmanagement, Inc. is also liable for the administrative priority claims set forth in the Objection.

BMO therefore requests, for the reasons set forth herein and in the attached Memorandum, that confirmation be denied unless and until adequate treatment of such administrative claims and

---

[1] The Debtors, and their federal tax identification numbers, are: International Shipholding Corp. (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570).

1

secured claims are provided.

                                Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,    */s/ Christopher T. Caplinger*
    RANKIN & HUBBARD              STEWART F. PECK (LA#10403)
                                     NATHAN P. HORNER (LA#14381)
                                     CHRISTOPHER T. CAPLINGER (LA#25357)
                                     JOSEPH P. BRIGGETT (LA #33029)
                                     601 Poydras Street, Suite 2775
                                     New Orleans, LA 70130
                                     Telephone: (504) 568-1990
                                     Facsimile: (504) 310-9195
                                     Email: speck@lawla.com
                                                nhorner@lawla.com;
                                                ccaplinger@lawla.com;
                                     *Counsel for BMO Harris Equipment Finance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, I caused a true and correct copy of this pleading to be served on counsel for the Debtors, David H. Botter, Esq., Akin, Gump, Strauss, Hauer & Feld, LLP, One Bryant Park, New York, NY 10036 and the Office of the U.S. Trustee, Serene K. Nakano, Esq., U.S. Federal Office Bldg., 201 Varick Street, Room 1006, New York, NY 10004, and those noted on the attached service list *via* first class mail or e-mail. Additionally, the foregoing was filed through the Case Management/Electronic Case Filing System ("**CM/ECF System**") and was therefore was served on registered users of the CM/ECF System designate to receive electronic notice of events in this case in accordance with General Order No. 399 of the United States Bankruptcy Court for the Southern District of New York and Federal Rule of Bankruptcy Procedure 9036.

                                                              */s/ Christopher T. Caplinger*

In re International Shipholding Corp., et al.
Master Service List
Case No. 16-12220 (SMB)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | Administrators for the Estate of Robert N. Cain | Attn: Willard E. Bartel and David C. Peebles | 1422 Euclid Ave., Suite 800 | | Cleveland | OH | 44115 | | 216-861-6000 | 216-861-6014 | akellman@jaquesadmiralty.com |
| Counsel to Debtors | Akin Gump Strauss Hauer & Feld, LLP | Attn: David H. Botter, Esq. | One Bryant Park | 44th Floor | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | dbotter@akingump.com |
| Counsel to Debtors | Akin Gump Strauss Hauer & Feld, LLP | Attn: Sarah Link Schultz, Esq., Sarah J. Crow, Esq., Anthony Loring, Esq. & Robert Shannon, Esq. | 1700 Pacific Avenue | Suite 4100 | Dallas | TX | 75201 | | 214-969-2800 | 214-969-4343 | sschultz@akingump.com<br>sjcrow@akingump.com<br>rclarke@akingump.com<br>aloring@akingump.com<br>rshannon@akingump.com |
| Counsel to Sysco West Coast Florida, Inc. | Arnall Golden Gregory, LLP | Attn: Darryl S. Laddin, Esq. & Frank N. White, Esq. | 171 17th Street, NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8744 | 404-873-8745 | frank.white@agg.com |
| Counsel to Texas Comptroller of Public Accounts | Attorney General's Office Bankruptcy & Collections Division | Attn: Kimberly A. Walsh, Esq. | c/o Sherri K. Simpson | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4562 | (512-936-1409 | bk-kwalsh@oag.texas.gov<br>sherri.simpson@oag.texas.gov |
| Financial Advisor | Blackhill Partners, LLC | Attn: Matt Denny | 2651 North Harwood Street | Ste. 120 | Dallas | TX | 75201 | | 214-382-3750 | 214-382-3755 | mdenny@bhpllc.com |
| Counsle to Oracle America, Inc. | Buchalter Nemer, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 55 Second Street | 17th Floor | San Francisco | CA | 94105 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Counsel to OSG Ship Management, Inc. and its affiliates (collectively, "OSGSM") | Cleary Gottlieb Steen & Hamilton, LLP | Attn: Luke A. Barefoot, Esq. & Philip A. Cantwell, Esq. | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | | lbarefoot@cgsh.com<br>pcantwell@cgsh.com |
| Counsel to International Organization of Masters, Mates and Pilots and Marine Engineers Beneficial Association (the "Unions") / Official Committee of Unsecured Creditors | Cohen, Weiss and Simon, LLP | Attn: Richard M. Seltzer, Esq., Thomas N. Ciantra, Esq., & David R. Hock, Esq. | 330 West 42nd Street | | New York | NY | 10036 | | 212-563-4100 | 646-473-8228 | rseltzer@cwsny.com<br>tciantra@cwsny.com<br>dhock@cwsny.com |
| Counsel to One Whitehall, LP | Cole Schotz, PC | Attn: Michael D. Sirota, Esq. | 1325 Avenue of the Americas | 19th Floor | New York | NY | 10019-6079 | | 212-752-8000 | 212-752-8393 | msirota@coleschotz.com |
| Counsel to Portserv International Ltd. | Eaton & Van Winkle, LLP | Attn: Alan Van Praag, Esq. | 3 Park Ave | 16th Floor | New York | NY | 10016 | | 212-779-9910 | 212-779-9928 | avanpraag@evw.com |
| Counsel to Tampa Electric Company | Holland & Knight, LLP | Attn: Barbra R. Parlin, Esq. | 31 West 52nd Street | | New York | NY | 10019 | | 212-513-3200 | 212-385-9010 | barbra.parlin@hklaw.com<br>rod.anderson@hklaw.com<br>noel.boeke@hklaw.com |
| Counsel to Matson Logistics, Inc. | Hughes Hubbard & Reed, LLP | Attn: Christopher Gartman, Esq. & Kathryn A. Coleman, Esq. | One Battery Park Plaza | | New York | NY | 10004-1482 | | 212-837-6000 | 212-299-6350 | chris.gartman@hugheshubbard.com<br>katie.coleman@hugheshubbard.com |
| ING | ING Wholesale Banking | Attn: Andrew Hedges | ING Bank N.V., London Branch | 8-10 Moorgate | London | | EC2R 6DA | United Kingdom | 0207-767-1279 | | andrew.hedges@uk.ing.com<br>ABF.Infra.Portfolio.Management@uk.ing.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St. | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| Debtors | International Shipholding Corporation | Attn: General Counsel | 601 Poydras Street, Pan American Building | Suite 1850 | New Orleans | LA | 70130 | | | | |
| Counsel to Louisiana Department of Economic Development (LDED) | King, Krebs & Jurgens, PLLC | Attn: Patricia A. Krebs & Jeffrey M. Burmaster, Esq. | 201 St. Charles Ave. | 45th Floor | New Orleans | LA | 70170 | | 504-582-3800 | 504-582-1233<br>504-582-1233 | pkrebs@kingkrebs.com<br>jburmaster@kingkrebs.com |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller | 2777 North Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| Counsel to BMO Harris Equipment Finance Company | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Attn: Nathan P. Horner, Esq. & Christopher T. Caplinger, Esq. | 601 Poydras St. | Suite 2775 | New Orleans | LA | 70130 | | 504-568-1990 | 504-310-9195 | nhorner@lawla.com<br>ccaplinger@lawla.com |
| Official Committee of Unsecured Creditors | Marine Engineers Beneficial Association | Attn: Richard M. Seltzer, Esq. | 444 N. Capitol Street, NW #800 | | Washington | DC | 20001 | | 202-638-5355 | 202-638-5369 | rseltzer@cwsny.com |
| Counsel to Willard E. Bartel and David C. Peebles, Administrators for the Estates of Glen C. Stanford, Clarence Douglas and other merchant mariners | Maritime Asbestos Legal Clinic, a division of The Jaques Admiralty Law Firm, PC | Attn: Alan Kellman | 1570 Penobscot Building | | Detroit | MI | 48226 | | 313-961-1080 | 313-961-5275 | |
| Top 30 Creditor / Official Committee of Unsecured Creditors | Masters Mates & Pilots Benefit Plans | Attn: Patrick McCullough | 700 Maritime Blvd. | Suite A | Linthicum Heights | MD | 21090-1996 | | 410-850-8603 | 410-850-8655 | Pmccullough@mmpplans.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esq. | 300 Delaware Ave. | Suite 770 | Wilmington | DE | 19801 | | 302-300-4515 | 302-654-4031 | gbressler@mdmc-law.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Louis A Modugno, Esq. | 1300 Mount Kemble Ave. | | Morristown | NJ | 07960 | | 973-993-8100 | 973-425-0161 | lmodugno@mdmc-law.com |

In re International Shipholding Corp., et al.
Master Service List
Case No. 16-12220 (SMB)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Capital One, National Association | McGlinchey Stafford, PLLC | Attn: Deborah A. Reperowitz, E. Stewart Spielman & Kristen D. Romano | 112 West 34th Street | Suite 1515 | New York | NY | 10120 | | 646-362-4044 | 646-607-2108 | dreperowitz@mcglinchey.com sspielman@mcglinchey.com kromano@mcglinchey.com |
| Counsel to Capital One Facility | McGlinchey Stafford, PLLC | Attn: E. Stewart Spielman | 301 Main Street | Suite 1400 | Baton Rouge | LA | 70801 | | 225-382-3661 | 225-343-3076 | sspielman@mcglinchey.com |
| Counsel to SEACOR Capital Corp. | Milbank, Tweed, Hadley & McCloy, LLP | Attn: Evan R. Fleck & Nelly C. Almeida | 28 Liberty Street | | New York | NY | 10005 | | 212-530-5000 | 212-530-5219 | efleck@milbank.com nalmeida@milbank.com |
| Counsel to Regions Facility | Moore & Van Allen, PLLC | Attn: David Walls | 100 North Tryon Street | Suite 4700 | Charlotte | NC | 28202-4003 | | 704-331-1058 | 704-378-2058 | davidwalls@mvalaw.com |
| Top 30 Creditor Counsel to Christopher C. Schwabacher and Niels M. Johnsen as the Executors of the Estate of Niels W. Johnsen (the "Johnsen Estate") | Neils W. Johnsen Estate | Attn: Leslie S. Barr, Esq. | Windels Marx Lane & Mittendorf, LLP | 156 West 56th Street, 22nd Floor | New York | NY | 10019 | | 212-237-1000 | 212-262-1215 | cschwabacher@windelsmarx.com lbarr@windelsmarx.com |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Serene Nakano | 201 Varick St. | Room 1006 | New York | NY | 10014 | | 212-510-0500; 212-510-0505 | 212-668-2255 | Serene.Nakano@usdoj.gov Greg.Zipes@usdoj.gov |
| Counsel to the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones, LLP | Attn: Robert J. Feinstein, Bradford J. Sandler, Steven W. Golden | 780 Third Avenue | 34th Floor | New York | NY | 10017-2024 | | 212-561-7700 | 212-561-7777 | rfeinstein@pszjlaw.com bsandler@pszjlaw.com sgolden@pszjlaw.com |
| Counsel to NYK Line (North America), Inc. | Price Meese Shulman & D'Arminio, PC | Attn: Rick A Steinberg | 50 Tice Boulevard | Suite 380 | Woodcliff Lake | NJ | 07677 | | 201-391-3737 | 201-391-9360 | rsteinberg@pricemeese.com |
| Claims Agent | Prime Clerk, LLC | Attn: Joshua Karotkin | 830 3rd Avenue | 9th Fl. | New York | NY | 10022 | | 844-205-4335 | 646-328-2851 | ISHinfo@primeclerk.com serviceqa@primeclerk.com |
| Counsel to Meridian Global Consulting, LLC | Rosen & Associates, PC | Attn: Alice P. Ko, Esq. | 747 Third Avenue | | New York | NY | 10017-2803 | | 212-223-1100 | 212-223-1102 | ako@rosenpc.com |
| Top 30 Creditor / Official Committee of Unsecured Creditors | Seafarers International Union | Attn: Maggie Bowen & Ellen Silver | 5201 Auth Way | | Camp Springs | MD | 20746 | | 301-899-0675 | 301-899-7355 | Mbowen@seafarers.org esilver@seafarers.org |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F St., NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. | Brookfield Place | 200 Vesey St., Ste. 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Counsel to DVB Facility and DVB Bank | Seward & Kissel, LLP | Attn: John R. Ashmead, Esq. & Robert J. Gayda, Esq. | One Battery Park Plaza | | New York | NY | 10004 | | 212-574-1366; 212-574-1200 | 212-480-8421 | ashmead@sewkis.com gayda@sewkis.com |
| Counsel to Regions Facility | Simpson Thacher & Bartlett, LLP | Attn: Steve M. Fuhrman | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-7235 | 212-455-2502 | sfuhrman@stblaw.com |
| New York State Attorney General | State of New York Attorney General | Attn: Bankruptcy Dept. | The Capitol | | Albany | NY | 12224-0341 | | 518-776-2000 | 866-413-1069 | |
| Counsel to CCP Harbour Island, LLC | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA | Attn: Lori V. Vaughan, Esq. | 101 E. Kennedy Blvd. | Suite 2700 | Tampa | FL | 33602 | | 813-223-7474 | 813-229-6553 | lvaughan@trenam.com |
| U.S. Ocean LLC (Official Committee of Unsecured Creditors) | U.S. Ocean, LLC | Att: Will Terrill | 55 Waugh Drive | Suite 300 | Houston | TX | 77007 | | 281-885-3578 | 281-872-4444 | will.terrill@intermarine.com |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Attn: Honorable Stuart M. Bernstein | One Bowling Green | Courtroom 723 | New York | NY | 10004-1408 | | | | |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | 86 Chambers St. | 3rd Fl. | New York | NY | 10007 | | 212-637-2200 | 212-637-2685 | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov |
| Counsel to Citizens | Vedder Price, PC | Attn: Douglas J. Lipke | 222 North LaSalle Street | | Chicago | IL | 60601 | | 312-609-7646 | 312-609-5005 | dlipke@vedderprice.com wthorsness@vedderprice.com |