# EXHIBIT B
**(Schedule of Rejected Executory Contracts and Unexpired Leases)**

International Shipholding Corporation
Executory Contracts - Reject
As of March 01, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|
| Central Gulf Lines, Inc. | Nippon Yusen Kaisha | Green Dale Time Charter |
| LCI Shipholdings, Inc | Oslo Bulk Holding | OSLO WAVE Bareboat Charter |
| Waterman Steamship Corporation | Crowley Technical Management | OCEAN GLOBE Shipman |
| Waterman Steamship Corporation | Crowley Technical Management | OCEAN GIANT shipman |
| LMS Shipmanagement, Inc | Wallem Shipmanagement | Green Dale Shipman |
| Waterman Steamship Corporation | Patriot Shipping LLC, US Ocean LLC | Advance of Management Fee Agreement (including First Amendment) |
| Central Gulf Lines, Inc. | Nippon Yusen Kaisha | Memorandum of Understanding |
| Sulphur Carriers, Inc.[1] | BMO Harris Equipment Finance Co. | Operating Lease for Sulphur Enterprise |
| Central Gulf Lines, Inc. | CapitalSource Bank | Operating Lease for Green Lake |
| Central Gulf Lines, Inc. | BB&T Equipment Finance Co. | Operating Lease for Green Cove |
| Sulphur Carriers, Inc.[1] | Gulf Sulpher Services Ltd, LLLP | Transportation |
| International Shipholding Corporation | Ecochlor | Ballast Water Management System |
| LMS Shipmanagement, Inc | EPSCO (Cyprus) LTD. | Fire and safety services |
| LMS Shipmanagement, Inc | Fastenal | Tools, Safety, Batteries, etc.. |
| LMS Shipmanagement, Inc | G.C. Maritime | Life Boat and Davit inspection |
| LMS Shipmanagement, Inc | Grainger | Tools, Safety, Batteries, etc.. |
| LMS Shipmanagement, Inc | International Paint | Paint |
| LMS Shipmanagement, Inc | Staples | Office Supplies & Cabin Items |
| LMS Shipmanagement, Inc | Subsistence - Sysco Foods - Houston | Sysco Foods |
| LMS Shipmanagement, Inc | Subsistence - Sysco Foods - Jacksonville | Sysco Foods |
| LMS Shipmanagement, Inc | Subsistence - Sysco Foods - West Coast Florida | Sysco Foods |
| LMS Shipmanagement, Inc | Subsistence - US Foods | US Foods |
| LMS Shipmanagement, Inc | Total Lube Marine | Lubricants |
| LMS Shipmanagement, Inc | ECM Maritime Services | Vessel response Plans |
| Sulphur Carriers, Inc. | VPS | Fuel Oil Testing |
| Sulphur Carriers, Inc. | Lloyd's Register North America | Block Fee Agreement |
| U.S. United Ocean Services, LLC | Marine Towing of Tampa | Assist Tug Tampa |
| International Shipholding Corporation | RSA Tower | Office lease in Mobile |
| International Shipholding Corporation | Niels M. Johnsen | Consulting Agreement |
| International Shipholding Corporation | Brookfield Relocations | Relocation company |
| International Shipholding Corporation | CareerBuilder | Recruitment |
| International Shipholding Corporation | Community Coffee | Coffee vendor; vendor contract |
| International Shipholding Corporation | Ernst & Young - US NL SN | Tax Review and Advice |
| International Shipholding Corporation | JJ Keller & Associates, LLC | Legal Postings |
| International Shipholding Corporation | NeoPost/Mail Finance | Postage machine lease; lessor |

International Shipholding Corporation
Executory Contracts - Reject
As of March 01, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|
| International Shipholding Corporation | NeoPost/Mail Finance | Postage machine lease; lessor |
| International Shipholding Corporation | RSA | Parking garage - Mobile |
| International Shipholding Corporation | SGG Group | NL Administration |
| International Shipholding Corporation | SGG Group - Employee | NL Administration |
| International Shipholding Corporation | Wolters Kluwer | Tax Software |
| N.W. Johnsen & Co. Inc. | Pitney Bowes | Postage vendor; vendor contract |
| N.W. Johnsen & Co. Inc. | U.S. Bank Equipment Finance | Xerox Copier vendor; vendor contract |
| N.W. Johnsen & Co. Inc. | Wellsys | Water Cooler vendor; vendor contract |
| International Shipholding Corporation | Robert Half International, Inc. | Temporary Employment Services |
| U.S. United Ocean Services, LLC | Pitney Bowes | Tampa Postage |
| International Shipholding Corporation | Erik L. Johnsen | Change of Control and Indemnification Agreement |
| International Shipholding Corporation | Fowler Business Group LLC dba RR Mergers & Acquisitions | Letter of Engagement for CG Railway |
| International Shipholding Corporation | Manny Estrada | Change of Control and Indemnification Agreement |
| International Shipholding Corporation | Aflac | Supplement Insurance |
| International Shipholding Corporation | Infirmary Health (iHealthy) | Wellness program |
| International Shipholding Corporation | Leavell Investments | Investment Advisors |
| International Shipholding Corporation | YMCA | Employee Gym Membership |
| N.W. Johnsen & Co. Inc. | Standard Security Life | NY State Disability |
| International Shipholding Corporation | CHUBB Business Travel Accident | Business Travel Accident Ins. |
| International Shipholding Corporation | CIGNA | Expat Insurance |
| International Shipholding Corporation | Reliastar Life Ins. Co. (Voya Financial) | Life Insurance |
| International Shipholding Corporation | Navigators Insurance Co. - B0509MARHR1600084 | Marine Hull Package/War/LOH 1 Year |
| International Shipholding Corporation | ProSight Specialty Ins. -ML201600001272 and Navigators Ins. -Co. H016LIA00027402 | Bumbershoot Liabilities/1 Year |
| International Shipholding Corporation | Alterra America Insurance Co. -MAXA61M0050203 | Inland Marine - Equipment Floater & Rolling Stock/1 Year |
| International Shipholding Corporation | Navigators Insurance Co. - HI16LIA00027401 | Marine General/1 Year |
| International Shipholding Corporation | V.O. Schinnerer & Co., Inc. - SCI273610191 | Special Risk Corporate Protection/3 Years |
| International Shipholding Corporation | AmRisc, LLC (AmWINS of GA) - multiple subscribers (Lloyds) | Commercial Property/1 Year |
| International Shipholding Corporation | Sentinel Insurance Co., LTD. - 83 UEN VV40443 K3 | Commercial Auto/1 Year |
| International Shipholding Corporation | Southern Marine and Avaition (Lloyd's) - 43285 | Ocean Marine Open Cargo/1 Year |
| International Shipholding Corporation | PMA - 201501-04-54-63-7Y | Workers Compensation & Employers Liability/1 Year |
| International Shipholding Corporation | American Longshore Mutual Assn. (ALMA) - ALMA00995-04 | USL&H/1 Year |

International Shipholding Corporation
Executory Contracts - Reject
As of March 01, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|
| International Shipholding Corporation | Continental Casualty Co. - 425422186 | Fiduciary Liability/2 Years |
| International Shipholding Corporation | Ace USA - DOX 023685553 | Directors & Officers Liability - Excess DIC/1 Year |
| International Shipholding Corporation | Great American Ins. Co. - DFX1490932 | Directors & Officers Liability/1 Year |
| International Shipholding Corporation | Continental Casualty Co. - 387047868 | Management Liability |
| International Shipholding Corporation | Ins. Co. of the State of Pennsylvania (AIG) - 13349350 | Defense Base Act/1 Year |
| International Shipholding Corporation | Lloyd's America - W1717414101 | Property Terrorism/1 Year |
| International Shipholding Corporation | Ins. Co. of the State of Pennsylvania (AIG) - WR10003181 | Foreign Commercial Lines Package/1 Year |
| International Shipholding Corporation | Zurich American Ins. Co. - 425422186 | Fidelity Bond and Crime Policy/3 Years |
| International Shipholding Corporation | XL Catlin - B0509mARHR1500134 | Marine War Insurance Breaches/1 Year |
| International Shipholding Corporation | XL Catlin - B0509mARHR1600089 | Marine War Insurance/1 Year |
| International Shipholding Corporation | Velocity Technology Solutions, Inc. | Applications hosting service for Infor, MHC & ImageNow |
| International Shipholding Corporation | Venyu | Venyu backup and recovery service for the data center |
| International Shipholding Corporation | Venyu | Venyu Data Center Co-location rent |
| International Shipholding Corporation | Venyu | Venyu Sentinel intrusion detection Security as a Service powered by Alert Logic |
| International Shipholding Corporation | Microsoft | Exchange Online company email for all companies |
| International Shipholding Corporation | Cogent Communications | Data Line to Whitehall Street, NY (closed) |
| International Shipholding Corporation | Microsoft | Windows software support non-Office 365 such as servers. |
| International Shipholding Corporation | Box, Inc. | Box data rooms for user data storage |
| International Shipholding Corporation | Stericycle | Communications |
| International Shipholding Corporation | Riverbed Technology | Riverbed WAN compression appliances |
| International Shipholding Corporation | Quest | Vranger backup software for the VM environment on the Data Center |
| International Shipholding Corporation | Wolters Kluwer | CCH - Tax reporting system |
| International Shipholding Corporation | Edge Solutions, LLC | VMware: vSphere and vCenter software for the Data Center |
| International Shipholding Corporation | JT Ray | Mobile and New Orleans Copier and Printer Maintenance |

International Shipholding Corporation
Executory Contracts - Reject
As of March 01, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|
| International Shipholding Corporation (nka Sulphur Carriers, Inc.)[1] | Freeport McMoran Resource Partners LP (nka Gulf Sulphur Services Ltd., LLLP) | Transportation |
| Sulphur Carriers Inc. | LMS Management Inc. | Management agreement |
| U.S. United Ocean Services, LLC | The Mosaic Company | Transportation |
| International Shipholding Corporation | State of Louisiana / Louisiana Department of Economic Development | Development agreement / Cooperative Endeavor Agreement |
| U.S. United Ocean Services, LLC[2] | Wilder Corporation | Office lease in Tampa |
| International Shipholding Corporation | Canon | Mobile and New Orleans Copier Lease |

*Agreements that have been added to the Schedule of Rejected Contracts and Leases since the Plan Supplement filed on February 2, 2017, are listed in bold and italic.*

[1] *To the extent BMO Harris Equipment Finance Company elects to have Debtors continue to operate the Sulphur Carrier in accordance with the Confirmation Order, these agreements shall be deemed assumed as amended, rather than rejected and no cure amounts shall be due.*

[2] *The Tampa office lease shall be rejected effective as of the effective date of the replacement sub-lease agreement between International Shipholding Corporation and Physician Partners, LLC.*

International Shipholding Corporation
Executory Contracts - Reject
As of March 01, 2017

| Debtor Name | Contract Counterparty | Description of Contract or Lease and Nature of Debtor's Interest |
|---|---|---|
| Waterman Steamship Corporation | MARAD | MSP Operating Agreement 106* - Terminated after prepetition by MARAD |
| Waterman Steamship Corporation | MARAD | MSP Operating Agreement 107* - Terminated after prepetition by MARAD |
| Central Gulf Lines, Inc. | USTRANSCOM | USC-7 HTC711-12-D-W005 |
| Mary Ann Hudson, LLC | Brayton Point Energy, LLC (Dynegy) | Transportation |
| U.S. United Ocean Services, LLC | Pan American Grain | Transportation |

*The Debtors believe that the contracts on this page have either been terminated or expired in accordance with their terms. However, for an abundance of caution, the contracts are included on this exhibit.*