UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                      :

In re                     :         **Chapter 11**

INTERNATIONAL SHIPHOLDING   :         **Case No. 16-12220 (SMB)**
CORPORATION., *et al.,*[1]         :

                      :         **Jointly Administered**

                      :

          Debtors.          :

-------------------------------------------------------------x

## FIFTH MONTHLY FEE STATEMENT OF AMA CAPITAL PARTNERS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM THE PERIOD FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017

| | |
|---|---|
| Name of Applicant | AMA Capital Partners, LLC |
| Role in the Case | Financial Advisor to the Official Committee of Unsecured Creditors |
| Period Covered | February 1, 2017 through February 28, 2017 |
| Total Compensation for Services Rendered This Period | $75,000.00 |
| Interim Compensation Requested to Be Paid in This Statement (80%) | $60,000.00 |
| Interim Reimbursement Requested to Be Paid in This Statement (100%) | $0.00 |
| Petition Date | July 31, 2016 |
| Order of Retention Date | November 18, 2016 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

1.      As permitted under the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Compensation Order"), dated October 27, 2016 [Dkt. No. 292], AMA Capital Partners, LLC ("AMA") hereby submits its fifth request for compensation and reimbursement of expenses (the "Fifth Monthly Statement") of fees for services rendered and expenses incurred as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") during the period beginning on February 1, 2017 and ending on February 28, 2017 (the "Statement Period"). *See* Compensation Order at p. 2.

2.      During the Statement Period, AMA rendered services totaling $75,000.00 in fees (the "Statement Period Fees") and incurred expenses totaling $0.00 (the "Statement Period Expenses") under the flat monthly fee structure approved in the Court's *Order Authorizing and Approving the Employment of AMA Capital Partners, LLC as Financial Advisor to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to September 16, 2016* [Dkt. No. 374] (the "AMA Retention Order").  In accordance with the Compensation Order, AMA requests the payment of $60,000.00, representing 80% of AMA's Statement Period Fees.

3.      Attached hereto as **Exhibit A** is a summary of services provided by each AMA professional each day of the Statement Period, recorded by the half-hour, in accordance with the AMA Retention Order.

4.      Notice of this Fifth Monthly Statement shall be provided by overnight or hand delivery to (i) the U.S. Trustee at Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick St., Room 1006, New York, New York 10014, Attn: Serene Nakano, Esq., Email: serene.nakano@usdoj.gov; (ii) the Debtors; (iii) counsel to the Debtors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY

10036, Attn: David H. Botter, Email: dbotter@akingump.com; 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201, Attn: Sarah Link Schultz, Email: sschultz@akingump.com; (iv) counsel to the agents or lenders under the Debtors' pre-petition credit facilities with amounts outstanding on the date of the service of notice at (a) Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, Charlotte, NC 28202 Attn: David Walls, Esq, Email: davidwalls@mvalaw.com; (b) Simpson Thacher & Bartlett, LLP, 425 Lexington Avenue, New York, NY 10017, Attn: Steven M. Fuhrman, Esq., Email: sfuhrman@stblaw.com; (c) McGlinchey Stafford, 301 Main St, Ste 1400, Baton Rouge, LA 70801, Attn: E. Stewart Spielman, Esq., Email: sspielman@mcglinchey.com and 112 West 34th Street, Suite 1515, New York, NY 10120, Attn: Deborah A. Reperowitz, Esq., Email: dreperowitz@mcglinchey.com; (d) Seward & Kissell LLP, One Battery Park Plaza, New York, NY 10004 Attn: John R. Ashmead, Esq., Email: ashmead@sewkis.com, Robert J. Gayda, Esq., Email: gayda@sewkis.com, and Laurie R. Binder, Esq., Email: binder@sewkis.com; (e) Vedder Price, PC, 222 North LaSalle Street, Chicago, IL 60601, Attn: Douglas J. Lipke, Esq. and 1633 Broadway, 47th Floor, New York, NY 10019, Attn: Michael J. Edelman, Esq., Email: mjedelman@vedderprice.com; (v) counsel to the DIP Agent at Milbank Tweed Hadley & McCoy LLP, 28 Liberty Street, New York, NY 10005-1413, Attn: Evan Fleck, Esq., Email: efleck@milbank.com, and Nelly Almeida, Esq., Email: nalmeida@milbank.com; and (vi) to the extent not listed herein, additional parties requesting notice pursuant to Bankruptcy Rule 2002(collectively, the "Notice Parties").

5.      Objections to this Fifth Monthly Statement, if any, must be served upon the Notice Parties, and by hand or overnight delivery upon the Committee and their counsel at Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert Feinstein, Esq., Email: rfeinstein@pszjlaw.com, no later than **April 8, 2017 at 4:00 p.m.**

(prevailing Eastern Time) (the "**Objection Deadline**"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.    If no objections to this Fifth Monthly Statement are received by the Objection Deadline, the Debtors shall promptly pay AMA 80% of the fees requested in this Fifth Monthly Statement.

7.    To the extent that an objection to this Fifth Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of fees to which the objection is directed and promptly pay the remainder of the fees. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: March 15, 2017
New York, New York

Respectfully submitted,

*/s/ Kenneth L. Becker*
Kenneth L. Becker
Director
AMA Capital Partners, LLC
kbecker@amausa.com
(212) 682-3344
405 Lexington Avenue, 67th Floor
New York, NY 10174

FINANCIAL ADVISORS TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

# AMA
## CAPITAL ≈ PARTNERS

The Chrysler Building ▪ 67th Floor ▪ 405 Lexington Avenue ▪ New York, NY 10174 ▪ Tel: (212) 682-3344 ▪ Fax: (212) 682-3464

13 March 2017

## INVOICE

**Reference:**    AMA / International Shipholding Corporation

**To:**    Mr. Manny Estrada
V.P. and CFO – International Shipholding Corporation

February Monthly Retainer.............................................................................$75,000

Expenses...........................................................................................................$0

Total Balance:    $75,000

*Please remit to the following:*

Comerica Bank
Two Embarcadero Center #300
San Francisco CA 94111
ABA # 121137522
Swift Code:  MNBDUS33

Beneficiary:  AMA Capital Partners
Account Number #1893151470

▪ NEW YORK ▪

## Time Overview (Feb 2017) – Ken Becker

| | | |
|---|---|---|
| 2/1/2017 | Call to Brad Sandler | 0.1 |
| 2/1/2017 | Call to Lance Gurley | 0.1 |
| 2/1/2017 | Call with L. Gurley re NYK | 0.2 |
| 2/2/2017 | Call with B. Sandler re NYK | 0.2 |
| 2/2/2017 | Review of Variance report and budget | 0.8 |
| 2/3/2017 | Call with B. Sandler re case update | 0.1 |
| 2/3/2017 | Review of Docket 594 | 1.5 |
| 2/3/2017 | Call with M.Denny re budgets | 0.3 |
| 2/3/2017 | Update note to B. Sandler / R. Feinstein | 0.3 |
| 2/6/2017 | Review of docket 595, 596,597,598,600 | 0.8 |
| 2/7/2017 | Review of updated data room documents | 0.4 |
| 2/8/2017 | Review and drafting of UCC presentation | 0.8 |
| 2/9/2017 | Review of docket 609, 607 | 0.8 |
| 2/9/2017 | Call with J.Dolphin re committee call | 0.5 |
| 2/9/2017 | Call with B. Sander re committee call | 0.1 |
| 2/9/2017 | Committee Call | 0.7 |
| 2/13/2017 | Review of docket 612, 615, 620, 621, 622 | 1.3 |
| 2/13/2017 | Call with B. Sandler re case update | 0.1 |
| 2/14/2017 | Review of docket 623, 624, 626 | 0.8 |
| 2/14/2017 | Update with S. Kurin re case update | 0.3 |
| 2/14/2017 | Call with B. Sandler re case update | 0.2 |
| 2/15/2017 | Review of docket 628, 629, 630, 631, 634 | 2.5 |
| 2/15/2017 | Review of Debtor waterfall | 1.3 |
| 2/15/2017 | Call with J.Dolphin re case update and pending hearing | 0.5 |
| 2/16/2017 | Review of docket 639, 645 | 0.5 |
| 2/16/2017 | Hearing attendance & travel | 4.3 |
| 2/18/2017 | MOR review | 0.5 |
| 2/17/2017 | Hearing attendance & travel | 7.2 |
| 2/17/2017 | Call with J.Dolphin re hearing | 0.3 |
| 2/18/2017 | Review DIP budget | 0.5 |
| 2/19/2017 | Call with B. Sandler re SCI discussions | 0.1 |
| 2/19/2017 | Call with L. Gurley re SCI discussions | 0.1 |
| 2/19/2017 | Call with B. Sandler re SCI discussions | 0.1 |
| 2/19/2017 | Call with M. Denny re SCI claims | 0.4 |
| 2/19/2017 | Reviewing SCI claims | 0.7 |
| 2/20/2017 | Call with J.Dolphin re SCI issues | 0.3 |
| 2/20/2017 | Call with B. Sandler re SCI discussions | 0.2 |
| 2/21/2017 | Review of amended DIP facility | 0.3 |
| 2/21/2017 | Hearing attendance & travel | 4.0 |
| 2/21/2017 | Call with S.Kurien re case outcome | 0.3 |
| 2/22/2017 | Review of updated data room documents | 0.3 |
| 2/24/2017 | Review of debtors monthly fee statements | 0.5 |
| 2/27/2017 | Call with B. Sandler re case update | 0.2 |

## Time Overview (Feb 2017) – Jim Dolphin

| | | |
|---|---|---|
| 2/9/2017 | Call with K.Becker re committee call | 0.5 |
| 2/15/2017 | Call with K.Becker re case update and pending hearing | 0.5 |
| 2/17/2017 | Call with K.Becker re hearing | 0.3 |
| 2/20/2017 | Call with K.Becker re SCI issues | 0.3 |

## Time Overview (Feb 2017) - Sunil Kurien

| Date | Description | Hours |
|------|-------------|-------|
| 2/2/2017 | Review of budget/variance report | 0.3 |
| 2/8/2017 | Attend hearing | 2.5 |
| 2/8/2017 | Draft presentation for 2/9 meeting with UCC | 1.0 |
| 2/9/2017 | UCC call | 0.8 |
| 2/13/2017 | Review filed objections (BB&T, BMO etc.) | 3.5 |
| 2/14/2017 | M. Denny call and follow up discussion with K. Becker | 0.5 |
| 2/14/2017 | Confirmation hearing prep - review of cash waterfall/relevant dockets | 1.5 |
| 2/16/2017 | Review of disclosure statement, discussion with K. Becker | 1.5 |
| 2/16/2017 | Confirmation hearing - 1st day | 4.8 |
| 2/17/2017 | Review BMO Objection and charter contract | 2.5 |
| 2/17/2017 | Call with M. Denny re: SCI claims | 0.3 |
| 2/17/2017 | Confirmation hearing - 2nd day | 7.5 |
| 2/17/2017 | Review of DIP budget | 1.3 |
| 2/19/2017 | Call with K.Becker re: SCI | 0.3 |
| 2/21/2017 | Confirmation hearing - 3rd day | 6.5 |
| 2/21/2017 | K.Becker update call | 0.3 |