J. Stephen Simms
SIMMS SHOWERS LLP
201 International Circle, Suite 250
Baltimore, MD 21030
jssimms@simmsshowers.com
Telephone: (410) 837-6000
Facsimile: (410) 299-6350

*Attorney for Moran Towing Corporation*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br>INTERNATIONAL SHIPHOLDING<br>CORPORATION, *et al.,*[1]<br><br>Debtors. | Chapter 11<br>Case No. 16-12220 (SMB)<br>(Jointly Administered)<br>**Hearing Date: December 12, 2017 at**<br>**10:00 a.m. (prevailing Eastern Time)**<br><br>**Objection Deadline: December 5, 2017 at**<br>**4:00 p.m. (prevailing Eastern Time)** |
| *In re*<br>CENTRAL GULF LINES, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 16-12221 (SMB) |
| *In re*<br>LMS SHIPMANAGEMENT, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 16-12229 (SMB) |

**NOTICE OF MOTION AND HEARING**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding, Inc. (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

**PLEASE TAKE NOTICE** that on August 16, 2017, the undersigned filed the *Request By Moran Towing Corporation for Allowance and Reimbursement of 11 U.S.C.§503 Expense* with its exhibits (Docket # 839; 839-1; 839-2) (together, the "Motion"). This Notice is being filed on October 19, 2017, and includes the previously-filed Motion, as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court of the Southern District of New York, One Bowling Green, New York, NY 10004, on December 12, 2017, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be filed with the Court and served upon the undersigned counsel and other parties or entities in accordance with the notice, case management, and administrative procedures ("**Case Management Procedures**") (Docket # 178) by **December 5, 2017 at 4:00 p.m. (prevailing Eastern Time)**. If no objection is timely filed and served in accordance with the Case Management Procedures, the relief requested in the Motion may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion as well as copies of all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/ish/ or by calling (855) 842-4123 within the United States or Canada or, outside of the United States or Canada, by calling +1 (804) 205-4335. You may also

obtain copies of any pleadings by visiting the Court's website at www.nysd.uscourts.gov/ in accordance with the procedures and fees set forth therein.

DATED this 19th day of October, 2017

|  | SIMMS SHOWERS LLP<br><br>/s/ J. Stephen Simms<br>J. Stephen Simms<br>201 International Circle, Suite 250<br>Baltimore, MD 21030<br>jssimms@simmsshowers.com<br>Telephone: (410) 837-6000<br>Facsimile: (410) 299-6350<br><br>*Attorney for Moran Towing Corporation* |
|---|---|

**EXHIBIT A**

**Motion previously filed August 16, 2017**

*Request by Moran Towing Corporation for Allowance and Reimbursement of 11 U.S.C. § 503*

*Expense,* and previous attachments

(Docket # 839; 839-1; 839-2)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| INTERNATIONAL SHIPHOLDING | : | Case No. 16-12220 (SMB) |
| CORPORATION., et al,.[1] | : | |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**REQUEST BY MORAN TOWING CORPORATION
FOR ALLOWANCE AND REIMBURSEMENT OF
<u>11 U.S.C. § 503 EXPENSE</u>**

Moran Towing Corporation ("Moran") hereby requests, pursuant to 11 U.S.C. §

503(b)(1),[2] allowance and reimbursement of administrative expenses, and in support thereof

states as follows:

1. On July 31, 2016 (the "Petition Date"), International Shipholding Corporation and

certain affiliated entities (the "Debtor") filed a voluntary Chapter 11 petition in the United States

Bankruptcy Court for the Southern District of New York (the "Court"), which is now jointly

administered with the above-captioned case, pursuant to an order of this Court.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax
identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co.
(9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc.
(6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS
Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson,
LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875);
Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); and Marco Shipping
Company PTE LTD (4570). The service address for each of the above Debtors is 601 Poydras
Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

[2]     The Second Interim Order (I) Authorizing Payment of Certain Critical Trade Claims
states that "if a Critical Trade Creditor disagrees with the Debtors with respect to the amount
owed on account of its Critical Trade Claim, such Creditor shall have the right to file a motion
with the Court seeking to have the amount of the claim determined by the Court." (ECF 164).

2.      Moran is a provider of tug services and necessaries and, on various occasions, provided services to Debtors LMS Shipmanagement, Inc. (0660) and Central Gulf Lines, Inc. (8979).

3.      On August 25, 2016, Moran and Debtor entered into a "Critical Vendor Agreement" ("Agreement"). At the time of the agreement, the Debtor estimated the outstanding amount owed to Moran was $31,349.63, while Moran estimated the amount owed was $49,178.52. (Exhibit 1).

4.      The actual amount owed due to Moran for services provided to Debtor in the ordinary course of business was $60,291.72, which included two post-petition sales of $6,478.20 and $4,635.00 that were made after the bankruptcy petition but prior to the Agreement.

5.      On September 2, 2016, and September 13, 2016, the Debtor paid $28,498.75 for pre-petition invoices and $11,113.20 for the post-petition invoices, respectively, which paid five (5) of eight (8) of the outstanding invoices and left a balance of $20,679.77 remaining.

6.      The Debtor made no additional payments to Moran for the three outstanding invoices for services provided prior to the petition.

7.      On November 17, 2016, Moran filed two Proof of Claim forms in an amount totaling $20,679.77 for the three (3) remaining unpaid invoices.

8.      As of the date of this Motion, Moran has not received payment for the three (3) remaining unpaid invoices totaling $20,679.77.

9.      Section 503(b)(1) of the Bankruptcy Code provides, in pertinent part, that: "After notice and a hearing, there shall be allowed, administrative expenses … [for] the actual, necessary costs and expenses of preserving the estate [.]"

10.    As evidenced by the invoices attached hereto as Exhibits 2, Debtors LMS Shipmanagement, Inc. and Central Gulf Lines, Inc. received towing services from Moran valued in aggregate at $20,679.77.

11.    Moran is accordingly entitled to an allowed administrative expense claim against Debtors LMS Shipmanagement, Inc. in the amount of $7,149.26 and Central Gulf Lines, Inc. in the amount of $13,530.51.

12.    Moran reserves its right to assert claims against the Debtor for amounts not contemplated by this Motion or allowed by the Court pursuant to section 503(b) and to amend, modify and/or supplement this request, as appropriate under the circumstances.

WHEREFORE, Moran respectfully requests that the Court enter an order granting this request, allowing Moran's claim as an administrative expense priority in the amount of $20,679.77 against the Debtor's bankruptcy estate, pursuant to 11 U.S.C. § 503(b)(1), and granting to Moran such other and further relief to which it may be entitled at law or equity.

Date: August 16, 2017.

/s/ J. Stephen Simms
J. Stephen Simms, *pro hac vice*
Simms Showers, LLP
201 International Circle, Ste. 250
Baltimore, Maryland 21030
Ph:    443-290-8704
Fax:    410-510-1789
jssimms@simmsshowers.com

Counsel for Moran Towing Corporation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this August 16, 2017 I caused the foregoing to be filed on

CM/ECF for service to all record counsel.

<u>/s/ J. Stephen Simms</u>

## International Shipholding Corporation

601 Poydras Street
Pan American Building, Suite 1850
New Orleans, Louisiana 70130

TO:    Moran Towing Corporation

Dear Valued Supplier:

As you may be aware, International Shipholding Corporation and certain affiliated entities (collectively, the "Company") filed voluntary petitions for relief (the "Bankruptcy Cases") under chapter 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on July 31, 2016 (the "Petition Date").[1]  On the Petition Date, the Company requested the Bankruptcy Court's authority to pay pre-petition claims of certain trade creditors in recognition of the importance of the Company's relationship with such trade creditors and the Company's desire that the Bankruptcy Cases have as little effect on the Company's ongoing business operations as possible.  On August 8, 2016, the Bankruptcy Court entered an order (the "Order") authorizing the Company, under certain conditions, to pay the pre-petition claims of certain trade creditors that agree to the terms set forth below and to be bound by the terms of the Order.  A copy of the Order is enclosed.

In order to receive payment on account of pre-petition claims, you must agree to continue to supply goods and services to the Company based on "Historical Trade Terms" or the "Negotiated Trade Terms," as applicable.  In the Order, Historical Trade Terms are defined as the trade terms that were most favorable to the Company and in effect between you and the Company prior to the Petition Date.  The Negotiated Trade Terms are defined in the Order as the terms negotiated between you and the Company in the event you demanded different terms from that of the Historical Trade Terms in exchange for your continuing to provide essential goods and services to the Debtors.

For purposes of administration of this trade program as authorized by the Bankruptcy Court, you and the Company both agree that:

1.    The estimated balance of the pre-petition claim (net of any setoffs, credits or discounts) (the "Vendor Claim") that you will receive from the Company is USD 31,349.63.  To the extent these amounts are not past due, they will be paid by the Company in the ordinary course of business.

---

[1] The names of the entities that have filed chapter 11 bankruptcy petitions are:  International Shipholding Corporation; Enterprise Ship Co.; Sulphur Carriers, Inc.; Central Gulf Lines, Inc.; Coastal Carriers, Inc.; Waterman Steamship Corporation; N.W. Johnsen & Co., Inc.; LMS Shipmanagement, Inc.; U.S. United Ocean Services, LLC; Mary Ann Hudson, LLC; Sheila McDevitt, LLC; Tower LLC; Frascati Shops, Inc.; Gulf South Shipping PTE LTD; LCI Shipholdings, Inc.;  Dry Bulk Australia LTD; Dry Bulk Americas LTD; and Marco Shipping Company PTE LTD.

2.      Upon receipt of payment, you agree to waive any pre-petition claims against the Company.

3.      You will provide an open trade balance or credit line to the Company for shipment of post-petition goods or provision of services in the amount of $_____N/A_____ (which shall not be less than the greater of the open trade balance outstanding, either (a) on _____, or (b) on normal and customary terms on a historical basis before and up to the Petition Date).

4.      The terms of such open trade balance or credit line are as follows (if more space is required, attach continuation pages):

30 Days payment after receipt of invoice

5.      During the pendency of the Bankruptcy Cases, you will continue to extend to the Company all Historical Trade Terms or Negotiated Trade Terms, as applicable.

6.      You will not demand a lump sum payment upon consummation of a plan of reorganization in the Bankruptcy Cases on account of any administrative expense priority claim that you assert, but instead agree that such claims will be paid in the ordinary course of business after consummation of a plan under applicable Historical Trade Terms or Negotiated Trade Terms, as applicable, if the plan provides for the ongoing operations of the Company.

7.      The undersigned, a duly authorized representative of Moran Towing Corporation, has reviewed the terms and provisions of the Order and agrees that Moran Towing Corporation is bound by such terms.

8.      You will not separately seek payment for reclamation and similar claims outside of the terms of the Order unless your participation in the critical vendor payment program as authorized by the Order is terminated.

9.      You further agree not to file or otherwise assert against the Company, the bankruptcy estates, or any other person or entity or any of their respective assets or property (real or personal) any lien (regardless of the statute or other legal authority upon which such lien is asserted) related in any way to any remaining pre-petition amounts allegedly owed to you by the Company arising from agreements entered into prior to the Petition Date. Furthermore, you agree to take (at your own expense) all necessary steps to remove any such lien as soon as possible.

10.     If either the critical vendor payment program or your participation therein terminates as provided in the Order, or if you later refuse to continue to supply goods and services to the Company on Historical Trade Terms or Negotiated Trade Terms, as applicable, during the pendency of the Bankruptcy Cases, any payments you receive on account of your Vendor Claim (including claims arising under Bankruptcy Code section 503(b)(9)) will be deemed voidable post-petition transfers pursuant to Bankruptcy Code section 549(a). You will immediately repay to the Company any payments made to you on account of your Vendor Claim

to the extent that the aggregate amount of such payments exceeds the post-petition obligations then outstanding without giving effect to alleged setoff rights, recoupment rights, adjustments, or offsets of any type whatsoever.  Your Vendor Claim shall be reinstated in such an amount so as to restore the Company and you to the same positions as would have existed if payment of the Vendor Claim had not been made.

11.    Any dispute with respect to this letter agreement, the Order, and your participation in the Critical Vendor Payment Program, including your receipt of payment of your Vendor Claim, shall be determined by the Bankruptcy Court.

If you have any questions about this agreement or our financial restructuring, please do not hesitate to call.

Sincerely,

International Shipholding Corporation

By:    Brooke Y. Grehan

Agreed and accepted by:

Moran Towing Corporation

By:

Its:    VP/GC

Dated: Aug. 25 , 2016

Pre petition amount due is $49,178.52

3



# moran
## Charleston

2075 Thompson Avenue
North Charleston, SC 29405
Telephone 843 -529-3000
Fax  843 -529-3030

**REMIT TO:**
MORAN CHARLESTON
Bank of America
P.O. Box 409519
Atlanta, GA  30384-9519

**WIRE TO:**
Bank of America, Charlotte, NC
MORAN TOWING CORPORATION
ACCT# 000773220052
via Fedwire: ABA 026009593
via ACH:    ABA 053904483
via Intl SWIFT Code BOFAUS3N

ENERGY ENTERPRISE   AND/OR OWNERS
LMS Shipmanagement
ATTN:  Mr. Regis  Burkhardt
11 North Water St., Suite 18290
Mobile , AL  36602

| SERVICE DATE | INVOICE DATE | INVOICE NUMBER | AGENT | CUSTOMER NUMBER | TERMS: NET 30 DAYS |
|---|---|---|---|---|---|
| 2/24/2016 | 3/3/2016 | 492765 | 002559 | 049127 | |

**TUGS** ELIZABETH TURECAMO, APRIL MORAN

### DESCRIPTION

FROM:  Stream 3-30
TO:  Pier Juliet   Charleston Navy Base

2/24/2016    Docking

16,131 NRT x $0.554 = $8,936.57
Schedule of Rates $8,936.57
Less 20% Discount $1,787.31          $7,149.26

Invoice Total          $7,149.26

Job: 817687 for ENERGY ENTERPRISE on 02/24/2016 16:40

**PLEASE SUBMIT INVOICE REMITTANCE DETAILS TO
PAYMENTS@MORANTUG.COM**

THANK YOU FOR YOUR BUSINESS

FOR INQUIRIES REGARDING THIS INVOICE, PLEASE
CALL (843) 529-3000 OR E-MAIL JARCHER@MORANTUG.COM

A DIVISION OF MORAN TOWING CORPORATION

ALL HARBOR TUG SERVICES ARE RENDERED SUBJECT TO MORAN'S CURRENT SCHEDULE OF RATES TERMS AND CONDITIONS IN EFFECT FOR THE PORT IN WHICH THE SERVICE IS PERFORMED INCLUDING, WITHOUT LIMITATION, TERMS PERTAINING TO LIMITATION OF MORAN'S LIABILITY AND THE NON-PROVISION BY MORAN OF PILOTAGE. ADDITIONAL COPIES OF MORAN'S APPLICABLE SCHEDULE ARE AVAILABLE ON REQUEST OR MAY BE ACCESSED DIRECTLY UNDER THE SERVICES TAB AT MORAN'S INTERNET WEB PAGE: WWW.MORANTUG.COM.



# moran

## Port Arthur/Beaumont

8740 Old Yacht Club Road
Port Arthur, TX 77642
Telephone 409-962-0591
Fax  409-962-1287

**REMIT TO:**
MORAN TOWING CORPORATION
Bank of America
P.O. Box 409519
Atlanta, GA  30384  -9519

**WIRE TO:**
Bank of America, Charlotte, NC
Moran Towing Corporation
ACCT# 000773220052
via Fedwire: ABA 026009593
via ACH:    ABA 053904483
via Intl SWIFT Code BOFAUS3N

GREEN RIDGE   AND/OR OWNERS
Central Gulf Lines Inc.
ATTN:  Mr. Charlie Meyer
Suite 18290
11 North Water Street
Mobile, AL  36602

| SERVICE DATE | INVOICE DATE | INVOICE NUMBER | AGENT | CUSTOMER NUMBER | TERMS: NET 30 DAYS |
|---|---|---|---|---|---|
| 7/5/2016 | 7/6/2016 | 506406 | 001251 | 002368 | |

**TUGS**
LIZZY B. MORAN, HAYLEY MORAN

| DESCRIPTION | |
|---|---|
| FROM:  BELOW TEXAS ISLAND | |
| TO:  PORT OF PORT ARTHUR | |
| | |
| 7/5/2016    Assist and Docking | |
| Hayley Moran from BELOW TEXAS ISLAND to PORT OF PORT ARTHUR @ $4,498.20 | |
| Hayley Moran Overtime charge at 35% is $1,574.37 | |
| Lizzy B. Moran from BELOW TEXAS ISLAND to PORT OF PORT ARTHUR @ $4,498.20 | |
| Lizzy B. Moran Overtime charge at 35% is $1,574.37 | |
| Schedule of Rates = $12,145.14 | |
| Less 20% Discount =$2,429.03 | $9,716.11 |
| 7/5/2016    Fuel Surcharge | |
| Fuel at $1.7300/gallon | |
| Fuel Base @ $2.25 | |
| Fuel Surcharge 0% x $8,996.40 | $0.00 |
| | |
| Invoice Total | $9,716.11 |
| | |
| Job: 843175 for GREEN RIDGE on 07/05/2016 03:00 | |

**PLEASE SUBMIT INVOICE REMITTANCE DETAILS TO
PAYMENTS@MORANTUG.COM**

THANK YOU FOR YOUR BUSINESS
FOR INQUIRIES, PLEASE CALL (409) 962-0591 OR EMAIL MORANPAB@MORANTUG.COM

ALL HARBOR TUG SERVICES ARE RENDERED SUBJECT TO MORAN'S CURRENT SCHEDULE OF RATES TERMS AND CONDITIONS IN EFFECT FOR THE PORT IN WHICH THE SERVICE IS PERFORMED INCLUDING, WITHOUT LIMITATION, TERMS PERTAINING TO LIMITATION OF MORAN'S LIABILITY AND THE NON-PROVISION BY MORAN OF PILOTAGE. ADDITIONAL COPIES OF MORAN'S APPLICABLE SCHEDULE ARE AVAILABLE ON REQUEST OR MAY BE ACCESSED DIRECTLY UNDER THE SERVICES TAB AT MORAN'S INTERNET WEB PAGE: WWW.MORANTUG.COM.



**Port Arthur/Beaumont**

8740 Old Yacht Club Road
Port Arthur, TX 77642
Telephone 409-962-0591
Fax  409-962-1287

**REMIT TO:**
MORAN TOWING CORPORATION
Bank of America
P.O. Box 409519
Atlanta, GA  30384  -9519

**WIRE TO:**
Bank of America, Charlotte, NC
Moran Towing Corporation
ACCT# 000773220052
via Fedwire: ABA 026009593
via ACH:    ABA 053904483
via Intl SWIFT Code BOFAUS3N

GREEN RIDGE   AND/OR OWNERS
Central Gulf Lines Inc.
ATTN:  Mr. Charlie Meyer
Suite 18290
11 North Water Street
Mobile, AL  36602

| SERVICE DATE | 7/6/2016 | INVOICE DATE | 7/11/2016 | INVOICE NUMBER | 507288 | AGENT | 001251 | CUSTOMER NUMBER | 002368 | TERMS: NET 30 DAYS |
|---|---|---|---|---|---|---|---|---|---|---|

**TUGS** CAPE ANN, ELEANOR F. MORAN

## DESCRIPTION

FROM:  1  PORT OF PORT ARTHUR
TO:  BELOW PORT OF PORT ARTHUR

7/6/2016    Assist and Undock
Cape Ann from PORT OF PORT ARTHUR to BELOW PORT OF PORT ARTHUR @ $2,384.00
Eleanor F. Moran from PORT OF PORT ARTHUR to BELOW PORT OF PORT ARTHUR @ $2,384.00
Schedule of Rates = $4,768.00
Less 20% Discount =$953.60              $3,814.40

7/6/2016    Fuel Surcharge

Fuel at $1.6900/gallon
Fuel Base @ $2.25
Fuel Surcharge 0% x $4,768.00              $0.00

Invoice Total              $3,814.40

Job: 843442 for GREEN RIDGE on 07/06/2016 15:30

### PLEASE SUBMIT INVOICE REMITTANCE DETAILS TO
### PAYMENTS@MORANTUG.COM

THANK YOU FOR YOUR BUSINESS
FOR INQUIRIES, PLEASE CALL (409) 962-0591 OR EMAIL MORANPAB@MORANTUG.COM

ALL HARBOR TUG SERVICES ARE RENDERED SUBJECT TO MORAN'S CURRENT SCHEDULE OF RATES TERMS AND CONDITIONS IN EFFECT FOR THE PORT IN WHICH THE SERVICE IS PERFORMED INCLUDING, WITHOUT LIMITATION. TERMS PERTAINING TO LIMITATION OF MORAN'S LIABILITY AND THE NON-PROVISION BY MORAN OF PILOTAGE. ADDITIONAL COPIES OF MORAN'S APPLICABLE SCHEDULE ARE AVAILABLE ON REQUEST OR MAY BE ACCESSED DIRECTLY UNDER THE SERVICES TAB AT MORAN'S INTERNET WEB PAGE: WWW.MORANTUG.COM.