**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re**                                                    :          **Chapter 11**
                                                             :
**INTERNATIONAL SHIPHOLDING**                                :          **Case No. 16-12220 (SMB)**
**CORPORATION., *et al.,*[1]**                               :
                                                             :          **Jointly Administered**
                                                             :
                                                             :
             **Reorganized Debtors.**                        :
-------------------------------------------------------------x


### ORDER EXTENDING THE PERIOD TO FILE OBJECTIONS TO CLAIMS

Upon the motion (the "Motion")[2] of the GUC Trustee, on behalf of the GUC Trust, and the

Reorganized Debtors for entry of an order (this "Order"), pursuant to sections 105(a) and 1142(b)

of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006(b) of the Federal

Rules of Bankruptcy Procedure to extend the Claims Objection Bar Date, as more fully described

in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334 and the *Amended Standing Order of Reference from the United States District Court for the*

*Southern District of New York*, dated January 31, 2012; and that this Court may enter a final order

consistent with Article III of the United States Constitution; and this Court having found that the

venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408

and 1409; and this Court having found that the notice of the Motion and opportunity for a hearing

thereon were appropriate under the circumstances and no other notice need be provided; and this

Court having reviewed the Motion; and this Court having determined that the legal and factual

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); and LCI Shipholdings, Inc. (8094). The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.
[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. ~~The Motion is granted as set forth herein.~~**[SMB: 1/3/18]**

2. The Claims Objection Bar Date for objecting to Claims other than Administrative Expense Claims ~~but including 503(b)(9) Claims~~ is extended through and including June 28, 2018. **[SMB: 1-3-18]**

3. This Order is without prejudice to the GUC Trustee's or Reorganized Debtors' rights to request further extension(s) of the Claims Objection Bar Date, **or to the Reorganized Debtors' right to move pursuant to 11 U.S.C. § 1127(b) to modify the deadline in the plan for objecting to claims under 11 U.S.C. § 503(b)(9), provided that in the latter event, the Reorganized Debtors must serve the motion to modify the plan on any creditor that has filed a claim or requested payment under § 503(b)(9) but has not been paid in accordance with the plan.  [SMB: 1/3/18]**

4. The GUC Trustee and the Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 3, 2018
      New York, New York

/s/ *Stuart M. Bernstein*
    STUART M. BERNSTEIN
    United States Bankruptcy Judge