Robert J. Feinstein
Bradford J. Sandler
Steven W. Golden
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
sgolden@pszjlaw.com

*Counsel for the GUC Trustee of
the GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              :

| | |
|---|---|
| In re | Chapter 11 |
| INTERNATIONAL SHIPHOLDING CORPORATION., *et al.*,[1] | Case No. 16-12220 (SMB) |
| | Jointly Administered |
| **Reorganized Debtors.** | |

---------------------------------------------------------------x

### NOTICE OF CONTINUANCE OF HEARING OF CERTAIN CLAIM OBJECTIONS

**PLEASE TAKE NOTICE** that, on February 2, 2018, Robert N. Michaelson (the "GUC Trustee"), in his capacity as trustee of the International Shipholding GUC Trust (the "GUC Trust"), filed the *GUC Trustee's Fourth (Non-Substantive) Omnibus Objection to Claims (Withdrawn, Duplicate, and Wrong Debtor Claims)* [Docket No. 908] (the "Fourth Omnibus Objection") and the *GUC Trustee's Fifth Omnibus (Non-Substantive) Objection to Claims*

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

*(Insufficient Documentation, No Amount, and Late Filed Claims)*[Docket No. 909] (the "<u>Fifth Omnibus Objection</u>" and together with the Fourth Omnibus Objection, the "<u>Claims Objections</u>")[2]

**PLEASE TAKE FURTHER NOTICE** that, a hearing (the "<u>Hearing</u>") on the Claims Objections, which was originally scheduled for March 8, 2018 at 10:00 a.m. (ET), and adjourned to June 28, 2018 at 10:00 a.m. (ET) solely with respect to the Claims listed on **Exhibit A** attached hereto has been further adjourned to **August 2, 2018 at 10:00 a.m. (ET)**. The Hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court of the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** time to respond or otherwise object to the Claims Objections has been extended to **July 26,2018 at 4:00 p.m. (ET)** (the "<u>Response Deadline</u>") solely for the Claimants listed on **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, in the event no response to the Claim Objections is received on or before the Response Deadline, the Court may enter and order sustaining the Claim Objections without a hearing.

---

[2] Capitalized termed used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objections.

Dated: June 22, 2018
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Steven W. Golden*

Robert J. Feinstein
Bradford J. Sandler
Steven W. Golden
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
sgolden@pszjlaw.com

*Counsel for the GUC Trustee of the GUC Trust*

# EXHIBIT A

| Claimaint | Claim Objection No. | Claim No. | Debtor Name |
|---|---|---|---|
| Lanaux, Michel E. | Fifth Omnibus | 710 | Central Gulf Lines, Inc. |
| Westchester Fire Insurance Company | Fourth Omnibus | 1293 | International Shipholding Corporation |
| Westchester Fire Insurance Company | Fourth Omnibus | 1295 | Waterman Steamship Corporation |
| Westchester Fire Insurance Company | Fourth Omnibus | 1296 | Enterprise Ship Company, Inc. |
| Westchester Fire Insurance Company | Fourth Omnibus | 1311 | N.W. Johnsen & Co., Inc. |
| Westchester Fire Insurance Company | Fourth Omnibus | 1312 | Central Gulf Lines, Inc. |
| Westchester Fire Insurance Company | Fourth Omnibus | 1313 | Coastal Carriers, Inc. |
| Westchester Fire Insurance Company | Fourth Omnibus | 1315 | Frascati Shops, Inc. |
| Westchester Fire Insurance Company | Fourth Omnibus | 1355 | LMS Shipmanagement, Inc. |
| Westchester Fire Insurance Company | Fourth Omnibus | 1358 | Mary Ann Hudson, LLC |
| Westchester Fire Insurance Company | Fourth Omnibus | 1359 | Sheila McDevitt, LLC |
| Westchester Fire Insurance Company | Fourth Omnibus | 1360 | Sulphur Carriers, Inc. |
| Westchester Fire Insurance Company | Fourth Omnibus | 1361 | Tower LLC |