

International Shiphholding Corporation, et al. Case No. 15-12220 Request for Continued Hearing Date
Patricia Jeffries
to:
'bernstein.chambers@nysb.uscourts.gov'
09/06/2018 01:39 PM
Cc:
Patricia Jeffries, "Steven W. Golden"
Hide Details
From: Patricia Jeffries <pjeffries@pszjlaw.com>
To: "'bernstein.chambers@nysb.uscourts.gov'" <bernstein.chambers@nysb.uscourts.gov>
Cc: Patricia Jeffries <pjeffries@pszjlaw.com>, "Steven W. Golden" <sgolden@pszjlaw.com>

Honorable Judge Bernstein – currently set for hearing on September 13, 2018 at 10:00 a.m. ET is the *GUC Trustee's Fourth (Non-Substantive) Omnibus Objection to Claims (Withdrawn, Duplicate, and Wrong Debtor Claims)* [Docket No. 908] and the *GUC Trustee's Fifth Omnibus (Non-Substantive) Objection to Claims (Insufficient Documentation, No Amount, and Late Filed Claims)*[Docket No. 909] in the above-reference case. The parties are continuing in settlement negotiations and have consented to a further adjournment of this hearing and request the Court re-schedule the hearing to a date in October, at the convenience of the Court. In addition, the parties are requesting the response deadline be extended to 7 days prior to the new hearing date. Thank you.

*Granted*
*SmB*
*9/6/18*

Patricia Jeffries
Paralegal
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.203.4262
Tel: 415.263.7000 | Cell: 510.908.9063 | Fax: 415.263.7010
pjeffries@pszjlaw.com  www.pszjlaw.com

Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

---

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.