AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
David H. Botter

1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: (214) 969-2800
Sarah Link Schultz (admitted *pro hac vice*)
David F. Staber (admitted *pro hac vice*)

*Counsel to Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNATIONAL SHIPHOLDING CORPORATION, *et al.*,[1] | Case No. 16-12220 (SMB) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON SIXTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS (INCONSISTENT CLAIMS, DUPLICATE CLAIMS AND MISCLASSIFIED CLAIMS)**

PLEASE TAKE NOTICE that the hearing on the *Reorganized Debtors' Sixth (Substantive) Omnibus Objection to Claims (Inconsistent Claims, Duplicate Claims, and Misclassified Claims)* [Docket No. 943] (the "Motion") solely with respect to proof of claim number 273 filed by OSG Shipmanagement Inc. originally scheduled for October 30, 2018 at

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); and LCI Shipholdings, Inc. (8094). The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

10:00 a.m. (prevailing Eastern Time) in the above-captioned chapter 11 cases has been rescheduled to **November 29, 2018 at 10:00 a.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that the objection deadline on the Motion for OSG Shipmanagement Inc. has been extended to **November 14, 2018 at 4:00 p.m. (prevailing Eastern Time).**

Dated:  New York, New York
   October 11, 2018

**AKIN GUMP STRAUSS HAUER & FELD LLP**
By: /s/ *Sarah Link Schultz*
David H. Botter
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

Sarah Link Schultz (admitted *pro hac vice*)
David F. Staber (admitted *pro hac vice*)
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

*Counsel to Reorganized Debtors*