Robert J. Feinstein
Bradford J. Sandler
Steven W. Golden
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
sgolden@pszjlaw.com

*Counsel for the GUC Trustee of
the GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                 :

| | |
|---|---|
| **In re** | **Chapter 11** |
| **INTERNATIONAL SHIPHOLDING CORPORATION.,** *et al.,*[1] | **Case No. 16-12220 (SMB)** |
| | **Jointly Administered** |
| **Reorganized Debtors.** | |

------------------------------------------------------------------x

### NOTICE OF CONTINUANCE OF HEARING OF CERTAIN CLAIM OBJECTIONS

PLEASE TAKE NOTICE that, on February 2, 2018, Robert N. Michaelson (the "GUC

Trustee"), in his capacity as trustee of the International Shipholding GUC Trust (the "GUC

Trust"), filed the *GUC Trustee's Fifth Omnibus (Non-Substantive) Objection to Claims*

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

*(Insufficient Documentation, No Amount, and Late Filed Claims)* [Docket No. 909] (the "Fifth Omnibus Objection")[2]

  **PLEASE TAKE FURTHER NOTICE** that, a hearing (the "Hearing") on the Fifth Omnibus Objection, which was originally scheduled for March 8, 2018 at 10:00 a.m. (ET), and adjourned most recently to October30, 2018 at 10:00 a.m. (ET) solely with respect to the Claim listed on **Exhibit A** attached hereto has been adjourned to **November 29, 2018 at 10:00 a.m. (ET)**.  The Hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court of the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

  **PLEASE TAKE FURTHER NOTICE** that the time to respond or otherwise object to the Fifth Omnibus Objection has been extended to **November 21, 2018 at 4:00 p.m. (ET)** (the "Response Deadline") solely for the Claimant listed on **Exhibit A**.

  **PLEASE TAKE FURTHER NOTICE** that, in the event no response to the Fifth Omnibus Objection is received on or before the Response Deadline, the Court may enter an order sustaining the Fifth Omnibus Objection without a hearing.

---

[2] Capitalized termed used but not otherwise defined herein shall have the meanings ascribed to such terms in the fifth Omnibus Objection.

2

Dated: October 29, 2018
     New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Steven W. Golden*

Robert J. Feinstein
Bradford J. Sandler
Steven W. Golden
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:   rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        sgolden@pszjlaw.com

*Counsel for the GUC Trustee of the GUC Trust*

DOCS_SF:96168.5

# EXHIBIT A

| Claimaint | Claim Objection No. | Claim No. | Debtor Name |
|---|---|---|---|
| Lanaux, Michel E. | Fifth Omnibus | 710 | Central Gulf Lines, Inc. |