Robert J. Feinstein
Richard E. Mikels
Bradford J. Sandler
Steven W. Golden
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
sgolden@pszjlaw.com

*Counsel for the GUC Trustee of
the GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
: 
In re                                                   :        Chapter 11
                                                        :
**INTERNATIONAL SHIPHOLDING**              :        Case No. 16-12220 (SMB)
**CORPORATION., *et al.*,**[1]                  :
                                                        :        **Jointly Administered**
                                                        :
        **Debtors.**                                    :
-------------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on November 28, 2018, Robert N. Michaelson

(the "GUC Trustee " or "Trustee"), in his capacity as trustee of the International Shipholding

GUC Trust (the "GUC Trust" or "Trust") filed the *Motion of the GUC Trustee to Enforce the*

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); and Marco Shipping Company PTE LTD (4570).  The service address for each of the above Reorganized Debtors is 601 Poydras Street, Pan American Building, Suite 1850, New Orleans, Louisiana 70130.

*Plan and Confirmation Order With Respect to the Reorganized Debtors' Responsibility to Defend Asbestos Claims, Relieving Stay and Injunction, and Approving the GUC Trustee's Right Not to Defend Asbestos Claims* [Docket No. 1047] (the "Motion").

**PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion shall be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court of the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on January 29, 2019, at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be made in writing; shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court (the "Local Rules"); shall be filed with the Bankruptcy Court with a hard copy delivered to Chambers, and served so as to be actually received by (i) the U.S. Trustee; (ii) the Reorganized Debtors; (iii) counsel to the GUC Trust; (iv) all parties that have filed a request to receive service of pursuant to Bankruptcy Rule 2002; and (v) all other parties on the master service list prepared and maintained pursuant to the *Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 178], no later than January 22, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order approving the Motion, which order may be entered with no further notice or opportunity to be heard.

Dated: November 28, 2018
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Richard E. Mikels*
Robert J. Feinstein
Richard E. Mikels
Bradford J. Sandler
Steven W. Golden
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
rmikels@pszjlaw.com
bsandler@pszjlaw.com
sgolden@pszjlaw.com