

U.S. Department of Justice
Office of the United States Trustee
Region 2

Southern District of New York

| | | |
|---|---|---|
| IN RE: INTERNATIONAL SHIPHOLDING CORPORATION, et al.,[1] | } } } } } } } | CHAPTER 11<br><br>CASE NO. 16-12220 (SMB)<br><br>Jointly Administered |
| DEBTORS. | | |

**DEBTOR'S POST-CONFIRMATION**
**MONTHLY OPERATING REPORT**
**FOR THE PERIOD**
**FROM JANUARY 1ST, 2019 TO MARCH 31ST, 2019**

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed: _____     Date: 4/10/19

Bruce Weins
       Print Name

VP/Treasurer
       Title

Debtor's Address
and Phone Number:
2200 Eller Drive
P.O. Box 13038
Fort Lauderdale, FL 33316
Tel. (954) 524-4200

Attorney's Address
and Phone Number:
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Tel. (212) 872-1000
David H. Botter
Sarah Link Schultz (admitted *pro hac vice*)
David F. Staber (admitted *pro hac vice*)

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); and LCI Shipholdings, Inc. (8094). The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

**Entity Name: International Shipholding Corporation (Consolidating)**
**Case Number: 16-12220**

**Monthly Operating Report - Post Confirmation - Southern District of New York**
**Attachment 1**
**Reporting Period: March 2019**

| QUESTIONNAIRE | | |
|---|---|---|
|  | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? |  | X |
| 2. Are any post-confirmation sales or payroll taxes past due? |  | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? |  | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X |  |
| * All payments for the first quarter of 2019 are represented in Attachment 2. |  |  |

***If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | |
|---|---|---|
|  | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X |  |
| 2. Are all premium payments current? | X |  |

***If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

Entity Name: International Shipholding Corporation (Consolidating)
Case Number: 16-12220

**Monthly Operating Report - Post Confirmation - Southern District of New York**
**Attachment 1**
**Reporting Period: March 2019**

## Confirmation of Insurance

| Coverage Type | Insurer | Policy Term | Payment Amount | Frequency | Delinquency Amount |
|---|---|---|---|---|---|
| Marine Hull Package Insurance | Navigators Insurance Company (Lead) | 6/27/2016 to 6/26/2017 | $ 1,197,133 | Annual | $ - |
| Marine Hull Package Insurance | AON (Seacor purchased policy under ISH slip for the stub period) | 6/27/2017 to 7/3/2017 | 22,959 | | |
| Protection & Indemnity insurance (includes contractual liability) | The Standard Club Europe Ltd | 2/20/2017 to 2/19/2018 | 1,265,691 | 5 installments | - |
| State Act Workers' Compensation | Manufacturers Alliance Insurance Company (PMA Group) through American Equity Underwriters, Inc. | 5/1/2016 to 5/1/2017 | 69,124 | Annual | - |
| State Act Workers' Compensation | Manufacturers Alliance Insurance Company (PMA Group) through American Equity Underwriters, Inc. | 5/2/2017 to 7/3/2017 | 6,250 | | |
| USL& HW Act and Incidental Non Owned Maritime Employers Liability | American Longshore Mutual Association Ltd ("ALMA") through American Equity Underwriters, Inc. | 5/1/2016 to 5/1/2017 | 42,445 | Annual | - |
| USL& HW Act and Incidental Non Owned Maritime Employers Liability | American Longshore Mutual Association Ltd ("ALMA") through American Equity Underwriters, Inc. | 5/2/2017 to 7/3/2017 | 3,837 | | - |
| Foreign Liability | Insurance Company of the State of PA | 5/1/2016 to 5/1/2017 | 10,801 | Annual | - |
| Foreign Liability | Insurance Company of the State of PA | 5/2/2017 to 7/3/2017 | 977 | | - |
| Spain Admitted General Liability | AIG Europe Limited | 5/1/2016 to 5/1/2017 | 3,185 | Annual | - |
| Spain Admitted General Liability | AIG Europe Limited | 5/2/2017 to 7/3/2017 | 288 | | - |
| Defense Base Act | Ins Co of the State of PA thru AIG | 5/1/2016 to 5/1/2017 | 5,000 | Annual | - |

Entity Name: International Shipholding Corporation (Consolidating)
Case Number: 16-12220

**Monthly Operating Report - Post Confirmation - Southern District of New York**
**Attachment 1**
**Reporting Period: March 2019**

| Confirmation of Insurance | | | | | |
|---|---|---|---|---|---|
| **Coverage Type** | **Insurer** | **Policy Term** | **Payment Amount** | **Frequency** | **Delinquency Amount** |
| Defense Base Act | Ins Co of the State of PA thru AIG | 5/2/2017 to 7/3/2017 | 452 | | |
| Property, Electronic Data Processing Equipment, Business Income and Extra Expense including Equipment Breakdown | AmRisc panel of underwriters: Certain Underwriters at Lloyd's Indian Harbor Insurance Company QBE Specialty Insurance Co Steadfast Insurance General Security Indemnity Company of Arizona United Specialty Insurance Company Lexington Insurance Company Princeton Excess & Surplus Lines Insurance Co International Insurance Company of Hannover through AmWins of Georgia, Inc. | 5/1/2016 to 5/1/2017 | 79,651 | Annual | - |
| Property, Electronic Data Processing Equipment, Business Income and Extra Expense including Equipment Breakdown | AmRisc panel of underwriters: Certain Underwriters at Lloyd's Indian Harbor Insurance Company QBE Specialty Insurance Co Steadfast Insurance General Security Indemnity Company of Arizona United Specialty Insurance Company Lexington Insurance Company Princeton Excess & Surplus Lines Insurance Co International Insurance Company of Hannover through AmWins of Georgia, Inc. | 5/2/2017 to 7/3/2017 | 7,201 | | - |
| Equipment Floater & Rolling Stock | Alterra America Insurance Company through AmWins of Georgia, Inc. | 5/1/2016 to 5/1/2017 | 18,570 | Annual | - |
| Equipment Floater & Rolling Stock | Alterra America Insurance Company through AmWins of Georgia, Inc. | 5/2/2017 to 7/3/2017 | 1,679 | | - |
| Property Terrorism - 601 Poydras St only | Lloyd's (Beazley manages Syndicates) Syndicate 2623 82% Syndicate 623 18% | 5/1/2016 to 5/1/2017 | 1,049 | Annual | - |
| Property Terrorism - 601 Poydras St only | Lloyd's (Beazley manages Syndicates) Syndicate 2623 82% Syndicate 623 18% | 5/2/2017 to 7/3/2017 | 95 | | - |

ATCH-1B
Page 2

**Monthly Operating Report - Post Confirmation - Southern District of New York**
**Attachment 1**
**Reporting Period: March 2019**

| Confirmation of Insurance | | | | | |
|---|---|---|---|---|---|
| **Coverage Type** | **Insurer** | **Policy Term** | **Payment Amount** | **Frequency** | **Delinquency Amount** |
| Auto Liability/Physical Damage | Sentinel Insurance Co Ltd (Hartford) | 5/1/2016 to 5/1/2017 | 22,724 | Annual | - |
| Auto Liability/Physical Damage | Sentinel Insurance Co Ltd (Hartford) | 5/2/2017 to 7/3/2017 | 2,054 | | - |
| Cargo & MALFI trailers | Underwriters at Lloyds of London through Southern Marine and Aviation | 5/1/2016 to 5/1/2017 | 6,600 | Annual | - |
| Cargo & MALFI trailers | Underwriters at Lloyds of London through Southern Marine and Aviation | 5/2/2017 to 7/3/2017 | 597 | | - |
| Bumbershoot | Pro Sight Specialty Insurance Co. (50%) Navigators Insurance Co. (50%) | 5/1/2016 to 5/1/2017 | 85,500 | Annual | - |
| Bumbershoot | Pro Sight Specialty Insurance Co. (50%) Navigators Insurance Co. (50%) | 5/2/2017 to 7/3/2017 | 7,730 | | - |
| Marine General Liability | Navigators Insurance Company | 5/1/2016 to 5/1/2017 | 85,500 | Annual | - |

Entity Name: International Shipholding Corporation (Consolidating)
Case Number: 16-12220

**Monthly Operating Report - Post Confirmation - Southern District of New York**
**Attachment 1**
**Reporting Period: March 2019**

| **Describe Pertinent Developments, Events, and Matters During this Reporting Period:** |
|---|

On March 2, 2017, the Court entered the Findings of Fact, Conclusions of Law and Order Confirming First Amended Modified Joint Chapter 11 Plan of Reorganization for International Shipholding Corporation and Its Affiliated Debtors [ECF No. 671] confirming the Debtors' joint chapter 11 plan of reorganization (the "Plan"). On July 3, 2017, the Debtors satisfied the conditions precedent to consummation of the Plan and the effective date of the Plan (the "Effective Date") occurred [ECF No. 796]. On the Effective Date, the Debtors implemented the initial steps of the Plan, including payments to various interested parties and the funding of certain reserve accounts as further described in the Plan, and the "GUC Trust" was formed. On March 27, 2019, the Reorganized Debtors filed their most recent Post-Confirmation Status Report [ECF No. 1083]. The Reorganized Debtors and the GUC Trustee continue to work on various claims determination and resolution issues.

Prior to the reporting period, the GUC Trustee filed twenty (20 adversary proceedings against certain third parties for the avoidance and recovery of alleged preferential transfers pursuant to 11 U.S.C. § 547 and 550. As of the filing of this report, one of these actions remains pending, and the GUC Trustee has received default judgments for two others. The remaining actions have been settled or dismissed.

Prior to the reporting period, an administrative expense claim was filed by US Ocean, LLC and Patriot Shipping, LLC (collectively, "Intermarine") [Docket No. 843]. On October 30, 2018, the Court entered an order referring the dispute over this administrative expense claim to mediation [Docket No. 1041]. On December 3, 2018, the Court entered an order approving the parties' selection of the Honorable Jeff Kaplan as the mediator [Docket No. 1056]. The mediation occurred on April 9, 2018 and the parties successfully reached a settlement. The mediator's final report was filed on April 11, 2019 [Docket No. 1085].

Prior to the reporting period, the Reorganized Debtors filed their Sixth (Substantive) Omnibus Objection to Claims (Inconsistent Claims, Duplicate Claims, and Misclassified Claims) [Docket No. 943] (the "Sixth Omnibus Objection"), which was approved by the Court prior to the reporting period except with respect to proof of claim number 273 filed by OSG Shipmanagement, Inc. ("Claim 273"). The Sixth Omnibus Objection has been continued to May 30, 2019 [Docket No. 1084] as to Claim 273.

Prior to the reporting period, the GUC Trustee filed the Motion of the GUC Trustee to Enforce the Plan and Confirmation Order With Respect to the Reorganized Debtors' Responsibility to Defend Asbestos Claims, Relieving Stay and Injunction, and Approving the GUC Trustee's Right Not to Defend Asbestos Claims [Docket 1047] (the "Asbestos Claims Motion"). The Court granted a request to continue the Asbestos Claims Motion and the Asbestos Claims Motion is currently set for hearing on May 23, 2019 [Docket No. 1081].

On January 1, 2019, the Board of Trustees of the MEBA Pension Trust—Defined Benefit Plan, the Board of Trustees of the Masters, Mates & Pilots Pension Plan and the Board of Trustees of the Masters, Mates & Pilots Adjustable Pension Plan filed an adversary proceeding (Case No. 19-01006) against numerous defendants, including CG Railway, LLC ("CG Railway"), a non-debtor affiliate of Reorganized International Shipholding Corporation [Docket No. 1]. A pretrial conference in this adversary proceeding was held on April 9, 2019.

The Court entered an order [Docket No. 1058] on December 11, 2018, extending the deadline under the Plan to object to certain claims through and including July 1, 2019.

**Estimated Date of Filing the Application for Final Decree:** *Fourth Quarter of 2019*

Entity Name: International Shipholding Corporation (Consolidating)
Case Number: 16-12220

**Monthly Operating Report - Post Confirmation - Southern District of New York**
**Attachment 2: Schedule of Receipts and Disbursements**
**Reporting Period: March 2019**
**Date of Plan Confirmation: March 2, 2017**
**Date of Emergence: July 3, 2017**

|  | Enterprise Ship Company, Inc.[1] | LCI Shipholdings, Inc.[1] | Quarterly | Post Confirmation Total |
|---|---:|---:|---:|---:|
| **CASH (Beginning of Period)** | $ 309,614.42 | $ 238,066.83 | $ 547,681.25 | $ 33,911,712.93 |
|  |  |  |  | - |
| **Third Party INCOME or RECEIPTS during the Period** | - | - | - | 116,294,521.08 |
| **Intercompany INCOME or RECEIPTS during the Period** | - | - | - | 203,767,125.06 |
|  |  |  |  | - |
| **DISBURSEMENTS** |  |  |  | - |
| Operating Expenses (Fees/Taxes) |  |  |  | - |
| U.S. Trustee Quarterly Fees | - | - | - | 114,675.54 |
| Federal Taxes | - | - | - | 3,271,317.96 |
| State Taxes | - | - | - | 329,310.66 |
| Other Taxes | - | - | - | 119,591.93 |
|  |  |  |  | - |
| **All Other Third Party Operating Expenses:** | - | - | - | 55,255,773.04 |
| **All Other Intercompany Operating Expenses:** | - | - | - | 203,767,125.06 |
|  |  |  |  | - |
| Plan Payments: |  |  |  | - |
| Administrative Expense Claims | - | 12,850.00 | 12,850.00 | 2,549,177.80 |
| DIP Claims | - | - | - | 2,997,282.22 |
| Adequate Protection Claims and Interest Payments | - | - | - | 3,230,900.63 |
| Fee Claims | - | - | - | 8,614,139.03 |
| Priority Tax Claims | - | - | - | 661,110.00 |
| U.S. Trustee Fees | - | - | - | - |
| Class One - Other priority claims | - | 17,136.16 | 17,136.16 | 4,669,398.90 |
| Class Two - Other secured claims | - | - | - | - |
| Class Three - Regions facility claims | - | - | - | 38,941,607.55 |
| Class Four - Capital One facility claims | - | - | - | 1,777,815.46 |
| Class Five - Citizens facility claims | - | - | - | 8,317,940.86 |
| Class Six - DVB facility claims | - | - | - | - |
| Class Seven - General unsecured claims | - | - | - | 3,017,988.02 |
| Class Eight - Intercompany claims | - | - | - | - |
| Class Nine - 510 Claims | - | - | - | - |
| Class Ten - Interests in ISH | - | - | - | - |
| Class Eleven - Intercompany interests | - | - | - | - |
| **Total Plan Payments** | - | 29,986.16 | 29,986.16 | 74,777,360.47 |
|  |  |  |  | - |
| **Total Disbursements (Operating & Plan)** | - | 29,986.16 | 29,986.16 | 337,635,154.66 |
|  |  |  |  | - |
| **Cash to be retained by SEACOR** | - | - | - | 15,820,509.32 |
|  |  |  |  | - |
| **CASH (End of Period)** | $ 309,614.42 | $ 208,080.67 | $ 517,695.09 | $ 517,695.09 |

[1] Each of the above Debtors hold one bank account with restricted funds to be used for settlements from the estate. As of December 31, 2018, there was no cash related to the estate in many bank accounts included in prior Operating Reports. In addition, there were no cash transactions related to the estate in these accounts during the quarter ended March 31, 2019. Such accounts and/or entities that no longer had cash of the estate at the beginning of the period or estate transactions for the period covered by this report have been removed from this report.

**Entity Name:** International Shipholding Corporation (Consolidating)
**Case Number:** 16-12220

**Monthly Operating Report - Southern District of New York**
**Attachment 2: Schedule of Receipts and Disbursements**
**Reporting Period: March 2019**

| Debtor Name | Account # | Total cash disbursements per MOR-1 (w/ Interco) | Total cash disbursements per Attachment 2 (w/o Interco) |
|---|---|---|---|
| **Enterprise Ship Company, Inc. (16-12225) Total** | | - | - |
| **LCI Shipholdings, Inc. (16-12228) Total** | | 29,986.16 | 29,986.16 |
| **Grand Total** | | $ 29,986.16 | $ 29,986.16 |

Note: As of December 31, 2018, there was no cash related to the estate in many bank accounts included in prior Operating Reports. In addition, there were no cash transactions related to the estate in these accounts during the quarter ended March 31, 2019. Such accounts and/or entities that no longer had cash of the estate at the beginning of the period or estate transactions for the period covered by this report have been removed from this report.

Entity Name: International Shipholding Corporation (Consolidating)
Case Number: 16-12220

**Monthly Operating Report - Post Confirmation - Southern District of New York**
**Attachment 3: Bank Account Reconciliations - Bank Account Information**
**Reporting Period: March 2019**

| Debtor Name | Bank Name | Bank Account # (Last 4 Digits) | Purpose of Account | Type of Account | Bank Balance | Deposits in Transit | Checks Outstanding | Book Balance | Cash to be Retained by Seacor | Remaining Cash in Estate | Notes/ Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enterprise Ship Company, Inc. | Regions Bank | 1064 | Deposit on LA Enterprise and Coastal 101 | Checking | 309,614.42 | - | - | 309,614.42 | - | 309,614.42 | Restricted Cash |
| LCI Shipholdings, Inc. | Regions Bank | 1080 | Proceeds from sale of Green Dale | Checking | 208,080.67 | - | - | 208,080.67 | - | 208,080.67 | Restricted Cash |
| **Total** | | | | | **$ 517,695.09** | **$ -** | **$ -** | **$ 517,695.09** | **$ -** | **$ 517,695.09** | |

Note: As of December 31, 2018, there was no cash related to the estate in many bank accounts included in prior Operating Reports. In addition, there were no cash transactions related to the estate in these accounts during the quarter ended March 31, 2019. Such accounts and/or entities that no longer had cash of the estate at the beginning of the period or estate transactions for the period covered by this report have been removed from this report.

**Entity Name:** International Shipholding Corporation (Consolidating)
**Case Number:** 16-12220

**Monthly Operating Report - Post Confirmation - Southern District of New York**
**Attachment 3: Bank Account Reconciliations - Investment Account Information**
**Reporting Period: March 2019**

| Debtor Name | Account # (Last 4 digits) | Bank/Account Name/Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value | Notes/Comments |
|---|---|---|---|---|---|---|---|
| Not Applicable | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Entity Name: International Shipholding Corporation (Consolidating)
Case Number: 16-12220

Monthly Operating Report - Post Confirmation - Southern District of New York
Cash/Debit/Check Disbursement Details
Reporting Period:  March 2019

| Debtor: | Enterprise Shipholding Corp. |
| Name of Bank: | Regions Bank |
| Account: | Operating Account 1064 |

| Date of Transaction [1] | Purpose or Description | Serial Number | Amount | Payee/Detail |
|---|---|---|---|---|
| | | | | |
| | | Total | - | |

[1] To provide a comprehensive list of all disbursements, the debtor has utilized the transaction details provided by the bank for each cash account. The date listed in the *Date of Transaction* column represents the date the transaction cleared the bank account.

Entity Name: International Shipholding Corporation (Consolidating)
Case Number: 16-12220

**Monthly Operating Report - Post Confirmation - Southern District of New York**
**Cash/Debit/Check Disbursement Details**
**Reporting Period:  March 2019**

| Debtor: | LCI Shipholding Inc. |
|---|---|
| Name of Bank: | Regions Bank |
| Account: | Operating Account 1080 |

| Date of Transaction[1] | Purpose or Description | Serial Number | Amount | Payee/Detail |
|---|---|---|---|---|
| 3/18/2019 | Administrative Expense, Outgoing Wire Transfer[2] | | (12,850.00) | Seacor Meridian, Inc. |
| 3/18/2019 | Other Priority Claims, Outgoing Wire Transfer[2] | | (17,136.16) | Seacor Meridian, Inc. |
| | | Total | (29,986.16) | |

[1] To provide a comprehensive list of all disbursements, the debtor has utilized the transaction details provided by the bank for each cash account. The date listed in the *Date of Transaction* column represents the date the transaction cleared the bank account.

[2] On March 18, 2019, a wire in the amount of $29,986.16 was made to Seacor Meridian, Inc. to cover the following payments that were made on LCI Shipholding Inc.'s behalf:

Claim 45 - Custom Instruments & Automation, Inc. - $4,270.82
Claim 120 - Griffin Service Corporation - $9,638.06
Claim 242 - Pierce Commercial Laundry Distributors LLC - $3,227.28
Claim 1434 - Manny Estrada - $12,850.00

**Entity Name: International Shipholding Corporation (Consolidating)**
**Case Number: 16-12220**

**Monthly Operating Report - Post Confirmation - Southern District of New York**
**Cash/Debit/Check Disbursement Details - Addendum**
**Reporting Period:  March 2019**

| |
|---|
| **If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.** |
| Not applicable. |

**ATCH-4B**
**Page 1**