## Chantel Barrett

| | |
|---|---|
| From: | Loring, Anthony <aloring@akingump.com> |
| Sent: | Tuesday, December 03, 2019 12:27 PM |
| To: | NYSBml_Bernstein's_Chambers_Staff |
| Cc: | sschultz_akingump.com; Kessler, Thomas |
| Subject: | In re International Shipholding Corporation, et al. (Case No. 16-12220) |

To the Honorable Stuart M. Bernstein,

The Reorganized Debtors write with respect to the hearing currently scheduled for Thursday, December 5 on the *Reorganized Debtors' Sixth (Substantive) Omnibus Objection to Claims (Inconsistent Claim, Duplicate Claims, and Misclassified Claims)* [Docket No. 943] with respect to proof of claim number 273 filed by OSG Ship Management Inc. The parties have reached a settlement regarding claim number 273, a stipulation relating to which was signed and entered by the Court on December 2, 2019 [Docket No. 1132]. With this claim resolved, there are no matters pending and the hearing on December 5 does not need to go forward. Counsel for OSG Ship Management Inc. is copied on this correspondence.

**Anthony Loring**
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.1094 | Internal: 31094
Fax: +1 212.872.1002 | aloring@akingump.com | akingump.com | Bio

*[Handwritten note: The hearing is marked off. SMB 12/2/19]*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.