Robert J. Feinstein
Bradford J. Sandler
Steven W. Golden
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
sgolden@pszjlaw.com

*Counsel for the GUC Trustee of
the GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re : Chapter 11
:
**INTERNATIONAL SHIPHOLDING** : Case No. 16-12220 (SMB)
**CORPORATION.,** *et al.,*[1] :
: **Jointly Administered**
:
**Reorganized Debtors.** :
---------------------------------------------------------------x

## NOTICE OF CONTINUANCE OF HEARING

**PLEASE TAKE NOTICE** that, on November 28, 2018, Robert N. Michaelson (the

"GUC Trustee"), in his capacity as trustee of the International Shipholding GUC Trust (the

"GUC Trust"), filed the *Motion of the GUC Trustee to Enforce the Plan and Confirmation Order*

*With Respect to the Reorganized Debtors' Responsibility to Defend Asbestos Claims, Relieving*

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

DOCS_SF:99453.7

*Stay and Injunction, and Approving the GUC Trustee's Right Not to Defend Asbestos Claims* [Docket No. 1047] (the "Motion")[2]

**PLEASE TAKE FURTHER NOTICE** that, a hearing (the "Hearing") on the Motion, which was originally scheduled for January 29, 2019 at 10:00 a.m. (ET), and adjourned most recently to December 5, 2019 at 10:00 a.m. (ET) has been adjourned to **February 27, 2020 at 10:00 a.m. (ET)**. The Hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court of the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

Dated: December 4, 2019
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Steven W. Golden

Robert J. Feinstein
Bradford J. Sandler
Steven W. Golden
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:   rfeinstein@pszjlaw.com
             bsandler@pszjlaw.com
             sgolden@pszjlaw.com

*Counsel for the GUC Trustee of the GUC Trust*

---

[2] Capitalized termed used but not otherwise defined herein shall have the meanings ascribed to such terms in the fifth Omnibus Objection.

DOCS_SF:99453.7