Robert J. Feinstein
Richard E. Mikels
Bradford J. Sandler
Steven W. Golden
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
sgolden@pszjlaw.com

*Counsel for the GUC Trustee of
the GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                          :          **Chapter 11**
:
**INTERNATIONAL SHIPHOLDING**       :          **Case No. 16-12220 (SMB)**
**CORPORATION.,** *et al.,*[1]              :
:          **Jointly Administered**
:
**Reorganized Debtors.**                  :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); and Marco Shipping Company PTE LTD (4570).  The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

DOCS_SF:99454.3 42331/003

STATE OF CALIFORNIA           )
                              )
CITY OF SAN FRANCISCO         )

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On December 4, 2019, I caused to be served the *Notice of Continuance of Hearing* [Docket No. 1134] in the manner indicated upon the parties set forth on **Exhibit A** hereto.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 4, 2019 at San Francisco, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

# EXHIBIT A

**In re International Shipholding Corporation**
**Case No. 16-12220 (SMB)**

**Served Via ECF:**

- Brian R. Anderson   banderson@nexsenpruet.com, pwilliams@nexsenpruet.com;gsurratt@nexsenpruet.com
- Rick Bruce Antonoff   rantonoff@blankrome.com
- John R. Ashmead   ashmead@sewkis.com
- Luke A Barefoot   lbarefoot@cgsh.com, maofiling@cgsh.com
- Leslie S. Barr   lbarr@windelsmarx.com, jsamuels@windelsmarx.com;mcorwin@windelsmarx.com;bkreutter@windelsmarx.com
- William J. Barrett   william.barrett@bfkn.com, mark.mackowiak@bfkn.com
- Florence Bonaccorso-Saenz   florence.saenz@la.gov
- David H. Botter   dkrasaberstell@akingump.com;tsouthwell@akingump.com;bkemp@akingump.com;sschultz@AkinGump.com;afreeman@akingump.com;aloring@akingump.com;rclarke@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com
- Maria A. Bove   mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
- Joseph P. Briggett   jbriggett@lawla.com
- Jeffrey M Burmaster   jburmaster@kingkrebs.com, shendrix@kingkrebs.com
- Donald F. Campbell   dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
- Philip A. Cantwell   pcantwell@cgsh.com
- Christopher Todd Caplinger   ccaplinger@lawla.com, mlopez@lawla.com
- Shawn M. Christianson   schristianson@buchalter.com, cmcintire@buchalter.com
- Thomas N. Ciantra   tciantra@cwsny.com, ecf@cwsny.com

- Kathryn A. Coleman   kcoleman@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com
- Kelly Rose Cusick   cusick.kelly@pbgc.gov, efile@pbgc.gov
- Michael C. D'Aries   mdaries@darieslaw.com
- John E Drury   jedrury@gmail.com, jedrury@aol.com
- Michael James Edelman   mjedelman@vedderprice.com, ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-jedelman-7401@ecf.pacerpro.com
- Robert J. Feinstein   rfeinstein@pszyj.com, lcanty@pszjlaw.com
- Evan R. Fleck   efleck@milbank.com, jbrewster@milbank.com;nalmeida@milbank.com;mbrod@milbank.com;pspringer@milbank.com;pmilender@milbank.com;rnussbaum@milbank.com;rdizengoff@milbank.com
- Edward William Floyd   ed.floyd@floydzad.com, luke.zadkovich@floydzad.com
- Steve Mark Fuhrman   sfuhrman@stblaw.com
- Christopher Gartman   gartman@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com
- Steven William Golden   sgolden@pszjlaw.com, lcanty@pszjlaw.com
- Benjamin Shaw Goldman   bgoldman@handfirm.com, aowen@handarendall.com
- Alexander Gormley   agormley@slevinhart.com, ssavitsky@slevinhart.com
- Jesse Grasty   jgrasty@kleinzelman.com
- Robert M Greenbaum   rgreenbaum@skhlaw.com
- Jeffrey S. Greenberg   jsgreenberg@ober.com

- Carrie V Hardman    chardman@winston.com, carrie-hardman-4684@ecf.pacerpro.com
- Nathan P. Horner    nhorner@lawla.com, keschete@lawla.com
- Alan Kellman    akellman@jaquesadmiralty.com
- Thomas S. Kessler    tkessler@cgsh.com, maofiling@cgsh.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael E. Landis    mlandis@monbar.com
- Kevin J. Larner    kevin.larner@aig.com
- Christopher Leins    cleins@slevinhart.com, moconnor@slevinhart.com
- Beth E. Levine    blevine@pszyjw.com, lcanty@pszjlaw.com
- Beth E. Levine    blevine@pszjlaw.com, lcanty@pszjlaw.com
- Ida Danielle Mashburn-Myrick    danielle.mashburn-myrick@phelps.com, angela.allen@phelps.com;brian.wallace@phelps.com
- Ellen McGlynn    ellen.mcglynn@collierwalsh.com
- Richard E Mikels    rmikels@pszjlaw.com
- Louis A. Modugno    lmodugno@mdmc-law.com, kpatterson@mdmc-law.com;gbressler@mdmc-law.com
- Richard Montague    richard.montague@phelps.com, colleen.wheeler@phelps.com
- Serene K. Nakano    serene.nakano@usdoj.gov
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Sean E. O'Donnell    sodonnell@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com;rrichards@herrick.com
- David Pantzer    dpantzer@simmsshowers.com, jssimms@simmsshowers.com;mjmonopolis@simmsshowers.com;dmhnat@simmsshowers.com
- Barbra R. Parlin    barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com
- Evan N Parrott    eparrott@maynardcooper.com, eparrott@maynardcooper.com
- Stewart F. Peck    speck@lawla.com
- Jason A Perez    jperez@spiroharrison.com
- Mary A. Petrovic    petrovic.mary@pbgc.gov, efile@pbgc.gov
- John A Pintarelli    jpintarelli@mofo.com, ECF@mofo.com;john-pintarelli-7915@ecf.pacerpro.com
- Michael H. Piper    mpiper@steffeslaw.com, schassaing@steffeslaw.com;mpiper@ecf.courtdrive.com
- Deborah A. Reperowitz    dreperowitz@stradley.com, nmohan@stradley.com
- John Rizzardi    jrizzardi@cairncross.com, rwang@cairncross.com
- Kristen D Romano    kromano@fpservicing.com
- Sanford Philip Rosen    srosen@rosenpc.com
- Stephen W Rosenblatt    steve.rosenblatt@butlersnow.com, velvet.johnson@butlersnow.com,ecf.notices@butlersnow.com
- Bradford J. Sandler    bsandler@pszjlaw.com
- William Allen Schafer    schafer@carverdarden.com
- Sarah Link Schultz    sschultz@akingump.com, txdocketing@akingump.com;AGSearch-Lit@akingump.com
- Richard M. Seltzer    rseltzer@cwsny.com, ecf@cwsny.com
- Ellen Alice Silver    esilver@seafarers.org
- J. Stephen Simms    jssimms@simmsshowers.com, dmhnat@simmsshowers.com;mjmonopolis@simmsshowers.com;cjlyon@simmsshowers.com
- Michael D. Sirota    msirota@coleschotz.com, fpisano@coleschotz.com
- Martin A Sosland    martin.sosland@butlersnow.com, velvet.johnson@butlersnow.com,ecf.notices@butlersnow.com
- Edgar Stewart Spielman    sspielman@mcglinchey.com, jlovett@mcglinchey.com
- Rick Aaron Steinberg    rsteinberg@pricemeese.com

- Jeffrey S. Swyers    jswyers@slevinhart.com, courtalerts@slevinhart.com
- Elizabeth Tulis    elizabeth.tulis@usdoj.gov
- United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
- Alan Van Praag    avanpraag@evw.com
- Lori V. Vaughan    lvaughan@trenam.com, mmosbach@trenam.com;mwoods@trenam.com
- Kimberly A. Walsh    bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov
- Elizabeth Weller    dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- Luke Zadkovich    luke.zadkovich@floydzad.com

1. **SERVED VIA E-MAIL**

| Administrators for the Estate of Robert N. Cain<br>akellman@jaquesadmiralty.com | Akin Gump Strauss Hauer & Feld, LLP<br>dbotter@akingump.com<br>sschultz@akingump.com<br>aloring@akingump.com | Arnall Golden Gregory, LLP<br>frank.white@agg.com |
|---|---|---|
| Attorney General's Office Bankruptcy & Collections Division<br>bk-kwalsh@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Blackhill Partners, LLC<br>mdenny@bhpllc.com | Buchalter Nemer, A Professional Corporation<br>schristianson@buchalter.com |
| Cleary Gottlieb Steen & Hamilton, LLP<br>lbarefoot@cgsh.com | Cohen, Weiss and Simon LLP<br>madler@cwsny.com | Cohen, Weiss and Simon, LLP<br>rseltzer@cwsny.com |
| Cole Schotz, PC<br>msirota@coleschotz.com | Holland & Knight, LLP<br>barbra.parlin@hklaw.com<br>noel.boeke@hklaw.com | Hughes Hubbard & Reed, LLP<br>chris.gartman@hugheshubbard.com<br>katie.coleman@hugheshubbard.com |
| ING Wholesale Banking<br>andrew.hedges@uk.ing.com<br>ABF.Infra.Portfolio.Management@uk.ing.com | Internal Revenue Service<br>Mimi.M.Wong@irscounsel.treas.gov | Internal Revenue Service<br>Mimi.M.Wong@irscounsel.treas.gov |
| King, Krebs & Jurgens, PLLC<br>pkrebs@kingkrebs.com<br>jburmaster@kingjurgens.com | Linebarger Goggan Blair & Sampson LLP<br>dallas.bankruptcy@publicans.com | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>nhorner@lawla.com<br>ccaplinger@lawla.com |
| Marine Engineers Beneficial Association<br>rseltzer@cwsny.com | Masters Mates & Pilots Benefit Plans<br>Pmccullough@mmpplans.com | McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>gbressler@mdmc-law.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>lmodugno@mdmc-law.com | McGlinchey Stafford, PLLC<br>sspielman@mcglinchey.com<br>kromano@mcglinchey.com | McGlinchey Stafford, PLLC<br>sspielman@mcglinchey.com |
| Milbank, Tweed, Hadley & McCloy, LLP<br>efleck@milbank.com<br>nalmeida@milbank.com | Moore & Van Allen, PLLC<br>davidwalls@mvalaw.com | Neils W. Johnsen Estate<br>cschwabacher@windelsmarx.com |

| | | lbarr@windelsmarx.com |
|---|---|---|
| Office of The United States Trustee for Region 2<br>Serene.Nakano@usdoj.gov<br>Greg.Zipes@usdoj.gov | Price Meese Shulman & D'Arminio, PC<br>rsteinberg@pricemeese.com | Seafarers International Union<br>Mbowen@seafarers.org<br>esilver@seafarers.org |
| Securities & Exchange Commission<br>secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Securities & Exchange Commission – NY Office<br>bankruptcynoticeschr@sec.gov | Seward & Kissel, LLP<br>ashmead@sewkis.com<br>gayda@sewkis.com |
| Simpson Thacher & Bartlett, LLP<br>sfuhrman@stblaw.com | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA<br>lvaughan@trenam.com | U.S. Ocean, LLC<br>will.terrill@intermarine.com |
| US Attorney for Southern District of New York<br>David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Vedder Price, PC<br>dlipke@vedderprice.com<br>wthorsness@vedderprice.com | |

3. **SERVED VIA FIRST CLASS U.S. MAIL**

| | | |
|---|---|---|
| Alan Kellman<br>The Jaques Admiralty Law Firm<br>30800 Telegraph Rd., Suite 1850<br>Bingham Farms, MI 48025 | Charles C. Bourque, Jr.<br>St. Martin & Bourque<br>P.O. Box 4314<br>Houma, LA 70361-4314 | Charles Taylor P&I Management (Americas), Inc , on behalf of the managers of The Standard Club UK Ltd<br>LeRoy Lambert, General Counsel<br>180 Maiden Lane, Suite 6A<br>New York, NY 10038 |
| Dario A. Chinigo<br>Hofmann & Schweitzer<br>360 W. 31st Street, 1506<br>New York, NY 10001 | David P. Wilson<br>Provost Umphrey Law Firm LLP<br>490 Park Street<br>Beaumont, TX 77704 | Gard (North America) Inc.<br>Mr. John C. Scalia<br>40 Fulton Street<br>New York NY 10038 |
| International Shipholding Corporation<br>Attn:  Bill Long<br>2200 Eller Drive<br>P.O. Box 13038<br>Fort Lauderdale, FL 33316 | Maritime Asbestos Legal Clinic, a division of The Jaques Admiralty Law Firm, P.C.<br>Attn:  Alan Kellman<br>1370 Penobscot Building<br>645 Griswold Street, Suite 1370<br>Detroit, MI 48226 | Paul M. Matheny<br>Law Offices of Peter G. Angelos, P.C.<br>100 N. Charles Street, 22nd Floor<br>Baltimore, MD 21201 |
| Resolute Management, Inc.<br>Mr. Edward Craft<br>for The Continental Insurance Company and<br>Marine Office of America Corporation<br>79 West Monroe - 7th FL<br>Chicago, IL 60604 | Shipowners Claims Bureau, Inc., Ms. Margaret Lee<br>Manager for American Steamship Owners<br>Mutual Protection & Indemnity Association, Inc.<br>One Battery Park Plaza, 31st Flr<br>New York, NY  10004 | State of New York Attorney General<br>Attn:  Bankruptcy Dept<br>The Capitol<br>Albany  NY 12224-0341 |
| Stockton Lake Associates, LLC,<br>Mr. P. Russell Manheimer<br>Manager for the Protection and Indemnity<br>Underwriting Syndicate, New York<br>219 Stockton Lake Boulevard<br>Manasquan, NJ 08736 | A. Bilbrough & Co Ltd.<br>Mr. Ian Carter<br>Managers for The London P&I Club<br>50 Leman Street<br>LONDON, E1 8HQ, UK | The West of England Ship Owners Insurance Services, Ltd.<br>Ms. Helen Chittenden<br>Tower Bridge Court<br>226 Tower Bridge Road<br>LONDON, SE1 2UP, UK |

| Thomas Miller P&I Ltd., Ms. Yvonne Vail Manager for the UK P&I Club 90 Fenchurch Street LONDON, EC3M 4ST, UK | Tindall Riley (Britannia) Limited Ms. Ilka Beck Managers for The Britannia Steam Ship Insurance Association Limited Regis House 45 King William Street, LONDON EC4R 9AN, UK | |

4. **SERVED BY OVERNIGHT MAIL (FED EX)**

| United States Bankruptcy Court Southern District of New York Attn: Honorable Stuart M. Bernstein One Bowling Green, Courtroom 723 New York NY 10004-1408 | Office of The United States Trustee for Region 2 Attn: Serene Nakano 201 Varick St. Room 1006 New York, NY 10014 | |