Robert J. Feinstein
Bradford J. Sandler
Beth E. Levine
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
blevine@pszjlaw.com

*Counsel for the GUC Trustee of
the GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                                    :     Chapter 11
                                                             :
**INTERNATIONAL SHIPHOLDING**                                :     Case No. 16-12220 (DSJ)
**CORPORATION.,** *et al.,*[1]                               :
                                                             :     Jointly Administered
                                                             :
           **Reorganized Debtors.**                          :
-------------------------------------------------------------x

# NOTICE OF CONTINUANCE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that, the case status conference (the "Hearing") scheduled for September 15, 2022 at 10:00 a.m. (ET), has been adjourned to **December 1, 2022 at 10:00 a.m. (ET).  ).** The Hearing will be held before the Honorable David S. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court of the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 via Zoom

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); and Marco Shipping Company PTE LTD (4570).  The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

videoconference.  Parties must register their appearance utilizing the Electronic Appearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Appearances must be entered no later than 4:00 p.m. prior to the Hearing date.  Parties that wish listen-only access shall indicate such when registering their appearance through the Electronic Appearance Portal located on the Court's website.

Dated:  September 13, 2022
        New York, New York      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Beth E. Levine*

Robert J. Feinstein
Bradford J. Sandler
Beth E. Levine
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:    rfeinstein@pszjlaw.com
         bsandler@pszjlaw.com
         blevine@pszjlaw.com

*Counsel for the GUC Trustee of the GUC Trust*