Robert J. Feinstein
Bradford J. Sandler
Steven W. Golden
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
sgolden@pszjlaw.com

*Counsel for the GUC Trustee of*
*the GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                          :    **Chapter 11**
:
**INTERNATIONAL SHIPHOLDING**                       :    **Case No. 16-12220 (DSJ)**
**CORPORATION.,** *et al.*,[1]                            :
:    **Jointly Administered**
:
**Reorganized Debtors.**                                :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

DOCS_SF:96893.9 42331/003

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104.

On February 13, 2023, I caused to be served the *Notice of Presentment of Joint Motion for Entry of an Order Further Extending the Period to File Objections to Claims* [Docket No. 1250] in the manner indicated upon the parties set forth on **Exhibit A** hereto.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 13, 2023 at Penngrove, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

# EXHIBIT A

**In re International Shipholding Corporation**
**Case No. 16-12220 (SMB)**

**ECF Notice List:**

- Brian R. Anderson banderson@nexsenpruet.com, pwilliams@nexsenpruet.com;gsurratt@nexsenpruet.com
- Rick Bruce Antonoff rantonoff@blankrome.com, edocketing@blankrome.com
- John R. Ashmead ashmead@sewkis.com, managingclerkoffice@sewkis.com
- Luke A Barefoot lbarefoot@cgsh.com, maofiling@cgsh.com
- Leslie S. Barr lbarr@windelsmarx.com, jsamuels@windelsmarx.com;mcorwin@windelsmarx.com;bkreutter@windelsmarx.com
- William J. Barrett william.barrett@bfkn.com, mark.mackowiak@bfkn.com
- Florence Bonaccorso-Saenz FBS-ECFNotices@la.gov
- David H. Botter dbotter@akingump.com, dkrasa-berstell@akingump.com;bkemp@akingump.com;rfizette@akingump.com;sschultz@AkinGump.com;afreeman@akingump.com;aloring@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com
- Maria A. Bove mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
- Joseph P. Briggett jbriggett@lawla.com
- Maurice Ladale Brimmage mbrimmage@akingump.com, lmonreal@akingump.com;txdocketing@akingump.com;AGSearch-Lit@akingump.com
- Jeffrey M Burmaster jburmaster@kingkrebs.com, shendrix@kingkrebs.com
- Donald F. Campbell dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
- Philip A. Cantwell pcantwell@cgsh.com
- Christopher Todd Caplinger ccaplinger@lawla.com, mlopez@lawla.com
- Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com
- Thomas N. Ciantra tciantra@cwsny.com, ecf@cwsny.com
- Kathryn A. Coleman Katie.Coleman@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com
- Kelly Rose Cusick cusick.kelly@pbgc.gov, efile@pbgc.gov
- Michael C. D'Aries Mdaries@flwlaw.com
- John E Drury jedrury@gmail.com, jedrury@aol.com
- Michael James Edelman mjedelman@vedderprice.com, ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-jedelman-7401@ecf.pacerpro.com
- Robert J. Feinstein rfeinstein@pszyj.com, lcanty@pszjlaw.com
- Evan R. Fleck efleck@milbank.com, AutoDocketECF@milbank.com,evan-fleck-5241@ecf.pacerpro.com,jackie-brewster-1417@ecf.pacerpro.com;nalmeida@milbank.com;astone@milbank.com;yzahoroda@Milbank.com;bzucco@Milbank.com;elinden@Milbank.com
- Steve Mark Fuhrman sfuhrman@stblaw.com
- Christopher Gartman gartman@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com

- Steven William Golden    sgolden@pszjlaw.com, lcanty@pszjlaw.com
- Benjamin Shaw Goldman    bgoldman@handfirm.com, aowen@handarendall.com
- Alexander M Gormley    agormley@williamsmullen.com, ssavitsky@slevinhart.com
- Jesse Grasty    jgrasty@kleinzelman.com
- Robert M Greenbaum    rgreenbaum@karalislaw.com, jhysley@karalislaw.com
- Jeffrey S. Greenberg    jgreenberg@rosenbergmartin.com, smdenson@rosenbergmartin.com
- Carrie V Hardman    chardman@winston.com, carrie-hardman-4684@ecf.pacerpro.com
- Nathan P. Horner    nhorner@lawla.com, keschete@lawla.com
- Alan Kellman    akellman@jaquesadmiralty.com
- Thomas S. Kessler    tkessler@cgsh.com, maofiling@cgsh.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael E. Landis    mlandis@monbar.com
- Kevin J. Larner    kevin.larner@aig.com
- Christopher Leins    cleins@slevinhart.com, mwallace@slevinhart.com
- Beth E. Levine    blevine@pszyjw.com, lcanty@pszjlaw.com
- Beth E. Levine    blevine@pszjlaw.com, lcanty@pszjlaw.com
- Amy S Malish    amalish@pugh-law.com
- Ida Danielle Mashburn-Myrick    danielle.mashburn-myrick@phelps.com, angela.allen@phelps.com;brian.wallace@phelps.com
- Ellen McGlynn    ellen.mcglynn@collierwalsh.com
- Richard E Mikels    rmikels@pszjlaw.com
- Katlyne Miller    millerk@akingump.com
- Louis A. Modugno    lmodugno@mdmc-law.com, kpatterson@mdmc-law.com;gbressler@mdmc-law.com
- Richard Montague    richard.montague@phelps.com
- Serene K. Nakano    serene.nakano@usdoj.gov
- David Neier    dneier@winston.com
- Sean E. O'Donnell    sodonnell@herrick.com, courtnotices@herrick.com;lschepp@herrick.com;lporetsky@herrick.com
- David Pantzer    dpantzer@simmsshowers.com, jssimms@simmsshowers.com;mjmonopolis@simmsshowers.com;dmhnat@simmsshowers.com
- Barbra R. Parlin    barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com
- Evan Nicholas Parrott    eparrott@maynardcooper.com, arichenback@maynardcooper.com
- Stewart F. Peck    speck@lawla.com
- Maura Z Pelleteri    mpelleteri@pugh-law.com
- Mary A. Petrovic    efile@pbgc.gov, efile@pbgc.gov
- John A Pintarelli    john.pintarelli@pillsburylaw.com, nydocket@Pillsburylaw.com
- Michael H. Piper    mpiper@steffeslaw.com, schassaing@steffeslaw.com;mpiper@ecf.courtdrive.com
- Deborah A. Reperowitz    dreperowitz@stradley.com
- John Rizzardi    jrizzardi@cairncross.com, rwang@cairncross.com;cyoung@cairncross.com
- Kristen D Romano    kromano@fpservicing.com
- Sanford Philip Rosen    srosen@rosenpc.com, RosenSR81087@notify.bestcase.com
- Stephen W Rosenblatt    steve.rosenblatt@butlersnow.com, velvet.johnson@butlersnow.com,ecf.notices@butlersnow.com
- Bradford J. Sandler    bsandler@pszjlaw.com

- William Allen Schafer schafer@carverdarden.com
- Sarah Link Schultz sschultz@akingump.com, txdocketing@akingump.com;AGSearch-Lit@akingump.com
- Richard M. Seltzer rseltzer@cwsny.com, ecf@cwsny.com
- Ellen Alice Silver esilver@seafarers.org
- J. Stephen Simms jssimms@simmsshowers.com, dmhnat@simmsshowers.com;mjmonopolis@simmsshowers.com;cjlyon@simmsshowers.com
- Michael D. Sirota msirota@coleschotz.com, fpisano@coleschotz.com
- Martin A Sosland martin.sosland@butlersnow.com, velvet.johnson@butlersnow.com,ecf.notices@butlersnow.com
- Edgar Stewart Spielman sspielman@mcglinchey.com, jlovett@mcglinchey.com
- Rick Aaron Steinberg rsteinberg@pricemeese.com
- Jeffrey S. Swyers jswyers@slevinhart.com, courtalerts@slevinhart.com
- Elizabeth Tulis elizabeth.tulis@usdoj.gov
- United States Trustee USTPRegion02.NYECF@USDOJ.GOV
- Alan Van Praag avanpraag@evw.com
- Lori V. Vaughan lvaughan@trenam.com, mmosbach@trenam.com;mwoods@trenam.com
- Kimberly A. Walsh bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov
- Elizabeth Weller Dora.Casiano-Perez@lgbs.com, Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com
- Luke Zadkovich luke.zadkovich@floydzad.com

1. **SERVED VIA E-MAIL**

| Administrators for the Estate of Robert N. Cain akellman@jaquesadmiralty.com | Akin Gump Strauss Hauer & Feld, LLP dbotter@akingump.com sschultz@akingump.com dstaber@akingump.com | Arnall Golden Gregory, LLP frank.white@agg.com |
|---|---|---|
| Attorney General's Office Bankruptcy & Collections Division bk-kwalsh@oag.texas.gov sherri.simpson@oag.texas.gov | Blackhill Partners, LLC mdenny@bhpllc.com | Buchalter Nemer, A Professional Corporation schristianson@buchalter.com |
| Cleary Gottlieb Steen & Hamilton, LLP lbarefoot@cgsh.com | Cohen, Weiss and Simon LLP madler@cwsny.com | Cohen, Weiss and Simon, LLP rseltzer@cwsny.com |
| Cole Schotz, PC msirota@coleschotz.com | Holland & Knight, LLP barbra.parlin@hklaw.com noel.boeke@hklaw.com | Hughes Hubbard & Reed, LLP chris.gartman@hugheshubbard.com katie.coleman@hugheshubbard.com |

| ING Wholesale Banking<br>andrew.hedges@uk.ing.com<br>ABF.Infra.Portfolio.Management@uk.ing.com | Internal Revenue Service<br>Mimi.M.Wong@irscounsel.treas.gov | Internal Revenue Service<br>Mimi.M.Wong@irscounsel.treas.gov |
|---|---|---|
| King, Krebs & Jurgens, PLLC<br>pkrebs@kingkrebs.com<br>jburmaster@kingjurgens.com | Linebarger Goggan Blair & Sampson LLP<br>dallas.bankruptcy@publicans.com | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>nhorner@lawla.com<br>ccaplinger@lawla.com |
| Marine Engineers Beneficial Association<br>rseltzer@cwsny.com | Masters Mates & Pilots Benefit Plans<br>Pmccullough@mmpplans.com | McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>gbressler@mdmc-law.com |
| McGlinchey Stafford, PLLC<br>kromano@mcglinchey.com | Milbank, Tweed, Hadley & McCloy, LLP<br>efleck@milbank.com<br>nalmeida@milbank.com | Moore & Van Allen, PLLC<br>davidwalls@mvalaw.com |
| Neils W. Johnsen Estate<br>cschwabacher@windelsmarx.com<br>lbarr@windelsmarx.com | Office of The United States Trustee for Region 2<br>Serene.Nakano@usdoj.gov<br>Greg.Zipes@usdoj.gov | Price Meese Shulman & D'Arminio, PC<br>rsteinberg@pricemeese.com |
| Seafarers International Union<br>Mbowen@seafarers.org<br>esilver@seafarers.org | Securities & Exchange Commission<br>secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Securities & Exchange Commission – NY Office<br>bankruptcynoticeschr@sec.gov |
| Seward & Kissel, LLP<br>ashmead@sewkis.com<br>gayda@sewkis.com | Simpson Thacher & Bartlett, LLP<br>sfuhrman@stblaw.com | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA<br>lvaughan@trenam.com |
| US Attorney for Southern District of New York<br>Jeffrey.Oestericher@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Vedder Price, PC<br>dlipke@vedderprice.com<br>wthorsness@vedderprice.com | |

2. **SERVED BY OVERNIGHT MAIL (FED EX)**

| United States Bankruptcy Court<br>Southern District of New York<br>Attn:  Honorable Stuart M. Bernstein<br>One Bowling Green, Courtroom 723<br>New York NY 10004-1408 | Office of The United States Trustee for Region 2<br>Attn:  Serene Nakano<br>201 Varick St.<br>Room 1006<br>New York, NY 10014 | |
|---|---|---|

**3.  SERVED BY UNITED STATES MAIL**

| International Shipholding Corporation<br>Attn: General Counsel<br>Pan American Building<br>601 Poydras Street, Suite 1850<br>New Orleans LA 70130 | Maritime Asbestos Legal Clinic, a division of The Jaques Admiralty Law Firm, P.C.<br>Attn: Alan Kellman<br>1370 Penobscot Building<br>645 Griswold Street<br>Suite 1370<br>Detroit, MI 48226 | State of New York Attorney General<br>Attn: Bankruptcy Dept<br>The Capitol<br>Albany NY 12224-0341 |