**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                        :
In re                                                   :     Chapter 11
                                                        :
**INTERNATIONAL SHIPHOLDING**        :     Case No. 16-12220 (SMB)
**CORPORATION** *et al.*,[1]                    :
                                                        :     Jointly Administered
            Reorganized Debtors.            :
---------------------------------------------------------------x

### WITHDRAWAL OF TAREK M. ELKADY PROOF OF CLAIM NO. 140

Tarek M. Elkady, by and through the undersigned counsel, respectfully withdraws, with prejudice, his Proof of Claim filed in the above referenced case on October 14, 2016 and reflected on the claims register as Claim No. 140.

Dated: May 5, 2023        TABAK MELLUSI & SHISHA LLP

*/s/ Jacob Shisha*
Jacob Shisha, Esq.
29 Broadway
New York, NY 10006
Tel: (212) 962-1590
Email: jshisha@sealawyers.com

Counsel for Tarek M. Elkady

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); and Marco Shipping Company PTE LTD (4570). The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

| | |
|---|---|
| Submitted by: | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Beth Levine* |
| | Robert J. Feinstein |
| | Bradford J. Sandler |
| | Beth Levine |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email: rfeinstein@pszjlaw.com |
| | bsandler@pszjlaw.com |
| | blevine@pszjlaw.com |
| | |
| | *Counsel for the GUC Trustee of the GUC Trust* |