Presentment Date: August 17, 2023 at 12:00 p.m. (Eastern time)
Objection Deadline: August 17, 2023 at 11:00 a.m. (Eastern time)

| | |
|---|---|
| Robert J. Feinstein | Brad M. Kahn |
| Bradford J. Sandler | Sarah Link Schultz (admitted *pro hac vice*) |
| Beth E. Levine | David F. Staber (admitted *pro hac vice*) |
| PACHULSKI STANG ZIEHL & JONES LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 780 Third Avenue, 34th Floor | One Bryant Park |
| New York, NY 10017 | New York, NY 10036 |
| Telephone: (212) 561-7700 | Telephone: (212) 872-1000 |
| Facsimile: (212) 561-7777 | Facsimile: (212) 872-1002 |
| rfeinstein@pszjlaw.com | |
| bsandler@pszjlaw.com | 2300 N. Field Street, Suite 1800 |
| blevine@pszjlaw.com | Dallas, Texas 75201 |
| | Telephone: (214) 969-2800 |
| *Counsel for the GUC Trustee of* | Facsimile: (214) 969-4343 |
| *the GUC Trust* | |
| | *Counsel to Reorganized Debtors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re : Chapter 11
:
**INTERNATIONAL SHIPHOLDING** : Case No. 16-12220 (DSJ)
**CORPORATION., *et al.*,**[1] :
: Jointly Administered
:
**Reorganized Debtors.** :
---------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF JOINT MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE PERIOD TO FILE OBJECTIONS TO CLAIMS

**PLEASE TAKE NOTICE** that Robert N. Michaelson (the "GUC Trustee"), in his capacity as trustee of the International Shipholding GUC Trust (the "GUC Trust"), together with the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), will present the *Order Further Extending the Period to File Objections to Claims* (the "Proposed Order"),

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Central Gulf Lines, Inc. (8979); Sulphur Carriers, Inc. (16-12233) and Waterman Steamship Corporation (0640); The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

DOCS_LA:333372.7 42331/003

substantially in the form attached as Exhibit 1 to the *Joint Motion for Entry of an Order Extending the Period to File Objections to Claims* (the "Motion") attached hereto, to the Honorable David S. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court of the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **August 15, 2023 at 12:00 pm (prevailing Eastern Time)**.[2]

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion or the Proposed Order must be made in writing; shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court (the "Local Rules"); shall be filed with the Bankruptcy Court with a hard copy delivered to Chambers, and served so as to be actually received by (i) the Reorganized Debtors, 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316, Attn: Bill Long; (ii) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: Brad M. Kahn, Esq., Email: dbotter@akingump.com, and 2300 N. Field Street, Suite 1800, Dallas, Texas 75201, Sarah Link Schultz, Esq., Email: sschultz@akingump.com, counsel for the Reorganized Debtors; (iii) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017, Attn: Robert J. Feinstein, Esq., Email: rfeinstein@pszjlaw.com, and Bradford J. Sandler, Esq., Email: bsandler@pszjlaw.com, counsel to the GUC Trustee; (iv) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick St., Room 1006, New York, New York 10014, Attn: Serene Nakano, Esq., Email: serene.nakano@usdoj.gov; (v) Milbank Tweed Hadley & McCoy LLP, 28 Liberty Street, New York, NY 10005-1413, Attn: Evan Fleck, Esq. and Nelly Almeida, Esq., counsel to SEACOR Capital Corp.; (vi) all parties that have filed a request to receive service of court filings pursuant

---

[2] Capitalized termed used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

to Bankruptcy Rule 2002; and (vii) all other parties on the master service list prepared and maintained pursuant to the *Order Establishing Certain Notice, Case Management, and Administrative Procedures* [Docket No. 178], no later than **August** 15**, 2023 at 11:00 a.m. (Eastern time)**.

Dated: August 9, 2023
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Beth E. Levine*
Robert J. Feinstein
Bradford J. Sandler
Beth E. Levine
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:    rfeinstein@pszjlaw.com
          bsandler@pszjlaw.com
          blevine@pszjlaw.com

*Counsel for the GUC Trustee of the GUC Trust*

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Sarah Link Schultz*
Brad M. Kahn
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Sarah Link Schultz (admitted *pro hac vice*)
David F. Staber (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel to Reorganized Debtors*