**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| INTERNATIONAL SHIPHOLDING | ) |
| CORPORATION, *et al.*,[1] | ) Case No. 16-12220 (SMB) |
| | ) |
| | ) Jointly Administered |
| Reorganized Debtors. | ) |
| | ) |

----

### AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtors in the above-captioned chapter 11 cases.

On March 6, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Master Service List attached hereto as **Exhibit A**; (2) via first class mail and email on the Notice Parties Service List attached hereto as **Exhibit B**:

- Motion of the GUC Trustee for Entry of an Order Authorizing and Approving the Settlement Between and Among the GUC Trustee, the Reorganized Debtors, the Participating Insurers and the Asbestos Claimants [Docket No. 1286]

[*Remainder of page intentionally left blank*]

----

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); and LCI Shipholdings, Inc. (8094). The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

Dated: March 13, 2024

                                                             */s/ Amy Castillo*
                                                              Amy Castillo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 13, 2024, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors | Administrators for the Estate of Robert N. Cain | Attn: Willard E. Bartel and David C. Peebles<br>1422 Euclid Ave., Suite 800<br>Cleveland OH 44115 | akellman@jaquesadmiralty.com | Email |
| Counsel to Debtors | Akin Gump Strauss Hauer & Feld, LLP | Attn: David H. Botter, Esq.<br>One Bryant Park<br>44th Floor<br>New York NY 10036 | dbotter@akingump.com | Email |
| Counsel to Debtors | Akin Gump Strauss Hauer & Feld, LLP | Attn: Sarah Link Schultz, Esq., Sarah J. Crow, Esq., Anthony Loring, Esq. & Robert Shannon, Esq.<br>2300 N. Field Street<br>Suite 1800<br>Dallas TX 75201 | sschultz@akingump.com<br>sjcrow@akingump.com<br>rclarke@akingump.com<br>aloring@akingump.com<br>rshannon@akingump.com | Email |
| Counsel to Sysco West Coast Florida, Inc. | Arnall Golden Gregory, LLP | Attn: Darryl S. Laddin, Esq. & Frank N. White, Esq.<br>171 17th Street, NW<br>Suite 2100<br>Atlanta GA 30363-1031 | frank.white@agg.com | Email |
| Counsel to Texas Comptroller of Public Accounts | Attorney General's Office Bankruptcy & Collections Division | Attn: Kimberly A. Walsh, Esq.<br>c/o Sherri K. Simpson<br>P.O. Box 12548<br>Austin TX 78711-2548 | bk-kwalsh@oag.texas.gov<br>sherri.simpson@oag.texas.gov | Email |
| Financial Advisor | Blackhill Partners, LLC | Attn: Matt Denny<br>2651 North Harwood Street<br>Ste. 120<br>Dallas TX 75201 | mdenny@bhpllc.com | Email |
| Counsle to Oracle America, Inc. | Buchalter Nemer, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105 | schristianson@buchalter.com | Email |
| Counsel to OSG Ship Management, Inc. and its affiliates (collectively, "OSGSM") | Cleary Gottlieb Steen & Hamilton, LLP | Attn: Luke A. Barefoot, Esq. & Thomas S. Kessler<br>One Liberty Plaza<br>New York NY 10006 | lbarefoot@cgsh.com<br>pcantwell@cgsh.com<br>tkessler@cgsh.com | Email |
| Counel to Trustees of the Local 282 Welfare Trust Fund, Local 282 Pension Trust Fund, Local 282 Annuity Trust Fund, Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund | Cohen, Weiss and Simon LLP | Attn: Michael S. Adler<br>900 Third Avenue<br>21st Floor<br>New York NY 10022-4869 | madler@cwsny.com | Email |
| Counsel to International Organization of Masters, Mates and Pilots and Marine Engineers Beneficial Association (the "Unions") / Official Committee of Unsecured Creditors | Cohen, Weiss and Simon, LLP | Attn: Richard M. Seltzer, Esq.<br>330 West 42nd Street<br>New York NY 10036 | rseltzer@cwsny.com | Email |
| Counsel to One Whitehall, LP | Cole Schotz, PC | Attn: Michael D. Sirota, Esq.<br>1325 Avenue of the Americas<br>19th Floor<br>New York NY 10019-6079 | msirota@coleschotz.com | Email |
| Counsel to Portserv International Ltd. | Eaton & Van Winkle, LLP | Attn: Alan Van Praag, Esq.<br>3 Park Ave<br>16th Floor<br>New York NY 10016 | | First Class Mail |
| Counsel to Tampa Electric Company | Holland & Knight, LLP | Attn: Barbra R. Parlin, Esq.<br>31 West 52nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com<br>rod.anderson@hklaw.com<br>noel.boeke@hklaw.com | Email |
| Counsel to Matson Logistics, Inc. | Hughes Hubbard & Reed, LLP | Attn: Christopher Gartman, Esq. & Kathryn A. Coleman, Esq.<br>One Battery Park Plaza<br>New York NY 10004-1482 | chris.gartman@hugheshubbard.com<br>katie.coleman@hugheshubbard.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ING | ING Wholesale Banking | Attn: Andrew Hedges<br>ING Bank N.V., London Branch<br>8-10 Moorgate<br>London EC2R 6DA United Kingdom | andrew.hedges@uk.ing.com<br>ABF.Infra.Portfolio.Management@uk.ing.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Counsel to Louisiana Department of Economic Development (LDED) | King, Krebs & Jurgens, PLLC | Attn: Jeffrey M. Burmaster, Esq.<br>201 St. Charles Ave.<br>45th Floor<br>New Orleans LA 70170 | jburmaster@kingkrebs.com | Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson LLP | Attn: Elizabeth Weller<br>2777 North Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to BMO Harris Equipment Finance Company | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Attn: Nathan P. Horner, Esq. & Christopher T. Caplinger, Esq.<br>601 Poydras St.<br>Suite 2775<br>New Orleans LA 70130 | nhorner@lawla.com<br>ccaplinger@lawla.com | Email |
| Official Committee of Unsecured Creditors | Marine Engineers Beneficial Association | Attn: Richard M. Seltzer, Esq.<br>444 N. Capitol Street, NW #800<br>Washington DC 20001 | rseltzer@cwsny.com | Email |
| Counsel to Willard E. Bartel and David C. Peebles, Administrators for the Estates of Glen C. Stanford, Clarence Douglas and other merchant mariners | Maritime Asbestos Legal Clinic, a division of The Jaques Admiralty Law Firm, PC | Attn: Alan Kellman<br>1570 Penobscot Building<br>Detroit MI 48226 | | First Class Mail |
| Top 30 Creditor / Official Committee of Unsecured Creditors | Masters Mates & Pilots Benefit Plans | Attn: Patrick McCullough<br>700 Maritime Blvd.<br>Suite A<br>Linthicum Heights MD 21090-1996 | Pmccullough@mmpplans.com | Email |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esq.<br>300 Delaware Ave.<br>Suite 770<br>Wilmington DE 19801 | gbressler@mdmc-law.com | Email |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Louis A Modugno, Esq.<br>1300 Mount Kemble Ave.<br>Morristown NJ 07960 | lmodugno@mdmc-law.com | Email |
| Counsel to Capital One Facility | McGlinchey Stafford, PLLC | Attn: E. Stewart Spielman<br>301 Main Street<br>Suite 1400<br>Baton Rouge LA 70801 | sspielman@mcglinchey.com | Email |
| Counsel to Capital One, National Association | McGlinchey Stafford, PLLC | Attn: E. Stewart Spielman & Kristen D. Romano<br>112 West 34th Street<br>Suite 1515<br>New York NY 10120 | sspielman@mcglinchey.com<br>kromano@mcglinchey.com | Email |
| Counsel to SEACOR Capital Corp. | Milbank, Tweed, Hadley & McCloy, LLP | Attn: Evan R. Fleck & Nelly C. Almeida<br>28 Liberty Street<br>New York NY 10005 | efleck@milbank.com<br>nalmeida@milbank.com | Email |
| Counsel to Regions Facility | Moore & Van Allen, PLLC | Attn: David Walls<br>100 North Tryon Street<br>Suite 4700<br>Charlotte NC 28202-4003 | davidwalls@mvalaw.com | Email |

In re International Shipholding Corp., et al.
Case No. 16-12220 (SMB)

Page 2 of 4

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Creditor Counsel to Christopher C. Schwabacher and Niels M. Johnsen as the Executors of the Estate of Niels W. Johnsen (the "Johnsen Estate") | Neils W. Johnsen Estate | Attn: Leslie S. Barr, Esq. Windels Marx Lane & Mittendorf, LLP 156 West 56th Street, 22nd Floor New York NY 10019 | cschwabacher@windelsmarx.com lbarr@windelsmarx.com | Email |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Serene Nakano Alexander Hamilton Custom House One Bowling Green Room 534 New York NY 10004-1408 | Serene.Nakano@usdoj.gov Greg.Zipes@usdoj.gov | First Class Mail and Email |
| Counsel to the Official Committee of the Unsecured Creditors | Pachulski Stang Ziehl & Jones, LLP | Attn: Robert J. Feinstein, Bradford J. Sandler, Steven W. Golden 780 Third Avenue 34th Floor New York NY 10017-2024 | rfeinstein@pszjlaw.com bsandler@pszjlaw.com sgolden@pszjlaw.com blevine@pszjlaw.com pjeffries@pszjlaw.com | Email |
| Counsel to Patriot Shipping, LLC and US Ocean, LLC, | Phelps Dunbar LLP | Attn: Danielle Mashburn-Myrick PO Box 2727 Mobile AL 36652-2727 | danielle.mashburn-myrick@phelps.com | Email |
| Counsel to NYK Line (North America), Inc. | Price Meese Shulman & D'Arminio, PC | Attn: Rick A Steinberg 50 Tice Boulevard Suite 380 Woodcliff Lake NJ 07677 | rsteinberg@pricemeese.com | Email |
| Counsel to Meridian Global Consulting, LLC | Rosen & Associates, PC | Attn: Alice P. Ko, Esq. 747 Third Avenue New York NY 10017-2803 | | First Class Mail |
| Top 30 Creditor / Official Committee of Unsecured Creditors | Seafarers International Union | Attn: Maggie Bowen & Ellen Silver 5201 Auth Way Camp Springs MD 20746 | Mbowen@seafarers.org esilver@seafarers.org | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury 100 F St., NE Washington DC 20549 | secbankruptcy@sec.gov NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept. Brookfield Place 200 Vesey St., Ste. 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to DVB Facility and DVB Bank | Seward & Kissel, LLP | Attn: John R. Ashmead, Esq. & Robert J. Gayda, Esq. One Battery Park Plaza New York NY 10004 | ashmead@sewkis.com gayda@sewkis.com | Email |
| Counsel to Regions Facility | Simpson Thacher & Bartlett, LLP | Attn: Steve M. Fuhrman 425 Lexington Avenue New York NY 10017 | sfuhrman@stblaw.com | Email |
| New York State Attorney General | State of New York Attorney General | Attn: Bankruptcy Dept. The Capitol Albany NY 12224-0341 | | First Class Mail |
| Counsel to Timothy Hallett | Tabak Mellusi & Shisha LLP | Attn: Jacob Shisha 29 Broadway New York NY 10006 | | First Class Mail |
| Counsel to CCP Harbour Island, LLC | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, PA | Attn: Lori V. Vaughan, Esq. 101 E. Kennedy Blvd. Suite 2700 Tampa FL 33602 | lvaughan@trenam.com | Email |
| U.S. Ocean LLC (Official Committee of Unsecured Creditors) | U.S. Ocean, LLC | Att: Will Terrill 55 Waugh Drive Suite 300 Houston TX 77007 | will.terrill@intermarine.com | Email |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Attn: Honorable Stuart M. Bernstein One Bowling Green Courtroom 723 New York NY 10004-1408 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Fl.<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | Email |
| Counsel to Citizens | Vedder Price, PC | Attn: Douglas J. Lipke<br>222 North LaSalle Street<br>Chicago IL 60601 | dlipke@vedderprice.com<br>wthorsness@vedderprice.com | Email |

**Exhibit B**

Exhibit B
Notice Parties Service List
Served via first class mail and email

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode | Emails |
|---|---|---|---|---|---|---|---|---|---|
| 28575599 | ADVISORY TRUST GROUP, LLC | ATTN: ROBERT N. MICHAELSON | 10645 N. ORACLE ROAD | SUITE 121-371 | | ORO VALLEY | AZ | 85737 | BOB.MICHAELSON@ADVISORYTGLLC.COM |
| 28575597 | BROWN GAVALAS & FROMM LLP | ATTN: MICHAEL P. NAUGHTON, ESQ. | 60 EAST 42ND STREET | SUITE 4600 | | NEW YORK | NY | 10165 | MPN@BROWNGAVALAS.COM |
| 28575593 | CLAIRY, DONALD | C/O BRAYTON PURCELL, LLP | ATTN: CURT F. HENNECKE | 222 RUSH LANDING ROAD | P.O. BOX 6169 | NOVATO | CA | 94948-6169 | CHENNECKE@BRAYTONLAW.COM |
| 28575591 | DUMAS, MARK W | 112 FOUNDERS DRIVE | | | | BATON ROUGE | LA | 70810 | JERRY@DODSONHOOKS.COM |
| 28575588 | DUMAS, MARK W | C/O STEFFES, VINGIELLO & MCKENZIE, LLC | ATTN: MICHAEL H. PIPER | 3702 COURSEY BLVD. | BLDG. 3 | BATON ROUGE | LA | 70817 | MPIPER@STEFFESLAW.COM |
| 28575598 | FREEHILL HOGAN & MAHAR LLP | ATTN: THOMAS M. CANEVARI, ESQ. | 80 PINE STREET, 25TH FLOOR | | | NEW YORK | NY | 10005-1759 | CANEVARI@FREEHILL.COM |
| 28575596 | PETER ANGELOS, P.C. | ATTN: PAUL M. MATHENY, ESQ. | 100 NORTH CHARLES STREET | | | BALTIMORE | MD | 21201 | PMATHENY@LAWPGA.COM |
| 28575603 | RESOLUTE MANAGEMENT INC. | ATTN: MEGAN V. MCALISTER, JD | 141 WEST JACKSON BLVD - DIRECT CLAIMS | CHICAGO BOARD OF TRADE ANNEX | SUITE 1800A | CHICAGO | IL | 60604 | MMCALISTER@RESOLUTEMGMT.COM |
| 28575595 | THE JACQUES ADMIRALTY LAW FIRM | ATTN: ALAN KELLMAN, ESQ. | 645 GRISWOLD, SUITE 1350 | | | DETROIT | MI | 48226 | AKELLMAN@JAQUESADMIRALTY.COM |

In re International Shipholding Corp., et al.
Case No. 16-12220 (SMB)

Page 1 of 1