Robert J. Feinstein
Bradford J. Sandler
Beth E. Levine
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
blevine@pszjlaw.com

*Counsel for the GUC Trustee of
the GUC Trust*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                                    :          **Chapter 11**
                                                             :
**INTERNATIONAL SHIPHOLDING**                                :          **Case No. 16-12220 (DSJ)**
**CORPORATION., *et al.,***                                  :
                                                             :          **Jointly Administered**
                                                             :
            **Reorganized Debtors.**                         :
-------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF MOTION OF THE GUC TRUSTEE
### OF THE INTERNATIONAL SHIPHOLDING GUC TRUST FOR ENTRY
### OF AN ORDER FURTHER EXTENDING THE GUC TRUST'S TERMINATION DATE

**PLEASE TAKE NOTICE** that upon the annexed *Motion of the GUC Trustee of the*

*International Shipholding GUC Trust for Entry of an Order further Expending the GUC Trust's*

*Termination Date* (the "Motion") of Robert N. Michaelson (the "GUC Trustee"), in his capacity

as trustee of the International Shipholding GUC Trust (the "GUC Trust"), the undersigned will

present the attached proposed order to the Honorable David S. Jones, United States Bankruptcy

Judge, at the United States Bankruptcy Court of the Southern District of New York, Alexander

SF 4930-6358-9301.2 42331.003

Hamilton Custom House, One Bowling Green, New York, New York 10004, on **June 30, 2026 at 12:00 noon (prevailing Eastern Time).**[1]

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there may not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

[*Remainder of Page Intentionally Left Blank*]

---

[1] Capitalized termed used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

SF 4930-6358-9301.2 42331.003                                          2

**PLEASE TAKE FURTHER NOTICE** that the ECF docket number to which the filing

relates shall be included in the upper right hand corner of the caption of all objections.

Dated:  June 16, 2026
        New York, New York          PACHULSKI STANG ZIEHL & JONES LLP

                                     */s/ Beth E. Levine*
                                     Robert J. Feinstein
                                     Bradford J. Sandler
                                     Beth E. Levine
                                     PACHULSKI STANG ZIEHL & JONES LLP
                                     1700 Broadway, 36th Floor
                                     New York, NY 10019
                                     Telephone:  (212) 561-7700
                                     Facsimile:  (212) 561-7777
                                     rfeinstein@pszjlaw.com
                                     bsandler@pszjlaw.com
                                     blevine@pszjlaw.com

                                     *Counsel for the GUC Trustee of the GUC Trust*