# EXHIBIT A

## Proposed Order

4898-4227-2078.2 42331.003

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
            :

**In re**                :          **Chapter 11**
            :

**INTERNATIONAL SHIPHOLDING**    :      **Case No. 16-12220 (DSJ)**
**CORPORATION., *et al.*,[1]**        :
            :          **Jointly Administered**
            :

          **Reorganized Debtors.**    :
--------------------------------------------------------------x

### ORDER FURTHER EXTENDING THE TERMINATION
### DATE OF THE INTERNATIONAL SHIPHOLDING GUC TRUST

Upon the motion (the "<u>Motion</u>")[2] of the GUC Trustee, on behalf of the GUC Trust, for entry of an order (this "<u>Order</u>"), pursuant to sections 105(a) and 1142(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure to extend the Termination Date, as more fully described in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Motion and opportunity for a hearing thereon were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth

---

[1] The remaining Reorganized Debtor in these cases, along with the last four digits of the remaining Reorganized Debtor's federal tax identification number is International Shipholding Corporation (9662). The service address for the above Reorganized Debtor is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

4898-4227-2078.2 42331.003

in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The term of the GUC Trust and the Termination Date are hereby extended by ninety (90) days through and including **October 1, 2026**.

3.      This Order is without prejudice to the GUC Trustee's right to seek further extensions of the term of the GUC Trust and the Termination Date in accordance with the GUC Trust Agreement.

4.      The GUC Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: _____, 2026

_____
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE

4898-4227-2078.2 42331.003