**Exhibit 1**
(Proposed Order)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **INTERNATIONAL SHIPHOLDING CORPORATION., *et al.*,** | : | **Case No. 16-12220 (DSJ)** |
| | : | **Jointly Administered** |
| **Reorganized Debtors.** | : | |

**ORDER GRANTING MOTION OF THE GUC TRUSTEE OF THE INTERNATIONAL SHIPHOLDING GUC TRUST FOR ENTRY OF AN ORDER (I) CONFIRMING THAT THE WINDING UP HAS BEEN COMPLETED; (II) APPROVING THE ABANDONMENT OF *DE MINIMIS* REMAINING GUC TRUST ASSETS; (III) DISCHARGING THE GUC TRUST, THE GUC TRUSTEE AND RELATED PARTIES; AND (IV) RELATED RELIEF**

Upon the motion (the "Motion")[1] of the GUC Trustee, on behalf of the GUC Trust, for entry of an order (this "Order"), pursuant to sections 105(a) and 1142(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, and Article X, Section 10.4 of the GUC Trust Agreement, (i) confirming that the winding up of the GUC Trust has been completed in accordance with Article X, Section 10.4 of the GUC Trust Agreement (defined below), subject to any necessary wind-down activities; (ii) approving the abandonment of *de minimis* remaining GUC Trust Assets, (iii) discharging and releasing the GUC Trust and the GUC Trustee, together with their professionals, advisors, consultants, and/or employees from all liability related to the GUC Trust; and (iv) granting related relief, as more fully described in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, dated January 31, 2012; and that this Court may enter

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion and opportunity for a hearing thereon were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Except as set forth in Paragraph 16 of the Motion, the GUC Trust has completed its duties under the Plan and Trust Agreement.

3. Pursuant to Article X, Section 10.4 of the GUC Trust Agreement, the GUC Trustee, his employees, and the GUC Trust's professionals and agents are relieved of any further duties or obligations under the GUC Trust Agreement.

4. The GUC Trustee is authorized to donate any *de minimis* remaining GUC Trust Assets to any charitable trust that is (A) described in section 501(a) of the Tax Code, (B) exempt from U.S. federal income tax under section 501(a) of the Tax Code, (C) not a 'private foundation' as defined in section 509(a) of the Tax Code, and (D) that is unrelated to the Debtors, the Trust and any insider of the Trustee . . ."

5. The GUC Truste and the GUC Trustee, together with their professionals, advisors, consultants, and/or employees are discharged and released from all liability related to the GUC Trust.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: ________________, 2026

_______________________________________
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE