Robert J. Feinstein
Bradford J. Sandler
Beth E. Levine
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
blevine@pszjlaw.com

*Counsel for the GUC Trustee of the GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **INTERNATIONAL SHIPHOLDING CORPORATION., *et al.*,**[1] | **Case No. 16-12220 (DSJ)** |
| | **Jointly Administered** |
| **Reorganized Debtors.** | |

**CERTIFICATION NO OBJECTION REGARDING MOTION OF THE GUC TRUSTEE OF THE INTERNATIONAL SHIPHOLDING GUC TRUST FOR ENTRY OF AN ORDER FOR ENTRY OF AN ORDER (I) CONFIRMING THAT THE WINDING UP HAS BEEN COMPLETED; (II) APPROVING THE ABANDONMENT OF *DE MINIMIS* REMAINING GUC TRUST ASSETS; (III) DISCHARGING THE GUC TRUST, THE GUC TRUSTEE AND RELATED PARTIES; AND (IV) RELATED RELIEF**

**PLEASE TAKE NOTICE** that on October 20, 2026, counsel to Robert Michaelson, (the "GUC Trustee"), in his capacity as trustee of the International Shipholding GUC Trust (the "GUC Trust") of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") filed the *Motion of the GUC Trustee of the International Shipholding GUC Trust for*

[1] The remaining Reorganized Debtor in these cases, along with the last four digits of the remaining Reorganized Debtor's federal tax identification number is International Shipholding Corporation (9662). The service address for the above Reorganized Debtor is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

*Entry of an Order (I) Confirming that the Winding Up has Been Completed; (II) Approving the Abandonment of De Minimis Remaining GUC Trust Assets; (III) Discharging the GUC Trust, the GUC Trustee and Related Parties; and (IV) Related Relief* [Docket No. 1371] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Motion, responses to the Motion were due no later than 4:00 p.m. (prevailing Eastern Time) on October 30, 2026 (the "Response Deadline"). Pursuant to rule 9013-3 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), the undersigned hereby certifies that she has not received any response, objection, or responsive pleading with respect to the Motion, and that no such response, objection, or responsive pleading has appeared on the Bankruptcy Court's docket in the above-referenced case within forty-eight (48) hours after the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that there having been no response, objection, or responsive pleading filed within forty-eight (48) hours after the Response Deadline with respect to the Motion, in accordance with Local Bankruptcy Rule 9013-3, the GUC Trustee will submit to the Court the Proposed Order attached hereto as **Exhibit A** for entry.

Dated: November 4, 2026
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Beth E. Levine*

Robert J. Feinstein
Bradford J. Sandler
Beth E. Levine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
blevine@pszjlaw.com

*Counsel for the GUC Trustee of the GUC Trust*